# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

BLAINE FRANKLIN SHAW, et al.,
*Plaintiffs-Appellees,*

v.

ERIK SMITH, in his official capacity as
Superintendent of the Kansas Highway Patrol,
*Defendant-Appellant.*

———

MARK ERICH, et al.,
*Plaintiffs-Appellees,*

v.

ERIK SMITH, in his official capacity as
Superintendent of the Kansas Highway Patrol,
*Defendant-Appellant.*

## APPELLANT'S APPENDIX VOLUME III

Appeal from the United States District Court for the District of Kansas
Honorable Kathryn H. Vratil, Senior District Court Judge
District Court Case Nos. 19-CV-1343-KHV and 20-CV-1067-KHV-GEB

**OFFICE OF ATTORNEY GENERAL**
**KRIS W. KOBACH**

120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
(785) 296-2215
anthony.powell@ag.ks.gov
dwight.carswell@ag.ks.gov
kurtis.wiard@ag.ks.gov

Anthony J. Powell
   *Solicitor General*
Dwight R. Carswell
   *Deputy Solicitor General*
Kurtis K. Wiard
   *Assistant Solicitor General*

   *Attorneys for Defendant-Appellant*

## TABLE OF CONTENTS
(*Erich v. Jones*, No. 20-CV-1067)

District Court's Docket Entries in *Erich v. Jones*, No. 20-CV-1067 ........ 1

Complaint
        (ECF No. 1) ..................................................................... 22

Answer by Defendant Jones
        (ECF No. 13) ................................................................... 38

Judgment in a Civil Case
        (ECF No. 130) ................................................................. 44

Notice of Appeal
        (ECF No. 132) ................................................................. 46

# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CIVIL DOCKET FOR CASE #: 6:20-cv-01067-KHV-GEB

Erich et al v. Jones et al
Assigned to: District Judge Kathryn H. Vratil
Referred to: Magistrate Judge Gwynne E. Birzer
Demand: $75,000
Lead case: 6:19-cv-01343-KHV
Member case: (View Member Case)
related Case: 6:19-cv-01343-KHV
Case in other court: 10CCA, 23-03267
Cause: 42:1983 Civil Rights Act

Date Filed: 03/06/2020
Date Terminated: 11/21/2023
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mark Erich**

represented by **Leslie A. Greathouse**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100 ext 8115
Fax: 816-474-3216
Email: lgreathouse@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-292-8814
Fax: 816-474-3216
Email: mperry@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100
Fax: 816-474-3216
Email: pmcinerney@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McIntyre**
6235 W. Kellogg Drive
Wichita, KS 67209
316-264-8857
Fax: 316-239-2641

*TERMINATED: 11/29/2021*

**Joshua M. Pierson**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
913-359-1807
Email: joshua.pierson@eeoc.gov
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
813-802-8610
Email: kdeloach@aclukansas.org
*TERMINATED: 11/29/2022*

**Sharon Brett**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
609-529-8775
Email: sharon.brett@gmail.com
*TERMINATED: 03/27/2024*

**Plaintiff**

**Shawna Maloney**
*individually and as the mother and natural guardian of*
*minor*
D. M.
*TERMINATED: 03/23/2023*
*minor*
M. M.
*TERMINATED: 03/23/2023*

represented by

**Leslie A. Greathouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McIntyre**
(See above for address)
*TERMINATED: 11/29/2021*

**Joshua M. Pierson**
(See above for address)
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**
(See above for address)

**Sharon Brett**
(See above for address)
*TERMINATED: 03/27/2024*

V.

**Defendant**

**Herman Jones**                              represented by   **Stanley R. Parker**
*in his official capacity as the Superintendent*                Kansas Attorney General - Topeka
*of the Kansas Highway Patrol*                                  120 SW 10th Avenue, 2nd Floor
*TERMINATED: 08/08/2023*                                        Topeka, KS 66612
                                                               785-368-8423
                                                               Fax: 785-291-3767
                                                               Email: stanley.parker@ag.ks.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Arthur S. Chalmers**
                                                               Kansas Attorney General - Topeka
                                                               120 SW 10th Avenue, 2nd Floor
                                                               Topeka, KS 66612
                                                               785-368-6244
                                                               Email: art.chalmers@ag.ks.gov
                                                               *TERMINATED: 06/01/2023*

**Defendant**

**Justin Rohr**                               represented by   **Arthur S. Chalmers**
*Trooper, in his individual capacity*                          (See above for address)
*TERMINATED: 09/29/2020*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Erik Smith**                                represented by   **Stanley R. Parker**
*the current Superintendent of the Kansas*                     (See above for address)
*Highway Patrol*                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2020 | 1 | COMPLAINT with trial location of Wichita (Filing fee $400, Internet Payment Receipt Number AKSDC-5082898.), filed by Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit 1.Ticket, # 2 Exhibit 2. Transcript)(McIntyre, James) Modified on 3/9/2020 to add Shawna Maloney as a filer. Complaint and Exhibit restricted, not redacted properly. (mam) (Additional attachment(s) added on 3/11/2020: # 3 **redacted Complaint**) (jk). (Additional attachment(s) added on 3/11/2020: # 4 **redacted document Exhibit 1**) (jk). (Entered: 03/06/2020) |
| 03/06/2020 | 2 | CIVIL COVER SHEET by Plaintiff Mark Erich, Shawna Maloney. (McIntyre, James) Modified on 3/9/2020 to add Shawna Maloney as a filer. (mam) (Additional attachment(s) added on 3/12/2020: # 1 **redacted main document**) (jk). (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/09/2020 | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to Chief District Judge Julie A. Robinson and Magistrate Judge Gwynne E. Birzer for all proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jk) (Entered: 03/09/2020) |
| 03/09/2020 | | NOTICE OF DEFICIENCY - Designation of place of trial is missing. Document is not redacted properly. The filing party/attorney is directed to correct the deficiency immediately. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jk) (Entered: 03/09/2020) |
| 06/08/2020 | 3 | MOTION to Extend Time Within Which to Serve Process by Plaintiffs Mark Erich, Shawna Maloney. (Motion referred to Magistrate Judge Gwynne E. Birzer.) (Attachments: # 1 Exhibit May 1 2020 KS Ct order, # 2 Exhibit May 27 2020 KS Ct order)(McIntyre, James) (Entered: 06/08/2020) |
| 06/08/2020 | 4 | DESIGNATION OF PLACE OF TRIAL filed by Plaintiffs Mark Erich, Shawna Maloney - trial to be held in Wichita. (McIntyre, James) Modified on 6/9/2020, trial to be held in Wichita, not KC according to the attached PDF. (mam) (Entered: 06/08/2020) |
| 06/08/2020 | 5 | DEMAND FOR TRIAL BY JURY by Mark Erich, Shawna Maloney. (McIntyre, James) (Entered: 06/08/2020) |
| 06/09/2020 | | SUMMONS ISSUED as to Herman Jones, Justin Rohr. (issued to Attorney for service). (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (jk) (Entered: 06/09/2020) |
| 06/25/2020 | 6 | ORDER granting 3 Motion to Extend Time Within Which to Serve Process. For good cause shown, the Court extends the service period under Fed. R. Civ. P. 4(m) to 7/24/2020. Signed by Magistrate Judge Gwynne E. Birzer on 6/25/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (rel) (Entered: 06/25/2020) |
| 07/13/2020 | 7 | ENTRY OF APPEARANCE by Arthur S. Chalmers on behalf of Herman Jones. (Chalmers, Arthur) (Entered: 07/13/2020) |
| 07/13/2020 | 8 | ANSWER to Complaint by Justin Rohr. (Chalmers, Arthur) (Entered: 07/13/2020) |
| 07/13/2020 | 9 | DESIGNATION OF PLACE OF TRIAL filed by Defendant Justin Rohr - trial to be held in Wichita. (Chalmers, Arthur) (Entered: 07/13/2020) |
| 07/13/2020 | 10 | DEMAND FOR TRIAL BY JURY by Justin Rohr. (Chalmers, Arthur) (Entered: 07/13/2020) |
| 07/13/2020 | 11 | CLERKS ORDER EXTENDING TIME until 7/30/2020 for Defendant Herman Jones to answer or otherwise plead. Signed by deputy clerk on 7/13/2020. (jk) (Entered: 07/13/2020) |
| 07/16/2020 | 12 | INITIAL ORDER REGARDING PLANNING AND SCHEDULING: Scheduling Conference set for 8/28/2020 at 10:00 AM by telephone before Magistrate Judge Gwynne E. Birzer. Participants shall dial into the conference call at 888-363-4749, enter access code 9686294#, and follow the prompts to join the call. Report of Parties Planning Conference and Rule 26 Initial Disclosures due 8/21/2020. Signed by Magistrate Judge Gwynne E. Birzer on 7/16/20. (ala) (Entered: 07/16/2020) |
| 07/30/2020 | 13 | ANSWER to Complaint by Herman Jones. (Chalmers, Arthur) (Entered: 07/30/2020) |
| 07/30/2020 | 14 | DESIGNATION OF PLACE OF TRIAL filed by Defendant Herman Jones - trial to be held in Wichita. (Chalmers, Arthur) (Entered: 07/30/2020) |

