UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Blaine Franklin Shaw, et al.,

v.

Erik Smith

Case No. 23-3264

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Blaine Franklin Shaw, Samuel James Shaw, Joshua Bosire, Mark Erich and Shawna Maloney

[Party or Parties][1]

Appellees/Respondents, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Elizabeth Gyori
Name of Counsel

*(signature)*
Signature of Counsel

125 Broad Street, New York, NY 10004; (212) 549-2500
Mailing Address and Telephone Number

egyori@aclu.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[✓] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 2, 2024
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]


_May 2, 2024_
Date

_[signature]_
Signature

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.l(D))

Attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below:

- James T. McIntyre (former counsel for Appellees/Respondents Mark Erich and Shawna Maloney)
- Lauren Bonds (former counsel for Appellees/Respondents Blaine Franklin Shaw, Samuel James Shaw, and Joshua Bosire)
- Zal Shroff (former counsel for Appellees/Respondents Blaine Franklin Shaw, Samuel James Shaw, and Joshua Bosire)
- Joshua M. Pierson (former counsel for all Appellees/Respondents)
- Kay la DeLoach ( former counsel for all Appellees/Respondents)
- Madison A. Perry (trial counsel for all Appellees/Respondents)
- Olawale 0. Akinmoladun (trial counsel for Appellees/Respondents Blaine Franklin Shaw, Samuel James Shaw, and Joshua Bosire)