FILED
United States Court of Appeals
Tenth Circuit

May 17, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

BLAINE FRANKLIN SHAW, individually and on behalf of a class, et al.,

    Plaintiffs - Appellees,

v.

ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway Patrol,

    Defendant - Appellant,

and

DOUG SCHULTE, Master Trooper, in his individual capacity, et al.,

    Defendants.

No. 23-3264
(D.C. No. 6:19-CV-01343-KHV)
(D. Kan.)

_____

MARK ERICH, et al.,

    Plaintiffs - Appellees,

v.

ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway Patrol,

    Defendant - Appellant.

No. 23-3267
(D.C. No. 6:20-CV-01067-KHV-GEB)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on Appellees' *Unopposed Motion to Exempt Conventionally Filed Materials from the Electronic Supplemental Appendix*. In the motion, Appellees seek to conventionally file trial exhibits 3B, 130, 131, 132, and 133 ("Video Exhibits"), all of which are video files. The motion is unopposed. The motion is GRANTED as follows.

Appellee may file the Video Exhibits on a CD/DVD/USB drive. The materials must be in a familiar file format that can be accessed using commonly-available media players. The files on the CD/DVD/USB drive must be named with a file-naming convention that clearly identifies each individual file. Absent the court's prior approval, neither the CD/DVD/USB drive nor any of the files saved thereon may be password protected. Appellees shall provide the court with two copies of the CD/DVD/USB drive at the time of filing the paper copy of the supplemental appendix. Each copy must be clearly labelled with the appeal name and number. Appellees shall serve a copy of the CD/DVD/USB drive on opposing counsel.

The response brief and any supplemental appendix remain due May 24, 2024.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Allie Parrott
    Counsel to the Clerk