| 08/05/2020 | 15 | MOTION to Dismiss Party Justin Rohr by Defendant Justin Rohr. (Chalmers, Arthur) (Entered: 08/05/2020) |
|---|---|---|
| 08/05/2020 | 16 | MEMORANDUM IN SUPPORT of 15 Motion to Dismiss Party Justin Rohr by Defendant Justin Rohr. (Attachments: # 1 Affidavit declaration by Rohr, # 2 Exhibit attachment to Rohr declaration)(Chalmers, Arthur) (Entered: 08/05/2020) |
| 08/21/2020 | 17 | NOTICE OF SERVICE by Herman Jones, Justin Rohr of Initial Rule 26 Disclosures. (Chalmers, Arthur) (Entered: 08/21/2020) |
| 08/24/2020 | 18 | ORDER REASSIGNING CASE: Case reassigned to District Judge Kathryn H. Vratil for all further proceedings. Chief District Judge Julie A. Robinson no longer assigned to case. Signed by Chief District Judge Julie A. Robinson on 8/24/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(bw) (Entered: 08/24/2020) |
| 08/28/2020 | 19 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: SCHEDULING CONFERENCE held on 8/28/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 08/28/2020) |
| 08/28/2020 | 20 | SCHEDULING ORDER: Mediation Notice or Confidential Settlement Report Due to Magistrate Judge on 10/2/2020. Mediation deadline 11/1/2020. Discovery deadline 2/1/2021. Proposed Pretrial Order due by 2/11/2021. Final Pretrial Conference set for 2/18/2021 at 11:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Dispositive motion deadline 3/19/2021. Jury Trial set for 11/1/2021 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil. Estimated trial time 5-6 days (Jury Trial for Plaintiff's claims against Defendant Trooper Rohr - ETT 3 days; Court trial for Plaintiff's claims against Defendant Herman Jones - ETT 2-3 days). Signed by Magistrate Judge Gwynne E. Birzer on 8/28/20. (adc) (Entered: 08/28/2020) |
| 08/28/2020 | 21 | AGREED MOTION for Extension of Time to File Response as to 15 Motion to Dismiss Party Justin Rohr by Plaintiffs Mark Erich, Shawna Maloney. (McIntyre, James) (Entered: 08/28/2020) |
| 08/28/2020 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 21 MOTION for Extension of Time to File Response as to 15 MOTION to Dismiss Party Justin Rohr . The motion will be resolved by the District Judge.(ala)** (Entered: 08/28/2020) |
| 09/08/2020 | 22 | ORDER sustaining 21 Agreed Motion for Extension to Respond to Defendants Motion to Dismiss. New Response deadline 9/9/2020. Signed by District Judge Kathryn H. Vratil on 9/8/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 09/08/2020) |
| 09/09/2020 | 23 | NOTICE OF SERVICE by Herman Jones, Justin Rohr of Defs Written Discovery to Pls. (Chalmers, Arthur) (Entered: 09/09/2020) |
| 09/11/2020 | 24 | RESPONSE by Plaintiffs Mark Erich, Shawna Maloney re 15 Motion to Dismiss Party. (McIntyre, James) (Entered: 09/11/2020) |
| 09/14/2020 | 25 | REPLY TO RESPONSE TO MOTION by Defendant Justin Rohr re: 15 Motion to Dismiss Party. (Chalmers, Arthur) (Entered: 09/14/2020) |
| 09/29/2020 | 26 | ORDER sustaining 15 Motion to Dismiss Party. Signed by District Judge Kathryn H. Vratil on 9/29/2020. (smc) (Entered: 09/29/2020) |
| 10/01/2020 | 27 | PROTECTIVE ORDER Signed by Magistrate Judge Gwynne E. Birzer on 10/1/2020. (kf) (Entered: 10/01/2020) |

| | | |
|---|---|---|
| 10/02/2020 | 28 | MOTION to Modify Scheduling Order and to Consolidate by Defendant Herman Jones. (Motion referred to Magistrate Judge Gwynne E. Birzer.) (Chalmers, Arthur) Added Motion to Amend Scheduling Order on 10/2/2020. (mam) (Entered: 10/02/2020) |
| 10/19/2020 | 29 | ORDER SETTING STATUS CONFERENCE: Given the outcome of mediation and completion of the Phase I order in Case no. 19-1343-KHV, and the pending issue of consolidation (see 28 MOTION to Consolidate Cases *and modify scheduling order* in this case), both matters are set for a Status Conference on 11/10/2020 at 09:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Counsel must confer and submit a proposed schedule to govern the anticipated consolidated actions no later than 11/3/2020 to KSD_Birzer_Chambers@ksd.uscourts.gov. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 10/19/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 10/19/2020) |
| 11/10/2020 | 30 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: STATUS CONFERENCE held on 11/10/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 11/10/2020) |
| 11/10/2020 | 31 | (VACATED per 33 ) -- ORDER OF CONSOLIDATION granting 28 Motion to Modify Scheduling Order and to Consolidate. Blaine Franklin Shaw, et al. v. Doug Schulte, et al., Case No. 6:19-cv-01343-KHV-GEB, and Mark Erich v. Herman Jones, 6:20-cv-01067-KHV-GEB, are consolidated for all purposes. Case No. 6:19-cv-01343-KHV-GEB shall be designated as the lead case and both cases shall follow the Phase II Scheduling Order and any following Scheduling Orders entered therein. All future non-dispositive filings shall be made in the lead case bearing a consolidated caption. Signed by Magistrate Judge Gwynne E. Birzer on 11/10/2020. (mam) Modified on 1/23/2023, see 33 . (mam) (Entered: 11/10/2020) |
| 11/10/2020 | | DOCKET ANNOTATION re 31 Order of Consolidation: Cases were consolidated for all purposes. All future filings should be made in the lead case, 6:19-cv-01343-KHV-GEB. (Entered: 11/10/2020) |
| 11/29/2022 | 32 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Kayla DeLoach as to All Plaintiffs. (DeLoach, Kayla) (Entered: 11/29/2022) |
| 01/23/2023 | 33 | ORDER. The Order of Consolidation (Doc. 31 ) filed 11/10/2020, which consolidated Case No. 19-1343 and Case No. 20-1067, is VACATED. All claims against Herman Jones in both cases will be jointly tried in Kansas City, Kansas on a date to be determined. Signed by District Judge Kathryn H. Vratil on 1/23/2023. (mam) (Entered: 01/23/2023) |
| 02/21/2023 | 34 | NOTICE of TRIAL DATE: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Should trial be necessary in this case, a Bench Trial is set for 4/24/2023 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. The parties shall reserve this date as well as a backup trial setting of May 1, 2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/21/2023) |
| 03/10/2023 | 35 | RENEWED MOTION in Limine by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 03/10/2023) |
| 03/16/2023 | 36 | JOINT PROPOSED PRETRIAL DEADLINES FOR BENCH TRIAL by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) Modified on 3/16/2023 to re-title. (mam) (Entered: 03/16/2023) |
| 03/16/2023 | | MOTION REFERRAL to Magistrate Judge REMOVED as to: 36 Joint MOTION to Amend Scheduling Order *Proposed Pretrial Deadlines for Bench Trial.* The motion |

| | | |
|---|---|---|
| | | **will be resolved by the District Judge. (kf)** (Entered: 03/16/2023) |
| 03/20/2023 | [37](#) | ORDER REGARDING PRETRIAL DEADLINES FOR BENCH TRIAL granting [36](#) Motion to Amend Scheduling Order. Signed by District Judge Kathryn H. Vratil on 3/20/2023. (ca) (Entered: 03/20/2023) |
| 03/22/2023 | [38](#) | RESPONSE by Defendant Herman Jones re [35](#) Renewed Motion in Limine. (Chalmers, Arthur) (Entered: 03/22/2023) |
| 03/23/2023 | [39](#) | STIPULATED DISMISSAL OF MINOR PLAINTIFFS D.M. AND M.M. by Shawna Maloney. (Brett, Sharon) (Entered: 03/23/2023) |
| 03/27/2023 | [40](#) | UNOPPOSED MOTION to Excuse Certain Named Plaintiffs from Attendance at All or Part of the Bench Trial by Plaintiffs Mark Erich, Shawna Maloney. (referred to Magistrate Judge Gwynne E. Birzer) (Perry, Madison) (Entered: 03/27/2023) |
| 03/27/2023 | 41 | ORDER granting [40](#) Plaintiffs' Unopposed Motion to Excuse Certain Named Plaintiffs From Attendance At All or Part of the Bench Trial. Signed by District Judge Kathryn H. Vratil on 3/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 03/27/2023) |
| 04/03/2023 | [42](#) | DEPOSITION DESIGNATIONS for Trial Against Defendant Jones by Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 04/03/2023) |
| 04/06/2023 | [43](#) | JOINT EXHIBIT LIST by Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 04/06/2023) |
| 04/06/2023 | [44](#) | JOINT WITNESS LIST by Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 04/06/2023) |
| 04/06/2023 | [45](#) | FINAL WITNESS AND EXHIBIT DISCLOSURES by Herman Jones. (Chalmers, Arthur) (Entered: 04/06/2023) |
| 04/10/2023 | [46](#) | MOTION to Permit Nonparty Witnesses to Testify Remotely by Plaintiffs Mark Erich, Shawna Maloney. (Motion referred to Magistrate Judge Gwynne E. Birzer.) (Perry, Madison) (Entered: 04/10/2023) |
| 04/10/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: [46](#) MOTION for Order *to Permit Nonparty Witnesses to Testify Remotely*. The motion will be resolved by the District Judge. (kf)** (Entered: 04/10/2023) |
| 04/17/2023 | [47](#) | OBJECTIONS to [43](#) Joint Exhibit List and [44](#) Joint Witness List by Herman Jones. (Chalmers, Arthur) (Entered: 04/17/2023) |
| 04/17/2023 | [48](#) | MEMORANDUM IN OPPOSITION by Defendant Herman Jones re [46](#) Motion to Permit Nonparty Witnesses to Testify Remotely. (Chalmers, Arthur) (Entered: 04/17/2023) |
| 04/17/2023 | [49](#) | OBJECTIONS to [45](#) Final Witness and Exhibit Disclosures by Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 04/17/2023) |
| 04/20/2023 | [50](#) | RESPONSE *to Defendant Herman Jones' Objection to Plaintiffs' Final Witness Disclosure* by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 04/20/2023) |
| 04/21/2023 | 51 | ORDER overruling [46](#) Motion To Permit Nonparty Witnesses To Testify Remotely for substantially the reasons stated in defendant's opposition. Signed by District Judge Kathryn H. Vratil on April 21, 2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (lams) (Entered: 04/21/2023) |
| 04/21/2023 | 52 | NOTICE of Hearing CORRECTING BENCH TRIAL DATE ONLY: Court Trial set for [5/1/2023 at 09:00 AM](#) in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn |

| | | |
|---|---|---|
| | | H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 04/21/2023) |
| 04/21/2023 | 53 | TRIAL BRIEF by Mark Erich, Shawna Maloney.(Perry, Madison) (Entered: 04/21/2023) |
| 04/24/2023 | 54 | OBJECTION(S) to 42 Designation of Depositions *and cross designations* by Herman Jones. (Chalmers, Arthur) (Entered: 04/24/2023) |
| 04/24/2023 | 55 | **TWO-PART FILING MADE IN ERROR. SEE DE 57 FOR MOTION PORTION** OBJECTION(S) to 54 Objection(s) *Plaintiffs' Objections to Defendant Jones' Counter Deposition Designations and Motion to Strike Defendant Jones' Untimely Objections and Counter Designations* by Mark Erich, Shawna Maloney. (Perry, Madison) Modified on 4/27/2023 to add pending motion and update docket text. (jal) (Entered: 04/24/2023) |
| 04/24/2023 | 57 | MOTION to Strike 54 Objection(s) by Plaintiffs Mark Erich, Shawna Maloney. **This is a duplicate entry of DE 55 and is being made for administrative purposes only.** (jal) (Entered: 04/27/2023) |
| 04/26/2023 | 56 | RESPONSE TO 55 PLAINTIFFS' OBJECTIONS TO DEFENDANT JONES' COUNTER DEPOSITION DESIGNATIONS AND 57 MOTION TO STRIKE DEFENDANT JONES' UNTIMELY OBJECTIONS AND COUNTER DESIGNATIONS by Defendant Herman Jones. (Chalmers, Arthur) Modified on 4/27/2023 to update document title and add link to DE 57 . (jal) (Entered: 04/26/2023) |
| 04/28/2023 | 58 | NOTICE of Hearing CHANGE IN START TIMES ONLY: Court Trial is set for 5/1/2023 at 10:30 AM, 5/2/2023 at 10:30 AM, 5/3/2023 at 10:30 AM, 5/4/2023 at 12:30 PM, 5/5/2023 at 10:30 AM, 5/10/2023 at 08:00 AM, 5/11/2023 at 12:30 PM, and 5/12/2023 at 01:00 PM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/28/2023) |
| 05/03/2023 | 59 | OBJECTION(S) to *Randy Moon depo testimony* by Herman Jones. (Chalmers, Arthur) (Entered: 05/03/2023) |
| 05/03/2023 | | <span style="color:purple">**MOTION REFERRAL to Magistrate Judge REMOVED as to: 57 MOTION to Strike 54 Objection(s). The motion will be resolved by the District Judge. (kf)**</span> (Entered: 05/03/2023) |
| 05/08/2023 | 60 | NOTICE of CHANGE IN START TIME ONLY: Court Trial that is set for 5/12/2023 will start at 10:30 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(alh) (Entered: 05/08/2023) |
| 05/08/2023 | 61 | NOTICE of CHANGE IN START TIMES AND COURTROOM ONLY: Court Trial is set for 5/10/2023 at 08:00 AM in KC Courtroom 476, 5/11/2023 at 12:30 PM in KC Courtroom 440 and 5/12/2023 at 10:30 AM in KC Courtroom 440(JWL/KHV) before District Judge Kathryn H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alh) (Entered: 05/08/2023) |
| 05/09/2023 | 62 | TRIAL BRIEF *re Rule 52(c) motion for judgment* by Herman Jones.(Chalmers, Arthur) (Entered: 05/09/2023) |
| 05/09/2023 | 63 | TRIAL BRIEF *regard opinion testimony from Hassan Aden* by Herman Jones.(Chalmers, Arthur) (Entered: 05/09/2023) |
| 05/10/2023 | 64 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/10/2023. Plaintiff presents evidence. Court recesses for the day. |

| | | |
|---|---|---|
| | | Evidence will continue on 5/12/2023. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/10/2023) |
| 05/10/2023 | 65 | NOTICE OF CANCELLED HEARING: Court Trial for 5/11/2023 at 12:30 PM is cancelled. Trial will resume 5/12/2023 at 10:30 AM in Courtroom 476. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/10/2023) |
| 05/11/2023 | 66 | RESPONSE to 62 Trial Brief *Plaintiffs' Response to Defendant Jones's Motion for Judgment* by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 05/11/2023) |
| 05/12/2023 | 67 | ORDER - Plaintiffs are to submit proposed findings of fact and conclusions of law no later than May 20, 2023 at 5:00 P.M. Defendant are to submit proposed findings of fact and conclusions of law no later than May 27, 2023 at 5:00 P.M. Plaintiffs may submit a response no later than May 30, 2023 at 5:00 P.M. Signed by District Judge Kathryn H. Vratil on 5/12/2023. (ca) (Entered: 05/12/2023) |
| 05/12/2023 | 69 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/12/2023. Plaintiff presents evidence. Plaintiff rests. Defendant makes oral motion under Rule 52(c) for the court to enter judgment. Defendant rests. Plaintiff gives closing argument. Defendant to give closing argument when court reconvenes. Court recesses for the day. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/15/2023) |
| 05/15/2023 | 68 | DESIGNATION OF DEPOSITION(S) by Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit Trial Ex. 137 Rohr's Transcript all Designations and Objections, # 2 Exhibit Trial Ex. 138 Rule Transcript all Designations and Objections, # 3 Exhibit Trial Ex. 139 Jirak Transcript all Designations and Objections, # 4 Exhibit Trial Ex. 140 Wolting Transcript all Designations and Objections)(Perry, Madison) (Entered: 05/15/2023) |
| 05/15/2023 | 70 | NOTICE of Hearing: Court Trial is set for 5/26/2023 at 01:00 PM in KC Courtroom 476 before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/15/2023) |
| 05/16/2023 | 71 | MOTION for Leave to Utilize Unofficial Transcripts by Plaintiffs Mark Erich, Shawna Maloney (Perry, Madison) (Modified on 5/17/2023 to correct title. (heo)) (Entered: 05/16/2023) |
| 05/17/2023 | 72 | ORDER - Defendant is directed to file a response by 5:00 PM on Friday, 5/19/2023 to Plaintiffs' Motion to Utilize Unofficial Transcripts 71 . Signed by District Judge Kathryn H. Vratil on 5/17/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/17/2023) |
| 05/18/2023 | 73 | MEMORANDUM IN OPPOSITION by Defendant Herman Jones re 71 MOTION for Leave to Utilize Unofficial Transcripts (Chalmers, Arthur) (Entered: 05/18/2023) |
| 05/18/2023 | 74 | OBJECTION(S) to *AND MOTION TO EXCLUDE EXHIBITS 86b, 119b, 121b, 128b, 954b; TO EXCLUDE EXHIBIT 128a; AND TO CORRECT TRANSCRIPTIONS IN EXHIBITS 86a, 119a & 954a* by Herman Jones. (Chalmers, Arthur) (Modified on 5/19/2023 to change to motion event. (heo)) (Entered: 05/18/2023) |
| 05/18/2023 | 75 | REPLY TO RESPONSE TO MOTION by Plaintiffs Mark Erich, Shawna Maloney re: 71 Motion for Leave *to Utilize Unofficial Transcripts* (Perry, Madison) (Entered: 05/18/2023) |

| | | |
|---|---|---|
| 05/20/2023 | 76 | PROPOSED FINDINGS OF FACT by Mark Erich, Shawna Maloney.(Perry, Madison) (Entered: 05/20/2023) |
| 05/24/2023 | 77 | RESPONSE by Plaintiffs Mark Erich, Shawna Maloney re 74 Motion to Exclude, *Response to Defendant's Objections and Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a and 954a* (Perry, Madison) (Entered: 05/24/2023) |
| 05/26/2023 | 81 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL completed on 5/26/2023. The Court conducted a bench trial on 5/1/2023 through 5/5/2023, 5/10/2023, 5/12/2023, and 5/26/2023. The Court takes the case under advisement. (Court Reporter Nancy Wiss.) (Attachments: # 1 Exhibit List, # 2 Witness Sheet) (alh) (Entered: 06/01/2023) |
| 05/27/2023 | 78 | PROPOSED FINDINGS OF FACT by Herman Jones.(Chalmers, Arthur) (Entered: 05/27/2023) |
| 05/30/2023 | 79 | REPLY to 76 Proposed Findings of Fact and RESPONSE to 78 Proposed Findings of Fact by Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit A - Plaintiffs Proposed initial Terms of Declaratory and Injunctive Relief)(Perry, Madison) (Entered: 05/30/2023) |
| 06/01/2023 | 80 | ENTRY OF APPEARANCE by Stanley R. Parker on behalf of Herman Jones. (Parker, Stanley) (Entered: 06/01/2023) |
| 06/13/2023 | 82 | ORDER overruling 74 Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a & 954a. Signed by District Judge Kathryn H. Vratil on 6/13/2023. (jal) (Entered: 06/13/2023) |
| 06/13/2023 | 83 | ORDER Plaintiffs' Renewed Motions in Limine (Doc. #35) filed March 10, 2023 is hereby overruled as moot. Signed by District Judge Kathryn H. Vratil on 6/13/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 06/13/2023) |
| 06/20/2023 | 84 | ORDER TO SHOW CAUSE. It is therefore ordered that on or before 5:00 P.M. on June 27, 2023, plaintiffs show good cause in writing why this Court should not overrule their motion to strike as moot. Signed by District Judge Kathryn H. Vratil on 06/20/2023. (kmc) (Entered: 06/20/2023) |
| 06/27/2023 | 85 | RESPONSE re 84 Order to Show Cause, by Plaintiffs Mark Erich, Shawna Maloney(Perry, Madison) (Entered: 06/27/2023) |
| 07/21/2023 | 86 | MEMORANDUM AND ORDER <u>AND</u> ORDER TO SHOW CAUSE. In violation of the Fourth Amendment and Vasquez v. Lewis, 834 F.3d 1132 (10th Cir. 2016), Jones is responsible for a policy or practice which unlawfully detains motorists in Kansas (especially out-of-state motorists) without reasonable suspicion or consent, based on out-of-state residency and -- to more than a minimal extent -- based on travel plans that are not implausible or inherently contradictory. When KHP troopers develop reasonable suspicion with regard to motorists on I-70, they must give no weight to the fact that a motorist is traveling (1) toward a "drug source" or "drug destination" state, (2) away from a "drug source" or "drug destination" state, or (3) on a drug corridor. In violation of the Fourth Amendment, Jones is responsible for a policy or practice of using the Kansas Two-Step to extend traffic stops of motorists in Kansas without reasonable suspicion and without the motorists' knowing, intelligent and voluntary consent. All parties, no later than 5:00 p.m. on Monday, 8/7/2023, must show cause in writing why the Court should not substitute Erik Smith, the current Superintendent of the KHP, as defendant in this case. See Hafer v. Melo, 502 U.S. 21, 25 (1991) (when official leaves office, successor automatically assumes his position in official capacity litigation). No later than 5:00 p.m. |

| | | |
|---|---|---|
| | | on 8/14/2023, each party may respond. All parties, no later than 5:00 p.m. on Monday, 8/7/2023, must show cause in writing why the Court should not enter the following injunction (see attached for details). No later than 5:00 p.m. on 8/14/2023, each party may respond. Signed by District Judge Kathryn H. Vratil on 7/21/2023. (mam) (Entered: 07/21/2023) |
| 07/28/2023 | 87 | UNOPPOSED MOTION for Extension of Time to File response as to 86 Order to Show Cause by Defendant Herman Jones. (Parker, Stanley) (Entered: 07/28/2023) |
| 07/28/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 87 MOTION for Extension of Time to File response as to 86 Order to Show Cause. The motion will be resolved by the District Judge. (heo)** (Entered: 07/28/2023) |
| 08/03/2023 | 88 | RESPONSE re 86 Order to Show Cause,,,,,,, by Plaintiffs Mark Erich, Shawna Maloney (Perry, Madison) Modified on 8/3/2023 to change filer name (sz). (Entered: 08/03/2023) |
| 08/03/2023 | 89 | RESPONSE 86 *to show cause order regarding substitution of party* by Defendant Herman Jones. (Parker, Stanley) Modified title and added link on 8/29/2023 (kmc). (Entered: 08/03/2023) |
| 08/07/2023 | 90 | ORDER granting Unopposed Motion for Extension of Time (Doc. #87) filed July 28, 2023. Defendant is granted a 14 day extension, to and including August 21, 2023 by 5:00 PM, to respond to the July 21, 2023 order to show cause why the Court should not enter the injunction set forth on pages 76-79 of the July 21, 2023 MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE; as well as granted a 14 day extension of time, to and including August 28, 2023 by 5:00 PM, for Plaintiffs to respond to Defendant's response. Signed by District Judge Kathryn H. Vratil on 8/7/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/07/2023) |
| 08/08/2023 | 91 | ORDER. The Court substitutes Erik Smith, the current Superintendent of the Kansas Highway Patrol, for Herman Jones. Signed by District Judge Kathryn H. Vratil on 8/8/2023. (mam) (Entered: 08/08/2023) |
| 08/14/2023 | 92 | REPLY to 88 *Plaintiffs response to order to show cause* by Defendant Herman Jones. (Parker, Stanley) Modified docket entry relationship on 8/15/2023 (ca). (Entered: 08/14/2023) |
| 08/21/2023 | 93 | RESPONSE *to 86 show cause order regarding injunction* by Defendant Erik Smith. (Attachments: # 1 Affidavit)(Parker, Stanley) Modified on 8/22/2023 to add link to DE 86 . (jal) (Entered: 08/21/2023) |
| 08/22/2023 | 94 | NOTICE of Hearing: Status Conference is set for 9/11/2023 at 01:00 PM in KC Courtroom 476 before District Judge Kathryn H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/22/2023) |
| 08/28/2023 | 95 | REPLY TO Response/Objection re 86 Order to Show Cause,,,,,,, by Plaintiffs Mark Erich, Shawna Maloney(Perry, Madison) (Entered: 08/28/2023) |
| 08/30/2023 | 96 | ORDER. Signed by District Judge Kathryn H. Vratil on 8/30/2023. (heo) (Entered: 08/30/2023) |
| 09/05/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 71 MOTION for Leave to Utilize Unofficial Transcripts. The motion will be resolved by the District Judge.(kf)** (Entered: 09/05/2023) |
| 09/06/2023 | 97 | **NOTICE OF COURTROOM CHANGE**. Status Conference Hearing set for 9/11/2023 at 01:00 PM will be held in Courtroom 440. (This is a TEXT ENTRY ONLY. There is no |

| | | |
|---|---|---|
| | | pdf document associated with this entry.) (alh) (Entered: 09/06/2023) |
| 09/08/2023 | 98 | RESPONSE by Plaintiffs Mark Erich, Shawna Maloney re 96 Order (Attachments: # 1 Appendix A - Proposed Injunction, # 2 Appendix B - Unresolved Issues and Parties' Positions)(Brett, Sharon) (Entered: 09/08/2023) |
| 09/08/2023 | 99 | Unopposed MOTION for extension of time *to submit documents* by Defendant Erik Smith (Parker, Stanley) (Entered: 09/08/2023) |
| 09/08/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 99 Unopposed MOTION for extension of time *to submit documents*. The motion will be resolved by the District Judge. (kf)** (Entered: 09/08/2023) |
| 09/08/2023 | 100 | ORDER granting Unopposed Motion for Extension of Time (Doc. # 99 ) for substantially the reasons stated therein. Signed by District Judge Kathryn H. Vratil on 9/8/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 09/08/2023) |
| 09/11/2023 | 101 | ORDER TO SHOW CAUSE. Plaintiffs shall show good cause in writing by 5:00 P.M. on 9/18/2023 why the Court should not overrule their motion to strike (Doc. 57 ). Signed by District Judge Kathryn H. Vratil on 9/11/2023. (mam) (Entered: 09/11/2023) |
| 09/11/2023 | 102 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: STATUS CONFERENCE was held on 9/11/2023. The parties appear by counsel. The Court hears from counsel as to the agenda of unresolved issues requested for today's hearing. On or before September 21, 2023, the parties shall file supplemental memoranda on the scope of the proposed injunction. On or before September 26, 2023, the parties may file a reply brief. On or before October 11, 2023, defendant shall submit agreed administrative forms that the Court can require to implement the terms of the proposed injunction. The forms shall include consent forms, logs, reports and all other documents which the Court may require. See attached minute sheet for further details. (Court Reporter Dani Murray.) (alh) (Entered: 09/11/2023) |
| 09/14/2023 | 103 | TRANSCRIPT of Status Conference held 9/11/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Ms. Leslie Greathouse.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/13/2023. (dm) (Entered: 09/14/2023) |
| 09/18/2023 | 104 | RESPONSE re 101 Order to Show Cause by Plaintiffs Mark Erich, Shawna Maloney(Perry, Madison) (Entered: 09/18/2023) |
| 09/19/2023 | 105 | MEMORANDUM AND ORDER overruling 57 Plaintiffs' Motion to Strike Defendant Jones' Untimely Objections and Counter Designations. Signed by District Judge Kathryn H. Vratil on 9/19/2023. (mam) (Entered: 09/19/2023) |

| | | |
|---|---|---|
| 09/19/2023 | 106 | ORDER: Plaintiffs' Motion to Utilize Unofficial Transcripts (Doc. #71) filed May 16, 2023 is OVERRULED. On June 6, 2023, the court reporters supplied the Court with official transcripts. See Order (Doc. #536) filed June 13, 2023 in Case No. 19-cv-01343-KHV. Signed by District Judge Kathryn H. Vratil on 9/19/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 09/19/2023) |
| 09/21/2023 | 107 | POSITION ON UNRESOLVED ISSUES OF THE PROPOSED INJUNCTION to 102 Status Conference by Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit 1)(Perry, Madison) (Entered: 09/21/2023) |
| 09/21/2023 | 108 | SUPPLEMENTAL BRIEF ON THE SCOPE OF THE PROPOSED INJUNCTION by Defendant Erik Smith. (Parker, Stanley) (Entered: 09/21/2023) |
| 09/26/2023 | 109 | REPLY to 108 Response *to Defendant's Supplemental Brief on the Scope of the Injunction* by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 09/26/2023) |
| 09/26/2023 | 110 | REPLY *to 107 Plaintiffs' Position on Unresolved Issues of the Proposed Injunction* by Defendant Erik Smith. (Parker, Stanley) Modified on 9/27/2023 to add link to DE 107 . (jal) (Entered: 09/26/2023) |
| 09/28/2023 | 111 | TRANSCRIPT of Bench Trial Volume One held 5/1/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | 112 | TRANSCRIPT of Bench Trial Volume Three held 5/3/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | 113 | TRANSCRIPT of Bench Trial Volume Seven held 5/12/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | [114] | TRANSCRIPT of Bench Trial Volume Eight held 5/26/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 10/02/2023 | [115] | TRANSCRIPT of Bench Trial Volume 2 held 5/2/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/02/2023 | [116] | TRANSCRIPT of Bench Trial Volume 4 held 5/4/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov.** |

| | | |
|---|---|---|
| | | **Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/02/2023 | <u>117</u> | TRANSCRIPT of Bench Trial Volume 5 held 5/5/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/11/2023 | <u>118</u> | NOTICE of Regarding Drafts of Forms, Logs, and Other Materials Due to the Court by Mark Erich, Shawna Maloney re <u>102</u> Status Conference,,, (Perry, Madison) (Entered: 10/11/2023) |
| 10/12/2023 | <u>119</u> | RESPONSE *to order to submit documents* by Defendant Erik Smith. (Attachments: # <u>1</u> form, # <u>2</u> form, # <u>3</u> form)(Parker, Stanley) (Entered: 10/12/2023) |
| 10/23/2023 | 120 | ORDER: The parties have attempted to negotiate the content of various administrative forms that the Court can require to implement the terms of the injunction. On or before November 9, 2023, the parties shall submit an agreed version of the administrative forms. In the event that the parties cannot agree on the administrative forms, they shall file no later than 5:00 PM on November 9, 2023, the competing versions of the various forms and an agenda of any unresolved issues which the Court can address at a status conference on November 14, 2023 at 1:00 PM. Signed by District Judge Kathryn H. Vratil on 10/23/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 10/23/2023) |
| 10/25/2023 | 121 | NOTICE of Hearing: Status Conference is set for <u>11/14/2023 at 01:00 PM</u> in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 10/25/2023) |
| 11/01/2023 | <u>122</u> | MEMORANDUM AND ORDER ENTERED: On or before November 9, 2023, the parties shall submit an agreed permanent injunction which is consistent with the Court's rulings on plaintiffs' request for injunctive relief. In the event that the parties cannot agree on the form of the injunction, they shall file no later than 5:00 PM on November 9, 2023, the competing versions of the injunction and an agenda of any unresolved issues which the Court can address at the status conference on November 14, 2023 at 1:00 PM. Signed by District Judge Kathryn H. Vratil on 11/1/2023. (jal) (Entered: 11/01/2023) |

| 11/09/2023 | [123](#) | RESPONSE by Plaintiffs Mark Erich, Shawna Maloney re [122](#) Memorandum & Order,, 120 Order,, (Attachments: # [1](#) Exhibit A - Plaintiffs' Proposed Final Injunction, # [2](#) Exhibit B - Plaintiffs' Proposed Form HP-141, # [3](#) Exhibit C - Form HP-102, # [4](#) Exhibit D - Detention Log)(Brett, Sharon) (Entered: 11/09/2023) |
|---|---|---|
| 11/10/2023 | [124](#) | RESPONSE *and agenda* by Defendant Erik Smith. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit)(Parker, Stanley) (Entered: 11/10/2023) |
| 11/13/2023 | [125](#) | MOTION to Strike [124](#) Response *As Untimely* by Plaintiffs Mark Erich, Shawna Maloney (Perry, Madison) (Entered: 11/13/2023) |
| 11/13/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: [125](#) MOTION to Strike [124](#) Response *As Untimely*. The motion will be resolved by the District Judge. (kf)** (Entered: 11/13/2023) |
| 11/13/2023 | 126 | NOTICE OF CANCELLED HEARING: Status Conference set for 11/14/2023 at 01:00 PM is cancelled. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 11/13/2023) |
| 11/13/2023 | [127](#) | RESPONSE by Defendant Erik Smith re [125](#) Motion to Strike (Parker, Stanley) (Entered: 11/13/2023) |
| 11/20/2023 | [128](#) | MEMORANDUM AND ORDER overruling [125](#) Motion to Strike. It is further ordered that de [127](#) RESPONSE by Defendant Erik Smith re 125 Motion to Strike is sustained. Signed by District Judge Kathryn H. Vratil on 11/20/2023. (sz) (Entered: 11/20/2023) |
| 11/20/2023 | [129](#) | PERMANENT INJUNCTION. See Order for details. Signed by District Judge Kathryn H. Vratil on 11/20/2023. (sz) (Entered: 11/20/2023) |
| 11/21/2023 | [130](#) | JUDGMENT. Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney are granted declaratory relief pursuant to Permanent Injunction [129](#) filed on November 20, 2023. Signed by deputy clerk on 11/21/2023. (sz) (Entered: 11/21/2023) |
| 12/05/2023 | [131](#) | MOTION for Attorneys' Fees and Non-Taxable Costs by Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 12/05/2023) |
| 12/05/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: [131](#) MOTION for Attorney Fees *and Non-Taxable Costs*. The motion will be resolved by the District Judge. (kf)** (Entered: 12/05/2023) |
| 12/15/2023 | [132](#) | NOTICE OF APPEAL by Defendant Erik Smith. Filing fee $ 605, Internet Payment Receipt Number AKSDC-6228303. (Parker, Stanley) (Entered: 12/15/2023) |
| 12/15/2023 | [133](#) | MOTION for Stay of Execution *of Permanent Injunction (ECF 129) Pending Appeal* by Defendant Erik Smith (Parker, Stanley) (Entered: 12/15/2023) |
| 12/15/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: [133](#) MOTION for Stay of Execution *of Permanent Injunction (ECF 129) Pending Appeal*. The motion will be resolved by the District Judge. (kf)** (Entered: 12/15/2023) |
| 12/18/2023 | [134](#) | TRANSCRIPT of Bench Trial Volume 6 held May 10, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Stanley Parker - Kansas Attorney General Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the** |

| | | |
|---|---|---|
| | | **allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 3/18/2024. (kg) (Entered: 12/18/2023) |
| 12/18/2023 | [135](#) | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re [132](#) Notice of Appeal. (Attachments: # [1](#) Preliminary Packet)(kmc) (Entered: 12/18/2023) |
| 12/18/2023 | [136](#) | APPEAL DOCKETED in 10CCA on 12/18/2023 and assigned Appeal No. 23-3267 re [132](#) Notice of Appeal filed by Erik Smith. (kmc) (Entered: 12/18/2023) |
| 12/22/2023 | [137](#) | Joint MOTION for Extension of Time to File Response and Comply with Injunction-Related Deadlines as to [129](#) Permanent Injunction, [133](#) MOTION for Stay of Execution *of Permanent Injunction (ECF 129) Pending Appeal* by Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 12/22/2023) |
| 12/22/2023 | [138](#) | Unopposed MOTION for extension of time *to File Memorandum in Support of Motion for Attorneys' Fees and Costs and Bill of Costs* by Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 12/22/2023) |
| 12/22/2023 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: [137](#) Joint MOTION for Extension of Time to File Response and Comply with Injunction-Related Deadlines as to [129](#) Permanent Injunction, MOTION for Stay of Execution *of Permanent Injunction (ECF 129) Pending Appeal* and [138](#) Unopposed MOTION for extension of time *to File Memorandum in Support of Motion for Attorneys' Fees and Costs and Bill of Costs*. The motions will be resolved by the District Judge.** (kf) (Entered: 12/22/2023) |
| 12/26/2023 | [139](#) | TRANSCRIPT ORDER FORM: Transcript Requested: Trial proceedings. Filed by Erik Smith re [132](#) Notice of Appeal. (sz) (Entered: 12/26/2023) |
| 12/27/2023 | 140 | ORDER granting [138](#) Plaintiffs' Unopposed Motion for Extension of Time to File Memorandum in Support of Motion for Attorneys' Fees and Bill of Costs. Plaintiffs' Memorandum is due by February 5, 2024. Signed by District Judge Kathryn H. Vratil on 12/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/27/2023) |
| 12/27/2023 | 141 | ORDER granting [137](#) Joint Motion for Extension of Injunction-Related Deadlines. Plaintiffs' deadline to file their opposition to (Doc. #133) Motion to Stay Injunction Pending Appeal is extended to 1/19/2024. In addition, the Court extends by 14 days the deadlines for the Kansas Highway Patrol to implement the procedures and policies ordered in the Permanent Injunction (Doc. #129). Signed by District Judge Kathryn H. Vratil on 12/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/27/2023) |
| 01/03/2024 | [142](#) | TRANSCRIPT ORDER FORM: Transcript Already Requested (The necessary transcript was ordered previously in case number 19-1343) filed by Erik Smith re [132](#) Notice of Appeal. (Received from 10CCA) (kmc) Modified on 1/3/2024to correct the transcript has not yet been filed but has been ordered in another appeal. (kmc) (Entered: 01/03/2024) |
| 01/05/2024 | [143](#) | NOTICE of Plaintiffs' Designation of Additional Transcripts to be Ordered by Mark Erich, Shawna Maloney (Ching, Kunyu) (Entered: 01/05/2024) |
| 01/25/2024 | [144](#) | Unopposed MOTION for extension of time *Second Unopposed Motion for Extension of Time to File Memorandum in Support of Motion for Attorneys' Fees* by Plaintiff Shawna |

| | | |
|---|---|---|
| | | Maloney (Greathouse, Leslie) (Entered: 01/25/2024) |
| 01/25/2024 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 144 Unopposed MOTION for extension of time** *Second Unopposed Motion for Extension of Time to File Memorandum in Support of Motion for Attorneys' Fees.* **The motion will be resolved by the District Judge. (kf)** (Entered: 01/25/2024) |
| 01/25/2024 | 145 | ORDER sustaining 144 Motion for Extension of Time to File Memorandum in Support of Motion For Attorney Fees. On or before February 12, 2024, plaintiffs shall file a memorandum in support of their Motion For Attorney Fees (Doc. #131). Signed by District Judge Kathryn H. Vratil on 1/25/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 01/25/2024) |
| 01/26/2024 | 146 | ORDER overruling 133 defendant's Motion To Stay Injunction Pending Appeal for substantially the reasons stated in the Court's prior rulings and in Plaintiffs' Memorandum In Opposition To Motion To Stay Injunction Pending Appeal (Doc. #600 in No. 19-1343) filed January 19, 2024. See Memorandum And Order (Doc. #128) filed November 20, 2023 at 5-11; Memorandum And Order (Doc. #122) filed November 1, 2023 at 3-15; Order (Doc. #96) filed August 30, 2023 at 2-12; Memorandum And Order (Doc. #86) filed July 21, 2023 at 55-79. Signed by District Judge Kathryn H. Vratil on 1/26/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 01/26/2024) |
| 01/30/2024 | 147 | ORDER of 10CCA as to 132 Notice of Appeal regarding a temporary stay of the district court's injunctive order. (Appeal No. 23-3267) (kmc) (Entered: 01/31/2024) |
| 02/05/2024 | 148 | BILL OF COSTS by Mark Erich, Shawna Maloney. (Greathouse, Leslie) (Entered: 02/05/2024) |
| 02/05/2024 | 149 | MEMORANDUM IN SUPPORT of 148 Bill of Costs by Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit A- Itemization of Costs, # 2 Exhibit B- Itemization of Costs lines 1-6, # 3 Exhibit C- Itemization of Costs lines 7-35)(Greathouse, Leslie) (Entered: 02/05/2024) |
| 02/06/2024 | 150 | Joint MOTION for extension of time *file memorandum in support of Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs* by Plaintiffs Mark Erich, Shawna Maloney (Brett, Sharon) (Entered: 02/06/2024) |
| 02/06/2024 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 150 Joint MOTION for extension of time** *file memorandum in support of Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs.* **The motion will be resolved by the District Judge. (kf)** (Entered: 02/06/2024) |
| 02/09/2024 | 151 | ORDER sustaining 150 Motion for Extension of Time to File. On or before March 4, 2024, plaintiffs shall file a memorandum in support of their motion for attorneys' fees and non-taxable costs (Doc. #131). Signed by District Judge Kathryn H. Vratil on 2/9/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 02/09/2024) |
| 02/13/2024 | 152 | TRANSCRIPT ORDER FORM by Court Reporter Kim Greiner ordering transcripts of Testimony of Jury Trial April 24-27, 2023 re 132 Notice of Appeal - Final Judgment filed by Erik Smith () Transcript due by 3/12/2024. (kg) (Entered: 02/13/2024) |
| 03/01/2024 | 153 | PARTIAL TRANSCRIPT of Jury Trial (Voir Dire and Opening Statements Excluded) Volume 1 held April 24, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 154 | TRANSCRIPT of Jury Trial Volume 2 held April 25, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 155 | TRANSCRIPT of Jury Trial Volume 3 held April 26, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 156 | PARTIAL TRANSCRIPT of Jury Trial (Closing Argument Excluded) Volume 4 held April 27, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov.** |

**Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024)

| 03/04/2024 | 157 | AMENDED MOTION for Attorneys' Fees and Non-Taxable Costs by Plaintiffs Mark Erich, Shawna Maloney. (Motion referred to Magistrate Judge Gwynne E. Birzer.) (Brett, Sharon) (Entered: 03/04/2024) |
| --- | --- | --- |
| 03/04/2024 | 158 | MEMORANDUM IN SUPPORT of 131 Motion for Attorneys' Fees and Non-Taxable Costs, 157 Amended Motion for Attorneys' Fees and Non-Taxable Costs by Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Ex. A (Declaration of Sharon Brett), # 2 Ex. B (ACLU KS Attorneys' Fees - Bench Trial Only), # 3 Ex. C (ACLU KS Attorneys' Fees - Damages Trials), # 4 Ex. D (ACLU KS Attorneys' Fees - Since November '23), # 5 Ex. E (ACLU National Attorneys' Fees - Bench Trial Only), # 6 Ex. F (ACLU National Attorneys' Fees - Damages Trials), # 7 Ex. G (Spencer Fane LLP Attorneys' Fees - Bench Trial Only), # 8 Ex. H (Spencer Fane LLP Attorneys Fees' - Damages Trials), # 9 Ex. I (ACLU KS Nontaxable Costs - Bench Trial Only), # 10 Ex. J (ACLU KS Nontaxable Costs - Damages Trials), # 11 Ex. K (ACLU National Nontaxable Costs - Bench Trial Only), # 12 Ex. L (ACLU National Nontaxable Costs - Damages Trials), # 13 Ex. M (Spencer Fane LLP Nontaxable Costs - Bench Trial Only), # 14 Ex. N (Spencer Fane LLP Nontaxable Costs - Damages Trials), # 15 Ex. O (Statement of Consultation))(Brett, Sharon) (Entered: 03/04/2024) |
| 03/04/2024 | 159 | STATEMENT of Consultation as Required by Local Rule 54.2(c)(1) by Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 03/04/2024) |
| 03/15/2024 | 160 | LETTER TO 10CCA stating record is complete re 132 Notice of Appeal (Appeal No. 23-3267). (ca) (Entered: 03/15/2024) |
| 03/19/2024 | 161 | RESPONSE by Defendant Erik Smith re 157 Amended Motion for Attorneys' Fees and Non-Taxable Costs. (Parker, Stanley) (Entered: 03/19/2024) |
| 03/20/2024 | 162 | REPLY TO RESPONSE TO MOTION by Plaintiffs Mark Erich, Shawna Maloney re 131 Motion for Attorneys' Fees and Non-Taxable Costs, 157 Amended Motion for Attorneys' Fees and Non-Taxable Costs. (Brett, Sharon) (Entered: 03/20/2024) |
| 03/27/2024 | 163 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Sharon Brett as to Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 03/27/2024) |
| 04/03/2024 | 164 | COSTS TAXED in the amount of $ 52,722.76 against Defendant re Bill of Costs 148 as uncontested. (jh) (Entered: 04/03/2024) |
| 04/12/2024 | 165 | MEMORANDUM AND ORDER. Plaintiffs' Amended Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 157 ) is sustained in part and overruled in part. Defendants Douglas Schulte, Brandon McMillan and Erik Smith in his official capacity as Superintendent of the Kansas Highway Patrol shall pay plaintiffs $1,985,837.10 in attorney fees and $363,148.28 in non-taxable costs. Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 131 ) is overruled as moot. Signed by District Judge Kathryn H. Vratil on 4/12/2024. (mam) (Entered: 04/12/2024) |
| 04/12/2024 | 166 | JUDGMENT as to Attorneys' Fees and Court Costs. Pursuant to the Memorandum and Order (Doc. 165 ) filed 4/12/2024, the Court enters judgment as to the awarding of attorneys' fees and court costs only in the instant case and in Case 6:19-cv-01343-KHV, |

Shaw et al v. Schulte as follows: Defendants Douglas Schulte, Brandon McMillan and Erik Smith in his official capacity as Superintendent of the Kansas Highway Patrol shall pay plaintiffs $1,985,837.10 in attorney fees and $363,148.28 in non-taxable costs. Signed by deputy clerk on 4/12/2024. (mam) (Entered: 04/12/2024)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/23/2024 09:44:43 | | | |
| **PACER Login:** | kurtis.wiard | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-01067-KHV-GEB |
| **Billable Pages:** | 18 | **Cost:** | 1.80 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK ERICH, SHAWNA MALONEY, individually and SHAWNA MALONEY, as the mother and natural guardian of D. M. and M. M., minors,<br>*Plaintiffs*<br><br>VS.<br><br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, and Trooper JUSTIN ROHR, in his individual capacity,<br>*Defendants.* | CASE NUMBER: **20-CV-01067-JAR-GEB**<br><br>JURY TRIAL REQUESTED |

## COMPLAINT

The Plaintiffs, **MARK ERICH, SHAWNA MALONEY,** and **SHAWNA MALONEY** as the mother and natural guardian of **D. M.** and **M. M.,** minors, state and allege as follows:

## NATURE OF THE CASE

1. This is an action brought by the Plaintiffs against Trooper Justin Rohr, in his individual capacity, for civil damages, for the violation of the plaintiffs' rights to be free from unreasonable searches and seizures, pursuant to the Fourth

Amendment to the Constitution of the United States of America, as applied to the states by the Fourteenth Amendment to the Constitution of the United States of America, pursuant to 42 U.S.C. § 1983.

2. This action is brought against Herman Jones, as Superintendent of the Kansas Highway Patrol in his official capacity for injunctive and declaratory relief, consistent with the relief sought in *Shaw, et al v. Jones, et al,* Case Number: 6:19 – cv – 01343 KHV – GEB, also pending in this court.

### JURISDICTION AND VENUE

3. The Plaintiffs' seek relief pursuant to 42 U.S.C. § 1983, for civil rights arising under the Fourth and Fourteenth Amendments and the Privileges and Immunities Claus in Article IV of the United States Constitution.

4. Subject Matter jurisdiction is vested in this court pursuant to 28 U.S.C. § 1331, in that a question arising under federal law is presented.

5. Injunctive and declaratory relief are authorized pursuant to 28 U.S.C. § 2201 and 2202.

6. Although the state is not a person for purposes of 42 U.S.C. § 1983, natural persons acting under the color of state law, not acting within the scope of an absolute or limited privilege or immunity, may be liable for damages as

individuals. *See Connelly v. State,* 271 Kan. 944 (Kan. 2001), which involved

systemic and unconstitutional actions inside the Kansas Highway Patrol.

### PARTIES

7.  The Plaintiff Mark Erich is an individual, and an adult, and a citizen of the

    state of Colorado, and was a citizen of the state of Colorado on March 9,

    2018.

8.  The Plaintiff Shawna Maloney is an individual, and an adult, and a citizen of

    the state of Colorado, and was a citizen of the state of Colorado on March 9,

    2018. Shawna Maloney is also the mother and natural guardian of D. M. and

    M. M., who were on March 9, 2018, and are today, minors.

9.  Mark Erich and Shawna Maloney are members of the class proposed in *Shaw,*

    *et al v. Jones, et al,* Case Number: $6:19 - cv - 01343 \, KHV - GEB$, United States

    District Court for the District of Kansas, and seek to join that action.

10. Herman Jones is the Superintendent of the Kansas Highway Patrol. This

    action is brought against Herman Jones solely in his official capacity.

11. Justin Rohr is a Kansas Highway Patrol Officer, employed by the state of

    Kansas. This action is brought against Justin Rohr, solely in his individual

    capacity.

## STATEMENT OF OPERATIVE FACTS

12. On March 9, 2018 at approximately 5:00 a.m., Trooper Rohr observed a 2006 Winnebago Chalet driven by the plaintiff Mark Erich, bearing Colorado Tags.

13. The Winnebago was east bound on I 70. Trooper Rohr was west bound on I 70 when he first observed the Winnebago. No traffic offense was observed by Trooper Rohr when he first spotted the Winnebago, yet he elected to change his direction of travel and made a U-Turn in the median to follow the Winnebago.

14. In order to justify a traffic stop, Trooper Rohr, followed the Winnebago in an unsafe manner. The incident occurred at night and lights were required. The Winnebago was in the right lane of the east bound portion of the roadway. Trooper Rohr then enters the left lane of the roadway and places his vehicle adjacent to the rear of the Winnebago and follows it for a short distance, until the Trooper's vehicle lights cause the Winnebago driver to cross over the line designating the shoulder of the road.

15. Trooper Rohr then proceeds to pull the Winnebago over. Until Trooper Rohr and positioned his vehicle in an unsafe position proximately to the Winnebago, no traffic violations of any sort had or could be observed.

App. Vol. III, 25

16. After the Winnebago is pulled over, Trooper Rohr advises the occupants, Mark Erich as Driver and Shawna Maloney and her two minor children, D. M. and M. M., as passengers, and asked if the plaintiffs were, including the driver, sleepy and if they were ok.

17. Mark Erich stated agreeably that he was in fact ok.

18. Trooper Rohr then asks where the plaintiffs were headed. The plaintiffs told Trooper Rohr that they were headed to Alabama.

19. Mark Erich then provided Trooper Rohr with his license and insurance information.

20. Trooper Rohr then went back to his vehicle. When Trooper Rohr returned, he handed back to Mark Erich his license and insurance.

21. At 5:41 a.m. Trooper Rohr issued a warning ticket for "improper driving on roadway/use of center lane", contrary to K.S.A. 08-1522." See Exhibit 1, "Uniform Notice to Appear And Complaint", dated March 9, 2018, and signed by Trooper Rohr.

22. Trooper Rohr then advised the plaintiffs that they were free to go.

23. Trooper Rohr then asked if he could ask some "follow up" questions.

24. After asking if he had to answer these "follow up questions", Mark Erich

refused to answer any "follow up questions" and asked if he was free to leave. Trooper Rohr said "Yes".

25. As the Plaintiffs were attempting to leave, Trooper Rohr then advised the Plaintiffs that they were being detained and for all occupants to leave the vehicle, including the two minor children.

26. Trooper Rohr then advises that he smelled fresh paint. The Trooper Rohr claims to have seen paint on Mark Erich's hand and saw fresh paint on the back of the vehicle.

27. Trooper Rohr then gets his dog out of his vehicle. According to Trooper Rohr his dog had alerted.

28. A warrantless search is then conducted by Trooper Rohr with assistance of other unknown employees of the Kansas highway patrol. This search takes approximately 47 minutes. Extensive damage is done to the Winnebago.

29. The Plaintiffs were forced to leave their vehicle and stand by the side of the road while this search was conducted. The Plaintiff Shawna Maloney was three months pregnant in a high-risk pregnancy and was not allowed to administer scheduled medication during her detention.

30. No contraband or unlawful drugs is found at any time while the plaintiffs are

being unlawfully detained at Trooper Rohr's request by the Kansas Highway Patrol.

31. Three other Troopers then assisted in the search of the vehicle. The search lasted 47 minutes.

32. No drugs or contraband were discovered.

33. The plaintiffs are then told by Trooper Rohr that they are free to go.

34. Realizing the futility of his search and that no permission to search had at any time been granted by any person, Trooper Rohr became more agitated and detained the plaintiffs for a second time.

35. Trooper Rohr then climbs on then roof of the Winnebago, but still discovered nothing.

36. The Plaintiffs were finally allowed to leave about 6:30 a.m.

37. The only offense determined was crossing the shoulder line.  As noted, a warning ticket was issued. No fine or other action was brought by the state of Kansas against the Plaintiffs and no contraband was ever discovered.

38. The plaintiffs allege that they were on a family vacation and only prescription drugs, for which the plaintiffs had valid prescriptions, or over the counter medicines were in the vehicle.

39. The plaintiffs allege that they had committed no traffic offenses until the provocative driving of Trooper Rohr forced their vehicle onto the shoulder.

40. At no time was a consent to search ever given.

41. After requesting the right to leave, the Plaintiffs were involuntarily detained, with no proof that a traffic violation had even been committed, let alone a crime such as drug trafficking had occurred.

42. The plaintiffs suffered damages to their vehicle which required $3000 to repair as a result of the search, were humiliated.

## LEGAL CLAIMS

The operative legal claims in this case are identical to the legal claims eloquently stated in *Shaw, et al v. Jones, et al,* Case Number: 6:19 – cv – 01343 KHV – GEB. The legal claims of the Maloney plaintiffs are as follows:

**COUNT 1:** **UNREASONABLE SEARCH AND SEIZURE IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND THE PRIVILEGES AND IMMUNITIES CLAUSE OF ARTICLE OF ARTICLE IV, SECTION 2, AS APPLIED**

TO THE STATES BY THE FOURTEENTH AMENDMENT TO THE UNITED STATES

CONSTITUTION.

43. The Fourteenth Amendment to the United States Constitution prohibits

unreasonable searches and seizures. Under the police power, the

government may not subject any person to an unreasonable search and

seizure.

44. Any such search must be made with "individualized, objective, and articulable

reasonable suspicion of criminal activity. The Amendment's protections

extend to brief investigatory stops of persons or vehicles that fall short of

traditional arrest. *United States v. Arvizu*, 534 U.S. 266, 273 (2002); *Vasquez*,

834 F.3d at 1136". *Complaint*, in *Shaw, et al v. Jones, et al,* Case Number:

6:19 – cv – 01343 KHV – GEB, paragraph 111.

45. The police are not authorized to extend a legitimate traffic stop beyond the

"the scope of the stop absent reasonable suspicion or consent. *United States*

*v. Villa*, 589 F.3d 1334, 1339 (10th Cir. 2009); *United States v. Hunnicutt*, 135

F.3d 1345, 1349 (10th Cir. 1998)." *Id* paragraph 112.

46. In this case, Trooper Rohr stopped the Plaintiffs without even the scintilla of

probable cause. Video recordings of the stop reveal that Trooper Rohr was

west bound in a divided highway, while the plaintiffs were eastbound. The plaintiffs were not speeding, and their vehicle tags could not be observed from Trooper Rohr's initial observation of the Plaintiffs' vehicle.

47. It is conceivable that Trooper Rohr viewed a front license tag on the vehicle and was able to conclude that the vehicle was from Colorado. More probable though is the assumption by Trooper Rohr that an RV at 5:00 a.m. in the morning, on I-70 was traveling through the state of Kansas.

48. In either case the facts known to Trooper Rohr at the time of initial observation of the Plaintiffs' vehicle were at most speculation and conjecture, that even if true, could not warrant even a traffic stop: No violation of any traffic law had been committed in the initial observation.

49. Trooper Rohr, then proceeded to make a quick, cross boundary lane change. Trooper Rohr intentionally placed his vehicle in a position that his lights would interfere with Mark Erich's safe operation of the vehicle. Mark Erich's natural reaction would be to slow down and possibly stop on the shoulder because of the erratic and unsafe driving of Trooper Rohr.

50. Trooper Rohr then used the pretense of the traffic violation that he had instigated as the pretext for pulling over the plaintiffs' vehicle. No reasonable

person can conclude that the police have the power to forment traffic violations and then use the violations caused by police conduct as a justification for a traffic stop.

51. In the case of the Maloney's, the traffic stop was as unlawful as the search.

52. From the point of Trooper Rohr's initial observation of the Plaintiffs' vehicle, the following specific acts violated the Plaintiffs' Fourth and Fourteenth Amendment rights to be free of unreasonable searches and seizures:

   a. **The traffic stop:** No traffic laws were violated until a very minor offense, crossing the shoulder line, was created through the provocation of Trooper Rohr. Notably, the net result of the 47 minutes the Plaintiffs were detained was a warning ticket.

   b. **Improper questioning after initial stop**: "the Constitution prohibits police from extending a traffic stop in order to question a driver about issues beyond the scope of the stop absent reasonable suspicion or consent. *United States v. Villa*, 589 F.3d 1334, 1339 (10th Cir. 2009); *United States v. Hunnicutt*, 135 F.3d 1345, 1349 (10th Cir. 1998)." *Id.* at paragraph 112.

   c. **The first detention**: The plaintiffs first asked if they were obligated to

answer Trooper Rohr's question. Knowing that the law required an answer that they did not have to answer those questions, the following conversation took place between the Plaintiff and Mark Erich:

Trooper Rohr:      Right? And how long are you guys going to be out there?
Mark Erich: Uh, do I have to answer these questions?
Trooper Rohr:      Uh, you don't have to.
Mark Erich: Okay.
Trooper Rohr:      Okay.
Mark Erich: I'd prefer not to.
Trooper Rohr:      Okay. Can I, can I talk to you any further? Or...
Mark Erich: No. I'm free to go right?
Trooper Rohr:      You are free to go. …

Trooper Rohr:      Okay. Here's what I'm gonna do you, okay? I'm gonna detain you now. Okay? 'Cause I think that uh... You might have a false compartment in this vehicle. All right.

(Verbatim transcript of traffic stop, Minute 11:02 through Minute 11: 50, copy attached as Exhibit 1).

d. **Canine Search.**

Trooper Rohr then stated: "So, what I'm gonna do is I'm gonna run a drug dog around the vehicle. Okay? I'll have you guys exit the vehicle. There's no reason for a drug to indicate or alert to the presence of any kind of odor on the vehicle? Okay. How many kids you have in here?". *Id* at Minute 12:02. After being told there were two minor

children in the vehicle, Trooper Rohr proceeded to have his dog circle

the RV.

Seven minutes later, Trooper Rohr inquired, "Come here. Okay, is

there any reason why my dog would indicate to the presence of a drug

in or on the vehicle?". *Id,* Minute 19.

e. **First Physical Search of the Vehicle:** After again being told that there

was no unlawful use of the vehicle, Trooper Rohr, with the assistance of

other unknown Kansas Highway Patrol Trooper, commenced a physical

search of the Winnebago.

f. **Second Detention and Second Physical search of the Vehicle**. After

dismantling the interior of the Plaintiffs' vehicle, and not finding any

thing unlawful, Trooper Rohr apologized for his dog:

> "Sorry to waste your time. You know, it's... We're out here doing
> our job. I don't know why the dog indicated on the back of the
> vehicle here, but he kept going up right where that spot is. Now,
> he shouldn't indicate to any kind of paint or anything like that. It
> should be only be the odor of, of coke, heroin, or meth. So, once
> again, I'm sorry to waste your time but it's what it is." *Id* at Minute
> 40:42.

Trooper Rohr then bid the Plaintiffs a "safe trip." *Id* at minute 41:04.

A mere two seconds later, Trooper Rohr changed his mind, detained the

plaintiffs a second time, and conducted a physical search of the roof of the Winnebago. Several minutes after that the Plaintiffs were finally allowed to continue their trip to visit relatives in Alabama.

53. Permission to search was never requested. It goes without saying the search was warrantless.

54. As a result of the unlawful actions of Trooper Rohr, the Plaintiffs suffered more than inconvenience. They were humiliated and embarrassed in front of their children. The searches were invasive and destructive and deprived the plaintiffs of their basic and fundamental rights of liberty, resulting in actual monetary damages for damage to the recreational vehicle and for medical treatment for this traumatic and inappropriate interaction with the police.

55. The actions of Trooper Rohr were not simply unreasonable. They were fabricated out of whole cloth by provocative police behavior designed to force citizens to violate traffic laws. The acts were intentional, unconstitutional and Trooper Rohr should be held accountable for the damages he caused in his individual capacity.

### COUNT II: INJUNCTIVE AND DECLARATORY RELIEF

56. These Plaintiffs allege that they are members of the class described in *Shaw, et al v. Jones, et al,* Case Number: 6:19 − cv − 01343 KHV − GEB, United States District Court for the District of Kansas, and adopt the allegations of procedural misconduct made therein, and would request the same injunctive and declaratory relief alleged therein. *Id.* at paragraphs 110 through 127, against the Defendant Herman Jones, in his official capacity.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for relief as follows:

a. Enter Judgment against Defendant Rohr, individually, for compensatory and punitive damages.

b. Determine that these plaintiffs are members of the class sought in *Shaw, et al v. Jones, et al,* Case Number: 6:19 − cv − 01343 KHV − GEB, in the United States District Court for the District of Kansas.

c. Enter Judgment against Defendant Jones, in his official capacity, for the relief sought in *Shaw, et al v. Jones, et al,* Case Number: 6:19 − cv − 01343

KHV – GEB, in the United States District Court for the district of Kansas.

d. An award of Attorney fees and costs.

e. Such other and further relief as this court may determine is just and proper.

Respectfully submitted:

By /S/ James T. McIntye
James T. McIntyre, #11814
6235 W. Kellogg Drive
Wichita, Kansa 67209

(316) 264-8857
(316) 221-2909 (Fax)

jmcintyrelaw@gmail.com

Attorney for Plaintiffs

App. Vol. III, 37

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Mark Erich, *et al.*

                    Plaintiffs,

v.                                                    Case No. 20-CV-01067

Herman Jones, *et al.,*

                    Defendants.

## DEFENDANT HERMAN JONES' ANSWER

Defendant Herman Jones ("this defendant") for his answer to the Complaint (Doc. 1-3) states as follows:

*First Defense*

1.      Concerning the allegations in paragraphs 1, 2, 3 & 5, it is admitted that plaintiffs attempt to state claims for damages under 42 U.S.C. § 1983 against this defendant and for prospective equitable against Superintendent Herman Jones. It is denied that plaintiffs are entitled to this relief.

2.      The allegations in paragraphs 4, 10, 11, 13, 19, 20, 21, 22, 32, 33, 37, 40 & 53 are admitted.

3.      The allegations contained in the following paragraphs attempt to state legal opinions to which no responsive pleading is required: 6, 43, 44, 45 & 52b.

4.      This defendant currently lacks knowledge or information sufficient

1

to form a belief about allegations in the following paragraphs: 7, 8, 17 & 36.

5.      The allegations contained in the following paragraphs are denied: 9, 14, 15, 16, 34, 42, 49, 50, 51a, 54 & 55.

6.      The allegations contained in paragraph 12 are admitted except the stop was closer to 5:40 am.

7.      The allegations contained in paragraph 18 are admitted except this defendant currently lacks sufficient knowledge or information to admit or deny that he was immediately told Alabama as inferred in the paragraph.

8.      The allegations contained in paragraphs 23 & 24 are admitted except this defendant currently lacks sufficient knowledge or information to admit or deny that he used the phrase "'follow up' questions."

9.      The allegations contained in paragraph 25 are admitted with the modification that the plaintiffs were detained before they left.

10.     Answering paragraphs 26 & 27, Defendant Justin Rohr smelled a body filler (Bondo) or paint, and saw signs that the older Winnebago had been recently modified in a manner which suggested the presence of hidden compartments used to transport drugs or contraband. He also saw paint on Mark Erich hand. Defendant Justin Rohr had a drug dog in his vehicle. That dog alerted for drugs. Statements inconsistent with these paragraphs 26 & 27 are denied.

11.     Answering paragraphs 28 & 31, it is admitted that a warrantless

search was conducted by Defendant Justin Rohr and other law enforcement after the dog positive alert. The balance of the allegations in the paragraphs are denied.

12.     The allegations in the first sentence of paragraph 29 are admitted; this defendant lacks sufficient knowledge or information to admit or deny the allegations in the second sentence of the paragraph.

13.     Answering paragraph 30, it is admitted that no contraband or unlawful drugs were found; however the rest of the allegations in the paragraph are denied.

14.     Answering paragraph 35, it is admitted that Defendant Justin Rohr climbed the roof of the Winnebago during the search of the vehicle and found no drugs or contraband there.

15.     Answering paragraphs 38 & 39, it is admitted that the plaintiffs make the stated allegations, but this defendant lacks sufficient knowledge or information to admit or deny the truth of allegations in paragraph 38 and denies the allegations in paragraph 39.

16.     The allegations in paragraph 41 are denied except it is admitted that the plaintiffs were involuntarily detained.

17.     Answering paragraph 47, the speculations described are not allegations of fact that require responsive pleading. However, it is denied that Defendant Justin Rohr formed any suspicions based on Colorado license plates or travel from Colorado.

18.     The allegations in paragraph 51 that the traffic stop and subsequent search were unlawful are denied.

19.     Answering the allegations in paragraphs 52c, d, e & f: This defendant currently lacks sufficient knowledge or information to admit or deny the accuracy of the transcript attached to the Complaint. It is admitted that this defendant: Began to ask about travel plan and agreed plaintiff Mark Erich did not have to answer them; asked if there was any reason the drug dog should alert the presence of drugs; asked about the children in the vehicle; had the drug dog circle the Winnebago; found nothing unlawful in the Winnebago; searched the top of the Winnebago; and, during the interactions with Mark Erich, told him something to the effect that Defendant Justin Rohr was sorry, was just doing his job, did not know why the dog indicated drugs when none could be found, and told Erich to have a safe trip. Allegations in the paragraphs which are inconsistent with these statements are denied.

20.     Answering paragraph 56, this defendant incorporates by reference his answer filed in *Shaw et al. v. Jones et al.*, D. Kan., Case No. 19-1343 (Doc. 039) and it is denied that plaintiffs are a member of any class that may be certified in *Shaw*.

21.     Defendant Justin Rohr possessed a reasonable suspicion of criminal activity for the involved extended detention and canine investigation for reasons expressed in this Answer and more. **The dog's alert and the circums**tances

provided probable cause for the warrantless search. Unless expressly admitted, all allegations in the Complaint or its referenced materials and exhibits are denied.

*Second Defense*

22.　Plaintiffs fail to state a claim against this defendant upon which relief can be granted, including the statements in paragraph 56 do not comply with Fed. R. Civ. P. Rules 8(a) & 10(c).

*Third Defense*

23.　The claims against defendant Justin Rohr should not be joined with the claim against this defendant or they should be separately tried.

*Fourth Defense*

24.　Plaintiffs lack constitutional standing to prosecute this action.

*Fifth Defense*

25.　Many of plaintiffs remedy demands are beyond the scope of appropriate injunctive relief.

*Sixth Defense*

26.　Alternatively, prospective mandatory injunctive relief is not appropriate.

THEREFORE Defendant Herman Jones requests that the Court enter a judgment denying Plaintiffs' claims, such other relief as the Court deems just and necessary, and for his costs.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email:  art.chalmers@ag.ks.gov
Attorneys for Defendant Jones

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of July 2020, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all counsel of record:

s/ Arthur S. Chalmers

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **BLAINE FRANKLIN SHAW,** | ) | |
| **SAMUEL SHAW, and JOSHUA BOSIRE** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **No. 19-1343-KHV** |
| **DOUG SCHULTE,** | ) | |
| **BRANDON MCMILLAN and** | ) | |
| **ERIK SMITH, in his official capacity as** | ) | |
| **the Superintendent of the Kansas Highway** | ) | |
| **Patrol,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **MARK ERICH and SHAWNA MALONEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **No. 20-1067-KHV** |
| **ERIK SMITH,** | ) | |
| **in his official capacity as the Superintendent** | ) | |
| **of the Kansas Highway Patrol,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

**PURSUANT TO** the jury <u>Verdict</u> (Doc. #438) returned on February 8, 2023, that judgment

is entered as follows:

Judgment is entered in favor of plaintiff Blaine Franklin Shaw and against defendant

Douglas Schulte in the amount of $1.00, plus post judgment interest at the rate of 5.24% per

annum, along with costs.

**PURSUANT TO** the jury <u>Verdict</u> (Doc. #499) filed on April 27, 2023, that judgment is entered as follows:

Judgment is entered in favor of plaintiff Joshua Bosire and against defendant Brandon McMillan in the amount of $20,163.70 and punitive damages in the amount of $20,000.00 plus post judgment interest at the rate of 5.24% per annum, along with costs.

**PURSUANT TO** the <u>Memorandum and Order</u> (Doc. #352) filed on December 26, 2022, defendant Erik Smith is granted judgment on plaintiffs' claim that defendant Smith violated plaintiffs' constitutional right to interstate travel and plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney shall take nothing on this claim.

**FURTHER PURSUANT TO** the <u>Memorandum and Order</u> (Doc. #539 in No. 19-1343 and Doc. #86 in No. 20-1067) filed on July 21, 2023, plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney are granted judgment on plaintiffs' claim that defendant Erik Smith violated plaintiffs' rights under the Fourth Amendment.

**IT IS ORDERED AND ADJUDGED** that plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney are granted declaratory relief pursuant to <u>Permanent Injunction</u> (Doc. #582 in No. 19-1343 and Doc. #129 in No. 20-1067) filed on November 20, 2023.

Dated: 11/21/2023

SKYLER B. O'HARA
CLERK OF THE COURT

<u>s/ Audra Harper</u>
Deputy Clerk

App. Vol. III, 45

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Blaine Franklin Shaw, *et al*. | |
| Plaintiffs, | |
| v. | Case No. 19-CV-01343 |
| Erik Smith, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,* | |
| Defendants. | |
| Mark Erich, *et al*. | |
| Plaintiffs, | |
| v. | Case No. 20-CV-01067 |
| Erik Smith, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,* | |
| Defendants. | |

**<u>NOTICE OF APPEAL</u>**

Defendant Erik Smith appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on November 21, 2023, and from such other orders and rulings as are subsumed therein, including the Memorandum and Order filed on July 21, 2023, and the Permanent Injunction filed on November 20, 2023.

1

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-368-8423
Fax: 785-291-3767
Email: stanley.parker@ag.ks.gov
*Attorney for Defendant Erik Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, the above document was filed and served

using the Court's CM/ECF system, which sent electronic notice to all counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that a copy of the foregoing APPELLANT'S APPENDIX, as submitted in digital form is an exact copy of the document filed with the Clerk.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, the foregoing APPELLANT'S APPENDIX was electronically filed with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. I also certify that within five business days of the issuance of notice that the electronic filing is compliant, one paper copy will be delivered by Federal Express to the Clerk's Office.


DATED: April 24, 2024                    /s/ Kurtis K. Wiard