Case No. 23-3264 & 23-3267

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

BLAINE FRANKLIN SHAW et al.,

*Plaintiffs-Appellees*,

v.

ERIK SMITH, in his official capacity as
Superintendent of the Kansas Highway Patrol,

*Defendant-Appellant*.

MARK ERICH et al.,
*Plaintiffs-Appellees*,

v.

ERIK SMITH, in his official capacity as
Superintendent of the Kansas Highway Patrol,

*Defendant-Appellant*.

**APPELLEES' SUPPLEMENTAL APPENDIX**

Appeal from the United States District Court for the District of Kansas
Honorable Kathryn H. Vratil, Senior District Court Judge
District Court Case Nos. 19-CV-1343-KHV & 20-CV-1067-KHV-GEB

Brian Hauss
Elizabeth Gyori
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org
egyori@aclu.org

Kunyu Ching
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF KANSAS
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
kching@aclukansas.org

*Attorneys for Plaintiffs-Appellees*

Leslie A. Greathouse
Patrick McInerney
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com

*Attorneys for Plaintiffs-Appellees*

**TABLE OF CONTENTS**

District Court Docket Entries ........................................................................1

Declaration of Christopher M. Joseph (D. Ct. ECF No. 358-2) .....................71

Kanas Highway Patrol Advanced Interdiction Lesson Plan (D. Ct. ECF No. 568; Trial Ex. No. 99)...............................................................74

Jan. 10, 2018 E-mail from Josh Biera to Anthony Calderon et al. regarding *United States v. Esteban* (D. Ct. ECF No. 568; Trial Ex. No. 100)............................................................................... 115

Kansas Highway Patrol Inservice Traffic Stop Materials (D. Ct. ECF No. 565; Trial Ex. No. 97)...................................................................... 117

Sept. 5, 2019 E-mail from Jason Vanderweide to Joseph Bullock (D. Ct. ECF No. 565; Trial Ex. No. 98) ..................................................... 136

CLOSED,JGMREQ,APPEAL,SA,ETT-10D,PROTO

# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CIVIL DOCKET FOR CASE #: 6:19-cv-01343-KHV

Shaw et al v. Schulte
Assigned to: District Judge Kathryn H. Vratil
Demand: $250,000
related Case: 6:20-cv-01067-KHV-GEB
Case in other court: 10CCA, 21-03130
10CCA, 21-03131
10CCA, 23-03264
Cause: 42:1983 Civil Rights Act

Date Filed: 12/19/2019
Date Terminated: 11/21/2023
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plaintiff**

**Blaine Franklin Shaw**
*individually and on behalf of a class*

represented by **Brian M. Hauss**
American Civil Liberties Union Foundation - NY
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
Fax: 212-549-2654
Email: bhauss@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kunyu L. Ching**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
913-491-4100
Email: kching@aclukansas.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A. Greathouse**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100 ext 8115
Fax: 816-474-3216
Email: lgreathouse@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**

Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-292-8814
Fax: 816-474-3216
Email: mperry@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olawale O. Akinmoladun**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-292-8231
Email: wakinmoladun@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100
Fax: 816-474-3216
Email: pmcinerney@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Pierson**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
913-359-1807
Email: joshua.pierson@eeoc.gov
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, KS 66202
813-802-8610
Email: kdeloach@aclukansas.org
*TERMINATED: 11/28/2022*

**Lauren Bonds**
National Police Accountability Project
1403 Southwest Blvd
Kansas City, KS 66103
620-664-8584
Email: legal.npap@nlg.org
*TERMINATED: 01/08/2021*

**Sharon Brett**

ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
609-529-8775
Email: sharon.brett@gmail.com
*TERMINATED: 03/27/2024*

**Zal Kotval Shroff**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
913-303-3641
Email: zal.shroff@yale.edu
*TERMINATED: 01/08/2021*

**Plaintiff**

**Samuel James Shaw**
*individually and on behalf of a class*

represented by

**Brian M. Hauss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kunyu L. Ching**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A. Greathouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olawale O. Akinmoladun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Pierson**
(See above for address)
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**

(See above for address)
*TERMINATED: 11/28/2022*

**Lauren Bonds**
(See above for address)
*TERMINATED: 01/08/2021*

**Sharon Brett**
(See above for address)
*TERMINATED: 03/27/2024*

**Zal Kotval Shroff**
(See above for address)
*TERMINATED: 01/08/2021*

**Plaintiff**

**Joshua Bosire**
*individually and on behalf of a class*

represented by

**Brian M. Hauss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kunyu L. Ching**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A. Greathouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olawale O. Akinmoladun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua M. Pierson**
(See above for address)
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**

(See above for address)
*TERMINATED: 11/28/2022*

**Lauren Bonds**
(See above for address)
*TERMINATED: 01/08/2021*

**Sharon Brett**
(See above for address)
*TERMINATED: 03/27/2024*

**Zal Kotval Shroff**
(See above for address)
*TERMINATED: 01/08/2021*

V.

**<u>Consol Plaintiff</u>**

**Mark Erich**
*Plaintiff in member case 6:20-cv-01067-KHV-GEB*

represented by **Brian M. Hauss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kunyu L. Ching**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A. Greathouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olawale O. Akinmoladun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McIntyre**
6235 W. Kellogg Drive
Wichita, KS 67209
316-264-8857

Fax: 316-239-2641
*TERMINATED: 11/29/2021*

**Joshua M. Pierson**
(See above for address)
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**
ACLU Foundation of Kansas
10561 Barkley Street, Suite 500
Overland Park, KS 66212
813-802-8610
Email: kdeloach@aclukansas.org
*TERMINATED: 11/28/2022*

**Sharon Brett**
(See above for address)
*TERMINATED: 03/27/2024*

**Consol Plaintiff**

**Shawna Maloney**
*Plaintiff in member case 6:20-cv-01067-KHV-GEB; individually and as the mother and natural guardian of*
*minor*
D. M.
*minor*
M. M.

represented by

**Brian M. Hauss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kunyu L. Ching**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A. Greathouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Madison A. Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olawale O. Akinmoladun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. McInerney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McIntyre**

(See above for address)
*TERMINATED: 11/29/2021*

**Joshua M. Pierson**
(See above for address)
*TERMINATED: 08/10/2022*
*PRO HAC VICE*

**Kayla DeLoach**
(See above for address)
*TERMINATED: 11/28/2022*

**Sharon Brett**
(See above for address)
*TERMINATED: 03/27/2024*

V.

**Defendant**

**Doug Schulte**
*Master Trooper, in his individual capacity*

represented by **Stanley R. Parker**
Kansas Attorney General - Topeka
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
785-368-8423
Fax: 785-291-3767
Email: stanley.parker@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur S. Chalmers**
Kansas Attorney General - Topeka
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
785-368-6244
Email: art.chalmers@ag.ks.gov
*TERMINATED: 06/01/2023*

**Defendant**

**Herman Jones**
*in his official capacity as the Superintendent of the Kansas Highway Patrol*
*TERMINATED: 08/08/2023*

represented by **Stanley R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur S. Chalmers**
(See above for address)
*TERMINATED: 06/01/2023*

**Defendant**

**Brandon McMillan**
*Technical Trooper, in his individual capacity*

represented by **Stanley R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur S. Chalmers**
(See above for address)
*TERMINATED: 06/01/2023*

**Defendant**

**Erik Smith**
*the current Superintendent of the Kansas Highway Patrol*

represented by **Stanley R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Herman Jones**
*Defendant in member case 6:20-cv-01067-KHV-GEB; in his official capacity as the Superintendent of the Kansas Highway Patrol*
*TERMINATED: 08/08/2023*

represented by **Stanley R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur S. Chalmers**
(See above for address)
*TERMINATED: 06/01/2023*

**Consol Defendant**

**Erik Smith**
*Defendant in member case 6:20-cv-01067-KHV-GEB; the current Superintendent of the Kansas Highway Patrol*

represented by **Stanley R. Parker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2019 | 1 | COMPLAINT with trial location of Wichita, filed by Blaine Franklin Shaw, Samuel James Shaw. (Attachments: # 1 Additional signature page signed by both Plaintiffs received by fax on 12/20/2019) (jk) (Entered: 12/20/2019) |
| 12/19/2019 | 2 | CIVIL COVER SHEET re 1 Complaint by Plaintiffs Blaine Franklin Shaw, Samuel James Shaw. (jk) (Entered: 12/20/2019) |
| 12/19/2019 | 3 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Blaine Franklin Shaw. (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 Affidavit of Financial Status) NOTE - Access to document is restricted pursuant to the courts privacy policy. (jk) (Entered: 12/20/2019) |
| 12/19/2019 | 4 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Samuel James Shaw. (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 Affidavit of Financial Status) NOTE - Access to document is restricted pursuant to the courts privacy policy. (jk) (Entered: 12/20/2019) |
| 01/08/2020 | 5 | ORDER granting 3 Motion for Leave to Proceed in forma pauperis ; granting 4 Motion for Leave to Proceed in forma pauperis. The Clerk of the Court shall undertake service of process pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). Signed by Magistrate Judge Gwynne E. Birzer on 1/07/2020. Mailed to pro se parties Blaine Franklin Shaw at 2716 N. Redmond Ave., Oklahoma City, OK 73127 and Samuel James Shaw at 4173 NW 22nd St., Oklahoma City, OK 73107 by regular mail. (jk) (Entered: 01/08/2020) |

| | | |
|---|---|---|
| 01/08/2020 | | SUMMONS ISSUED as to Doug Schulte (issued to US Marshal for service). (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) Copy of NEF mailed to pro se Plaintiffs Blaine Franklin Shaw at 2716 N. Redmond Ave., Oklahoma City, OK 73127 and Samuel James Shaw at 4173 NW 22nd St., Oklahoma City, OK 73107. (jk) (Entered: 01/08/2020) |
| 01/15/2020 | 6 | SUMMONS RETURNED EXECUTED -- Certified Mail by Blaine Franklin Shaw, Samuel James Shaw upon Doug Schulte served on 1/14/2020, answer due 2/4/2020. Copy of NEF mailed to pro se Plaintiffs Blaine Franklin Shaw at 2716 N. Redmond Ave., Oklahoma City, OK 73127 and Samuel James Shaw at 4173 NW 22nd St., Oklahoma City, OK 73107. (jk) (Additional attachment(s) added on 3/17/2020: # 1 certified mail receipt) (jk). (Entered: 01/15/2020) |
| 01/30/2020 | 7 | AMENDED COMPLAINT *Class Action* against Herman Jones, Brandon McMillan, Doug Schulte, filed by Blaine Franklin Shaw, Joshua Bosire, Samuel James Shaw. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Greathouse, Leslie) (Entered: 01/30/2020) |
| 01/30/2020 | 8 | ORDER REASSIGNING CASE: Case reassigned to District Judge Kathryn H. Vratil for all further proceedings. District Judge Eric F. Melgren no longer assigned to case. Signed by District Judge Eric F. Melgren on 1/30/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(cm) (Entered: 01/30/2020) |
| 01/30/2020 | | SUMMONS ISSUED as to Herman Jones, Brandon McMillan, Doug Schulte (issued to US Marshal for service). (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (jk) (Entered: 01/30/2020) |
| 02/14/2020 | 9 | SUMMONS RETURNED EXECUTED -- Certified Mail by Blaine Franklin Shaw, Joshua Bosire, Samuel James Shaw upon Doug Schulte served on 2/13/2020, answer due 3/5/2020. (jk) (Additional attachment(s) added on 3/17/2020: # 1 certified mail receipt) (jk). (Entered: 02/14/2020) |
| 02/14/2020 | 10 | SUMMONS RETURNED EXECUTED -- Certified Mail by Blaine Franklin Shaw, Joshua Bosire, Samuel James Shaw upon Brandon McMillan served on 2/13/2020, answer due 3/5/2020. (jk) (Additional attachment(s) added on 3/17/2020: # 1 certified mail receipt) (jk). (Entered: 02/14/2020) |
| 02/18/2020 | 11 | SUMMONS RETURNED EXECUTED -- Certified Mail by Blaine Franklin Shaw, Joshua Bosire, Samuel James Shaw upon Herman Jones served on 2/13/2020, answer due 3/5/2020. (jk) (Additional attachment(s) added on 3/17/2020: # 1 certified mail receipt) (jk). (Entered: 02/18/2020) |
| 02/28/2020 | 12 | ENTRY OF APPEARANCE by Arthur S. Chalmers on behalf of Herman Jones (Chalmers, Arthur) (Entered: 02/28/2020) |
| 02/28/2020 | 13 | DESIGNATION OF PLACE OF TRIAL filed by Defendant Herman Jones - trial to be held in Wichita. (Chalmers, Arthur) (Entered: 02/28/2020) |
| 02/28/2020 | 14 | MOTION to Dismiss for Lack of Jurisdiction / *lack of standing* by Defendant Herman Jones (Chalmers, Arthur) (Entered: 02/28/2020) |
| 02/28/2020 | 15 | MEMORANDUM IN SUPPORT of 14 MOTION to Dismiss for Lack of Jurisdiction / *lack of standing* by Defendant Herman Jones(Chalmers, Arthur) (Entered: 02/28/2020) |
| 03/17/2020 | | DOCKET ANNOTATION: 6 , 9 , 10 , 11 certified mail receipts were provided by USMS and added to returns of service. (jk) (Entered: 03/17/2020) |

| | | |
|---|---|---|
| 03/17/2020 | 16 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Status Conference set for 3/24/2020 at 10:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749, using ACCESS CODE 9686294. The parties/counsel should be prepared to discuss the status of this case, including service/answer issues. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 03/17/2020) |
| 03/20/2020 | 17 | MEMORANDUM IN OPPOSITION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 14 MOTION to Dismiss for Lack of Jurisdiction / *lack of standing* (Greathouse, Leslie) (Entered: 03/20/2020) |
| 03/24/2020 | 18 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: STATUS CONFERENCE held on 3/24/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 03/24/2020) |
| 03/24/2020 | 19 | ORDER. On 3/24/20 the Court held a status conference. Plaintiffs appeared through counsel, Lauren Bonds, Leslie Greathouse, Patrick McInerney, and Zal Shroff. Defendant Herman Jones appeared through counsel, Arthur Chalmers. Individual trooper defendants Doug Schulte and Brandon McMillan did not appear, and Mr. Chalmers made clear he was not authorized to represent those Defendants. After discussion, the Court enters the following orders: For good cause shown, the Court extends the service period under Fed. R. Civ. P. 4(m) to 4/24/20. Counsel are ordered to confer regarding the issues surrounding service on Defendants Schulte and McMillan. In the event the parties cannot agree to acceptance of service, defense counsel is ordered to produce addresses for the individual defendants to Plaintiffs' counsel no later than 3/31/20. Plaintiffs' counsel is to address whether newly-added Plaintiff Joshua Bosire intends to proceed in forma pauperis or pay the filing fee and file any necessary documents. Additionally, Plaintiffs' counsel is to address whether they intend to pursue service on the individual troopers themselves, or whether they will rely upon the U.S. Marshal Service to do so. In any event, service should be completed no later than 4/24/20, and the Court will reconvene the parties for scheduling after the individual trooper defendants have responded to the Amended Complaint. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 3/24/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 03/24/2020) |
| 03/27/2020 | 20 | ENTRY OF APPEARANCE by Arthur S. Chalmers on behalf of Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 03/27/2020) |
| 03/27/2020 | 21 | NOTICE OF SERVICE by Doug Schulte of Offers of Judgment (Chalmers, Arthur) (Entered: 03/27/2020) |
| 03/30/2020 | | FILING FEE PAID in the amount of $400, receipt number W4631021727. (mam) (Entered: 03/30/2020) |
| 04/01/2020 | 22 | MOTION to Dismiss *Punitive Damage Claims* by Defendants Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 04/01/2020) |
| 04/01/2020 | 23 | MEMORANDUM IN SUPPORT of 22 MOTION to Dismiss *Punitive Damage Claims* by Defendants Brandon McMillan, Doug Schulte(Chalmers, Arthur) (Entered: 04/01/2020) |
| 04/03/2020 | 24 | REPLY TO RESPONSE TO MOTION by Defendant Herman Jones re: 14 MOTION to Dismiss for Lack of Jurisdiction / *lack of standing* (Attachments: # 1 Exhibit A Excepts from Complaint, # 2 Exhibit B Civil asset forfeiture in Kansas_ Law enforcement tool or highway robbery_)(Chalmers, Arthur) (Entered: 04/03/2020) |
| 04/08/2020 | 25 | ANSWER to 7 Amended Complaint, by Brandon McMillan.(Chalmers, Arthur) (Entered: 04/08/2020) |

| | | |
|---|---|---|
| 04/08/2020 | 26 | DEMAND FOR TRIAL BY JURY by Brandon McMillan. (Chalmers, Arthur) (Entered: 04/08/2020) |
| 04/08/2020 | 27 | DESIGNATION OF PLACE OF TRIAL filed by Defendants Brandon McMillan, Doug Schulte - trial to be held in Wichita. (Chalmers, Arthur) (Entered: 04/08/2020) |
| 04/08/2020 | 28 | ANSWER to 7 Amended Complaint, by Doug Schulte.(Chalmers, Arthur) (Entered: 04/08/2020) |
| 04/08/2020 | 29 | DEMAND FOR TRIAL BY JURY by Doug Schulte. (Chalmers, Arthur) (Entered: 04/08/2020) |
| 04/10/2020 | 30 | MOTION to Strike *Settlement Offer* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Greathouse, Leslie) Modified on 4/14/2020 to remove referral information. (mam) (Entered: 04/10/2020) |
| 04/10/2020 | 31 | MEMORANDUM IN SUPPORT of 30 MOTION to Strike *Settlement Offer* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw(Greathouse, Leslie) (Entered: 04/10/2020) |
| 04/14/2020 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 30 MOTION to Strike *Settlement Offer*. The motion will be resolved by the District Judge.(adc)** (Entered: 04/14/2020) |
| 04/16/2020 | 32 | MEMORANDUM IN OPPOSITION by Defendant Doug Schulte re 30 MOTION to Strike *Settlement Offer by offers of judgment* (Chalmers, Arthur) (Entered: 04/16/2020) |
| 04/18/2020 | 33 | INITIAL ORDER REGARDING PLANNING AND SCHEDULING: Scheduling Conference set for 6/8/2020 at 10:00 AM by telephone before Magistrate Judge Gwynne E. Birzer. Participants shall dial into the conference call at 888-363-4749, enter access code 9686294#, and follow the prompts to join the call. Report of Parties Planning Conference and Rule 26 Initial Disclosures due 6/1/2020. Signed by Magistrate Judge Gwynne E. Birzer on 4/17/20. (ala) (Entered: 04/18/2020) |
| 04/22/2020 | 34 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 22 MOTION to Dismiss *Punitive Damage Claims* (Shroff, Zal) (Entered: 04/22/2020) |
| 04/30/2020 | 35 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re: 30 MOTION to Strike *Settlement Offer* (Greathouse, Leslie) (Entered: 04/30/2020) |
| 05/01/2020 | 36 | MEMORANDUM AND ORDER overruling 14 Motion to Dismiss Defendant Herman Jones. Signed by District Judge Kathryn H. Vratil on 5/1/2020. (smc) (Entered: 05/01/2020) |
| 05/07/2020 | 37 | MEMORANDUM AND ORDER overruling 30 Motion to Strike Settlement Offer. Signed by District Judge Kathryn H. Vratil on 5/7/2020. (ydm) (Entered: 05/07/2020) |
| 05/07/2020 | 38 | MEMORANDUM AND ORDER overruling 22 Motion to Dismiss Punitive Damage Claims. Signed by District Judge Kathryn H. Vratil on 5/7/2020. (ydm) (Entered: 05/07/2020) |
| 05/07/2020 | 39 | ANSWER to 7 Amended Complaint, by Herman Jones.(Chalmers, Arthur) (Entered: 05/07/2020) |
| 05/29/2020 | 40 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of Initial Rule 26 Disclosures (Chalmers, Arthur) (Entered: 05/29/2020) |
| 06/01/2020 | 41 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Plaintiffs' Rule 26 Initial Disclosures (Shroff, Zal) (Entered: 06/01/2020) |

| | | |
|---|---|---|
| 06/05/2020 | 42 | NOTICE OF COURTROOM (METHOD) CHANGE. The Scheduling Conference set for Monday, 6/8/2020 at 10:00 a.m. will be held by Zoom video conference before Magistrate Judge Gwynne E. Birzer. Counsel will receive a Zoom invitation email prior to the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 06/05/2020) |
| 06/08/2020 | 43 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: SCHEDULING CONFERENCE held on 6/8/2020. (Zoom recording in chambers file).) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 06/08/2020) |
| 06/08/2020 | 44 | PHASE I SCHEDULING ORDER: Mediation Notice Due 9/25/2020. Mediation Discovery deadline 10/30/2020. Mediation deadline 11/13/2020. Jury and Court Trial(s) set for 11/1/2021 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil. Estimated combined trial time 8-9 days. See order for additional deadlines. Signed by Magistrate Judge Gwynne E. Birzer on 6/8/20. (adc) (Entered: 06/08/2020) |
| 06/10/2020 | 45 | NOTICE OF SERVICE by Brandon McMillan, Doug Schulte of written discovery to plaintiffs (Chalmers, Arthur) (Entered: 06/10/2020) |
| 06/10/2020 | 46 | NOTICE OF SERVICE by Brandon McMillan, Doug Schulte of amended notice re written discovery from defs (Chalmers, Arthur) (Entered: 06/10/2020) |
| 06/10/2020 | 47 | NOTICE OF SERVICE by Herman Jones of written discovery to plaintiffs (Chalmers, Arthur) (Entered: 06/10/2020) |
| 06/15/2020 | 48 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of DOCUMENTS DESCRIBED IN DEFENDANTS' INITIAL RULE 26 DISCLOSURES (Chalmers, Arthur) (Entered: 06/15/2020) |
| 06/15/2020 | 49 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Documents Described in Plaintiffs' Rule 26 Disclosures (Shroff, Zal) (Entered: 06/15/2020) |
| 06/15/2020 | 50 | (DISREGARD, wrong document attached.) -- AGREED PROTECTIVE ORDER. See order for details. Signed by Magistrate Judge Gwynne E. Birzer on 6/15/20. (adc) Modified on 6/15/2020, see 51 . (mam) (Entered: 06/15/2020) |
| 06/15/2020 | 51 | AGREED PROTECTIVE ORDER. See order for details. Signed by Magistrate Judge Gwynne E. Birzer on 6/15/20. (adc) (Entered: 06/15/2020) |
| 06/18/2020 | 52 | NOTICE OF SERVICE by Brandon McMillan, Doug Schulte of Rule 26(a)(1) Initial Disclosures (Chalmers, Arthur) (Entered: 06/18/2020) |
| 07/20/2020 | 53 | CERTIFICATE OF SERVICE of Discovery Responses by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 07/20/2020) |
| 08/03/2020 | 54 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Plaintiffs' First Set of Written Discovery (Bonds, Lauren) (Entered: 08/03/2020) |
| 08/14/2020 | 55 | Unopposed MOTION for extension of time *to file motion to compel discovery* by Defendants Herman Jones, Brandon McMillan, Doug Schulte (referred to Magistrate Judge Gwynne E. Birzer) (Chalmers, Arthur) (Entered: 08/14/2020) |
| 08/17/2020 | 56 | ORDER granting 55 Defendants' Unopposed Motion for Extension of Time to File a motion to compel. Defendants' deadline to file a motion compel concerning the Plaintiffs' responses to the Defendants' written discovery is extended to August 26, 2020. Signed by |

| | | Magistrate Judge Gwynne E. Birzer on 8/17/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 08/17/2020) |
|---|---|---|
| 08/20/2020 | 57 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Telephone Conference set for 8/21/2020 at 08:30 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. (adc) (Entered: 08/20/2020) |
| 08/21/2020 | 58 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: TELEPHONE CONFERENCE held on 8/21/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 08/21/2020) |
| 08/21/2020 | 59 | CERTIFICATE OF SERVICE of First Supplemental Responses and Privilege Log by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 08/21/2020) |
| 08/24/2020 | 60 | ORDER. A discovery conference was held on 8/21/2020. Plaintiffs appeared through counsel, Madison A. Perry, Leslie A. Greathouse, Lauren Bonds, and Sharon Brett (appearance not yet entered). Defendants appeared through counsel, Arthur S. Chalmers. After discussion with counsel regarding the discovery disputes, the Court ordered Plaintiffs to supplement their responses to Defendants' Interrogatory No. 9 no later than close of business on 8/21/20. In addition, the Court expects the parties to continue to confer regarding the other discovery disputes and anticipates production will occur pursuant to the discussions held during this conference. The parties are encouraged to continue to confer and work toward a meaningful mediation according to the previously-established deadlines (Phase I Scheduling Order, ECF No. 44.) IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 8/24/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 08/24/2020) |
| 08/27/2020 | 61 | CERTIFICATE OF SERVICE of First and Second Supplemental Responses by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 08/27/2020) |
| 09/01/2020 | 62 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO WRITTEN DISCOVERY (Chalmers, Arthur) (Entered: 09/01/2020) |
| 09/01/2020 | 63 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of NOTICE OF SERVICE OF DOCUMENTS DESCRIBED IN DEFENDANTS' INITIAL RULE 26 DISCLOSURES (Chalmers, Arthur) (Entered: 09/01/2020) |
| 09/03/2020 | 64 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Telephone Conference regarding mediation set for 9/4/2020 at 9:00 AM before Magistrate Judge James P. O'Hara. All parties participating in this phone conference are directed to dial the conference center line 888-363-4749, using access code 8914911 to join the conference. (ss) (Entered: 09/03/2020) |
| 09/08/2020 | 65 | MOTION for attorney Sharon Brett to appear pro hac vice (Pro hac vice fee $50, Internet Payment Receipt Number AKSDC-5249583.) by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 ECF Registration Form)(Bonds, Lauren) (Entered: 09/08/2020) |
| 09/08/2020 | 66 | SETTLEMENT CONFERENCE ORDER: Settlement Conference set for 10/19/2020 at 09:00 AM in KC Courtroom 223 (JPO)before Magistrate Judge James P. O'Hara. Signed by Magistrate Judge James P. O'Hara on 9/8/2020. (ydm) (Entered: 09/08/2020) |

| | | |
|---|---|---|
| 09/09/2020 | 67 | ORDER granting 65 Motion to Appear Pro Hac Vice of Sharon I. Brett for Joshua Bosire, Blaine Franklin Shaw, and Samuel James Shaw pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Gwynne E. Birzer on 9/9/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 09/09/2020) |
| 09/10/2020 | 68 | NOTICE by Defendants Brandon McMillan, Doug Schulte of taking deposition of Blaine Shaw on 10/02/2020 (Chalmers, Arthur) (Entered: 09/10/2020) |
| 09/10/2020 | 69 | NOTICE by Defendants Brandon McMillan, Doug Schulte of taking deposition of Joshua Shaw on 10/02/2020 (Chalmers, Arthur) (Entered: 09/10/2020) |
| 09/10/2020 | 70 | NOTICE by Defendants Brandon McMillan, Doug Schulte of taking deposition of Joshua Boshire on 09/28/2020 (Chalmers, Arthur) (Entered: 09/10/2020) |
| 09/25/2020 | 71 | JOINT MEDIATION NOTICE - Mediation to be held 10/19/2020 by Herman Jones, Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 09/25/2020) |
| 09/30/2020 | 72 | CERTIFICATE OF SERVICE of Revised First Request for Production by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Bonds, Lauren) (Entered: 09/30/2020) |
| 10/14/2020 | 73 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 10/15/2020 at 10:00 AM by Telephone before Magistrate Judge James P. O'Hara. The parties will discuss logistics and the possible need to reschedule the mediation set 10/19/2020. All parties participating in this phone conference are directed to dial the conference center line 888-363-4749, using access code 8914911 to join the conference.(ss) (Entered: 10/14/2020) |
| 10/19/2020 | 74 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: SETTLEMENT CONFERENCE held on 10/19/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ss) (Entered: 10/19/2020) |
| 10/19/2020 | 75 | MEDIATION MINUTE ORDER - As contemplated by the Phase I Scheduling Order filed by U.S. Magistrate Judge Gwynne E. Birzer on June 8, 2020 (ECF No. 44), the undersigned magistrate judge conducted a settlement conference today with the parties and counsel today in this putative class-action proceeding. No settlement was reached with regard to the three named plaintiffs' individual claims for damages, nor with regard to their request for declaratory and injunctive relief on a class-wide basis. The undersigned defers to Judge Birzer whether to require counsel to submit a proposed Phase II Scheduling Order or an updated Rule 26(f) report, but in any event assumes she will convene a status and scheduling conference in due course (see ECF No. 44 at 4). Signed by Magistrate Judge James P. O'Hara on 10/19/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(O'Hara, James) (Entered: 10/19/2020) |
| 10/19/2020 | 76 | ORDER SETTING STATUS CONFERENCE: Given the outcome of mediation in this matter, the completion of the Phase I order, and the pending issue of consolidation (see No. 20-1067-KHV, ECF No. 28), both matters are set for a Status Conference on 11/10/2020 at 09:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Counsel must confer and submit a proposed schedule to govern the anticipated consolidated actions no later than 11/3/2020 to KSD_Birzer_Chambers@ksd.uscourts.gov. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 10/19/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 10/19/2020) |
| 11/09/2020 | 77 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of |

| | | documents responsive to RFP (Chalmers, Arthur) (Entered: 11/09/2020) |
|---|---|---|
| 11/09/2020 | 78 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of NOTICE OF SERVICE OF SUPP DEFENDANTS RESPONSES TO WRITTEN DISCOVERY (Chalmers, Arthur) (Entered: 11/09/2020) |
| 11/09/2020 | 79 | CERTIFICATE OF SERVICE of First Supplemental Rule 26(a)(1) Initial Disclosures by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 11/09/2020) |
| 11/09/2020 | 80 | MOTION to Certify Class by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Greathouse, Leslie) (Entered: 11/09/2020) |
| 11/09/2020 | 81 | MEMORANDUM IN SUPPORT of 80 MOTION to Certify Class by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Attachments: # 1 Exhibit 1- Affidavit of Esmie Tseng, # 2 Exhibit 2-Declaration of Sharon Brett, # 3 Exhibit 3- Attorney Resumes)(Greathouse, Leslie) (Entered: 11/09/2020) |
| 11/10/2020 | 82 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: STATUS CONFERENCE held on 11/10/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 11/10/2020) |
| 11/10/2020 | 83 | PHASE II SCHEDULING ORDER: Class and merits Discovery deadline 7/1/2021. Proposed Pretrial Order due by 7/16/2021. Final Pretrial Conference set for 7/23/2021 at 11:00 AM before Magistrate Judge Gwynne E. Birzer by Telephone. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Dispositive motion deadline 8/9/2021. Jury Trial set for 4/18/2022 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil. Estimated trial time 10 days. Signed by Magistrate Judge Gwynne E. Birzer on 11/10/20. (adc) (Entered: 11/10/2020) |
| 11/10/2020 | 84 | (VACATED per 378 ) -- ORDER OF CONSOLIDATION. Blaine Franklin Shaw, et al. v. Doug Schulte, et al., Case No. 6:19-cv-01343-KHV-GEB, and Mark Erich v. Herman Jones, 6:20-cv-01067-KHV-GEB, are consolidated for all purposes. Case No. 6:19-cv-01343-KHV-GEB shall be designated as the lead case and both cases shall follow the Phase II Scheduling Order and any following Scheduling Orders entered therein. All future non-dispositive filings shall be made in the lead case bearing a consolidated caption. Signed by Magistrate Judge Gwynne E. Birzer on 11/10/2020. (mam) Modified on 1/23/2023, see 378 . (mam) (Entered: 11/10/2020) |
| 11/19/2020 | 85 | UNOPPOSED MOTION for Extension of Time to File a Response as to 80 Motion for Class Certification by Defendant/Consol Defendant Herman Jones. (Chalmers, Arthur) Modified on 11/19/2020 to re-title and remove referral information. (mam) (Entered: 11/19/2020) |
| 11/19/2020 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 85 Unopposed MOTION for extension of time Unopposed MOTION for Extension of Time to File response as to 80 MOTION to Certify Class . The motion will be resolved by the District Judge.(adc)** (Entered: 11/19/2020) |
| 11/23/2020 | 86 | ORDER **sustaining**, for substantially the reasons stated in the motion, 85 Unopposed Motion For Extension. On or before December 7, 2020, defendant Herman Jones shall file a response to 80 Plaintiffs' Motion For Class Certification. Signed by District Judge Kathryn H. Vratil on 11/23/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 11/23/2020) |
| 11/25/2020 | 87 | CERTIFICATE OF SERVICE of Plaintiff's Second Set of IROGs and Third set of RFP to Defs. Schulte, McMillian and Jones by Joshua Bosire, Blaine Franklin Shaw, Samuel |

|  |  | James Shaw (Perry, Madison) (Entered: 11/25/2020) |
|---|---|---|
| 12/07/2020 | 88 | RESPONSE by Defendant Herman Jones, Consol Defendant Herman Jones re 80 Motion to Certify Class (Attachments: # 1 Affidavit 1 DECLARATION OF ARTHUR CHALMERS, # 2 Exhibit 2 Shaw Interrog answers, # 3 Exhibit 3 Shaw RFP responses) (Chalmers, Arthur) (Entered: 12/07/2020) |
| 12/09/2020 | 89 | Unopposed MOTION for extension of time *To File Motion To Compel* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (referred to Magistrate Judge Gwynne E. Birzer) (Perry, Madison) (Entered: 12/09/2020) |
| 12/11/2020 | 90 | ORDER granting 89 Plaintiffs' Unopposed Motion for Extension of Time to File Motion to Compel. Plaintiffs shall file any Motion to Compel discovery with respect to Defendants' Responses to Plaintiffs' requests for production servedNovember 9, 2020, including their amended privilege log, as well as issues addressed in Plaintiffs' golden rule letter to Defendants dated December 4, 2020, on or before December 23, 2020. Signed by Magistrate Judge Gwynne E. Birzer on 12/11/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 12/11/2020) |
| 12/21/2020 | 91 | ORDER. A Discovery Hearing is set for 1/12/2021 11:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Plaintiffs' motion to compel deadline set by prior order 90 is extended until further discussion is held at this conference. The parties' position statements regarding the discovery dispute are due by email to the undersigned no later than 5 p.m. on 1/8/2021. The parties are encouraged to continue to confer regarding these issues. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 12/21/20. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 12/21/2020) |
| 12/21/2020 | 92 | MEMORANDUM IN SUPPORT of 80 MOTION to Certify Class by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Attachments: # 1 Exhibit A-Declaration of Sharon Brett)(Greathouse, Leslie) (Entered: 12/21/2020) |
| 12/21/2020 | 93 | REPLY MEMORANDUM OF LAW IN SUPPORT OFPLAINTIFFS' MOTION FOR CLASS CERTIFICATION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re: 80 Motion to Certify Class. (This is a duplicate of de 92 and has been refiled with the correct event to satisfy the Reply deadline.) (sz) (Entered: 12/22/2020) |
| 12/28/2020 | 94 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of Defendants' Responses to Written Discovery (Chalmers, Arthur) (Entered: 12/28/2020) |
| 12/30/2020 | 95 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of documents (Chalmers, Arthur) (Entered: 12/30/2020) |
| 12/30/2020 | 96 | MOTION to Compel *Rule 26(a)(1)(iii) disclosures* by Defendants Brandon McMillan, Doug Schulte (referred to Magistrate Judge Gwynne E. Birzer) (Chalmers, Arthur) (Entered: 12/30/2020) |
| 12/30/2020 | 97 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of amended notice of service of documents (Chalmers, Arthur) (Entered: 12/30/2020) |
| 12/30/2020 | 98 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of supp and amended answers to interrogs (Chalmers, Arthur) (Entered: 12/30/2020) |
| 01/05/2021 | 99 | CERTIFICATE OF SERVICE of Second Supplemental Rule 26(a)(1) Initial Disclosures by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: |

| | | 01/05/2021) |
|---|---|---|
| 01/08/2021 | 100 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Lauren Bonds & Zal Shroff as to All Plaintiffs (Bonds, Lauren) (Entered: 01/08/2021) |
| 01/08/2021 | 101 | RESPONSE by Defendants Brandon McMillan, Doug Schulte re 96 Motion to Compel *notice of withdrawal of motion* (Chalmers, Arthur) (Entered: 01/08/2021) |
| 01/08/2021 | 102 | ORDER finding as moot 96 Motion to Compel in light of the Notice of Withdrawal (ECF No. 101 ). Signed by Magistrate Judge Gwynne E. Birzer on 1/8/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 01/08/2021) |
| 01/12/2021 | 103 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: DISCOVERY HEARING held on 1/12/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 01/12/2021) |
| 01/12/2021 | 104 | ORDER. At the parties' request, an informal discovery conference was held on 1/12/21. Plaintiffs appeared through counsel, Sharon Brett, Madison A. Perry, Leslie A. Greathouse, and Patrick McInerney. Also appearing were Plaintiff Joshua Bosire and Spencer Fane's IT consultant, Andreas Mueller. Defendants appeared through counsel, Arthur S. Chalmers. After discussion regarding the discovery disputes, the Court ordered the parties' IT consultants to continue to confer, specifically regarding the capabilities of searching the KHP's records management system, and counsel should continue to confer regarding a search "test" to further investigate said search capabilities. Such conference and search testing is necessary for the Court to reasonably determine the proportionality of the searches Plaintiffs wish to conduct. Plaintiffs are encouraged to narrow their search terms to assist in this endeavor. Additionally, Defendants are ordered to produce the first item listed on their Amended Privilege Log, which is being withheld solely on the basis of the "deliberative process privilege", for in camera review and the Court's determination of the applicability of the asserted privilege. In the event the parties find the current schedule does not allow for the ESI searches to conclude within the current deadlines, counsel are encouraged to confer and submit any agreed revisions to the schedule as necessary pursuant to the discussions held during the conference. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 1/12/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 01/12/2021) |
| 01/13/2021 | 105 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of delivery of documents and video (Chalmers, Arthur) (Entered: 01/13/2021) |
| 01/21/2021 | 106 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Brandon McMillan on 02/17/2021 (McInerney, Patrick) (Entered: 01/21/2021) |
| 01/21/2021 | 107 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Doug Schulte on 02/19/2021 (McInerney, Patrick) (Entered: 01/21/2021) |
| 01/27/2021 | 108 | NOTICE OF INTENT TO ISSUE SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: County Sheriff's Offices (Attachments: # 1 Exhibit Subpoenas)(Perry, Madison) (Entered: 01/27/2021) |
| 01/27/2021 | 109 | Unopposed MOTION for extension of time *to File Motion to Compel* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (referred to Magistrate Judge Gwynne E. Birzer) (Perry, Madison) (Entered: 01/27/2021) |
| 01/27/2021 | 110 | ORDER granting 109 Unopposed Motion for Extension of Time to File Motion to Compel. Plaintiffs shall file a Motion to Compel regarding Defendants' Responses to |

| | | |
|---|---|---|
| | | Plaintiffs' Second Set of Interrogatories, Defendants' Responses to Plaintiffs' Third Request for Production, and Defendants' Amended Supplemental Responses to First Set of Interrogatories on or before 2/12/2021. Signed by Magistrate Judge Gwynne E. Birzer on 1/27/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 01/27/2021) |
| 02/15/2021 | 111 | Second Unopposed MOTION for extension of time *to File Motion to Compel* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (referred to Magistrate Judge Gwynne E. Birzer) (Perry, Madison) Modified title on 2/16/2021 (ctv). (Entered: 02/15/2021) |
| 02/18/2021 | 112 | ORDER granting 111 Plaintiffs Second Unopposed Motion for Extension of Time to File. Plaintiffs are granted an extension of time up to and including March 15, 2021 to file a Motion to Compel regarding Defendants' Responses to Plaintiffs' Second Set of Interrogatories, Defendants' Responses to Plaintiffs' Third Request for Production, and Defendants' Amended Supplemental Responses to First Set of Interrogatories. Signed by Magistrate Judge Gwynne E. Birzer on 2/18/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 02/18/2021) |
| 02/18/2021 | 113 | NOTICE OF SERVICE by Herman Jones, Herman Jones of Written Discovery to Erich Plaintiffs (Chalmers, Arthur) (Entered: 02/18/2021) |
| 02/18/2021 | 114 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of delivery of documents and video (Chalmers, Arthur) (Entered: 02/18/2021) |
| 02/19/2021 | 115 | CERTIFICATE OF SERVICE of Production Thirdparty000001-Thirdparty000262 by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 02/19/2021) |
| 02/26/2021 | 116 | NOTICE OF INTENT TO ISSUE SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: Midwest HIDTA (Attachments: # 1 Exhibit Subpoena to HIDTA)(Perry, Madison) (Entered: 02/26/2021) |
| 02/26/2021 | 117 | NOTICE OF INTENT TO ISSUE SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: Global Software Corporation (Attachments: # 1 Exhibit Subpoena to Global Software Corporation)(Perry, Madison) (Entered: 02/26/2021) |
| 03/01/2021 | 118 | NOTICE OF SERVICE by Brandon McMillan, Doug Schulte of 2d RFPs to Shaw plaintiffs (Chalmers, Arthur) (Entered: 03/01/2021) |
| 03/01/2021 | 119 | NOTICE OF SERVICE by Herman Jones, Herman Jones of response to informal interrog (Chalmers, Arthur) (Entered: 03/01/2021) |
| 03/02/2021 | 120 | NOTICE OF INTENT TO ISSUE AMENDED SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: Global Software Corporation (Attachments: # 1 Exhibit Amended Subpoena to Global Software Corporation)(Perry, Madison) Modified document title on 3/3/2021 (ctv). (Entered: 03/02/2021) |
| 03/04/2021 | 121 | NOTICE OF INTENT TO ISSUE SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: DEA-HIDTA Program (Attachments: # 1 Exhibit DEA- HIDTA Program)(Perry, Madison) (Entered: 03/04/2021) |
| 03/04/2021 | 122 | CERTIFICATE OF SERVICE of Third Supplemental Initial Disclosures by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 03/04/2021) |

| | | |
|---|---|---|
| 03/08/2021 | 123 | CERTIFICATE OF SERVICE of fourth Request for Production to all Defendants by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 03/08/2021) |
| 03/11/2021 | 124 | NOTICE OF SERVICE by Herman Jones, Herman Jones of second interrog and requests for production to all plaintiffs (Chalmers, Arthur) (Entered: 03/11/2021) |
| 03/15/2021 | 125 | Third Unopposed MOTION for extension of time *to File Motion to Compel* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (referred to Magistrate Judge Gwynne E. Birzer) (Perry, Madison) Modified document title on 3/16/2021 (ctv). (Entered: 03/15/2021) |
| 03/17/2021 | 126 | ORDER granting 125 Third Unopposed Motion for Extension of Time to File Motion to Compel. Plaintiffs are granted an extension of time up to and including April 15, 2021 to file a Motion to Compel regarding Defendants' Responses to Plaintiffs' Second Set of Interrogatories, Defendants' Responses to Plaintiffs' Third Request for Production, and Defendants' Amended Supplemental Responses to First Set of Interrogatories. Signed by Magistrate Judge Gwynne E. Birzer on 3/17/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 03/17/2021) |
| 03/17/2021 | 127 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Subpoena to Produce Documents, Information, or Objections or to Permit Inspection of Premises *to Midwest HIDTA* (Perry, Madison) (Entered: 03/17/2021) |
| 03/19/2021 | 128 | NOTICE OF INTENT TO ISSUE SECOND AMENDED SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: Global Software Corporation (Attachments: # 1 Ex Deposition Subpoena, # 2 Ex A to Deposition Subpoena)(Perry, Madison) Modified document title on 3/22/2021 (ctv). (Entered: 03/19/2021) |
| 03/19/2021 | 129 | MOTION for Hearing re 83 Scheduling Order by Plaintiffs Joshua Bosire, Blaine Franklin Shaw. (referred to Magistrate Judge Gwynne E. Birzer) (Greathouse, Leslie) (Entered: 03/19/2021) |
| 03/19/2021 | 130 | ORDER granting 129 Plaintiff's unopposed Request for a Scheduling Conference. Deadlines in this matter are stayed. A Status Conference to discuss further scheduling is set for 4/7/2021 at 10:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. No later than 48 hours prior to said conference, the parties should submit a joint statement of the status of discovery and suggested deadlines to govern this matter. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 3/19/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 03/19/2021) |
| 03/22/2021 | 131 | NOTICE of RESCHEDULED Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference RESET for 4/9/2021 at 11:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. (adc) (Entered: 03/22/2021) |
| 03/29/2021 | 132 | NOTICE OF SERVICE by Herman Jones, Herman Jones of Supplemental answers to informal interrogatories (Chalmers, Arthur) (Entered: 03/29/2021) |
| 04/05/2021 | 133 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of response to 4th RFP (Chalmers, Arthur) (Entered: 04/05/2021) |
| 04/09/2021 | 134 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: STATUS CONFERENCE held on 4/9/2021. (This is a TEXT ENTRY ONLY. There is |

| | | no.pdf document associated with this entry.) (adc) (Entered: 04/09/2021) |
|---|---|---|
| 04/12/2021 | 135 | ORDER on conference and REVISED SCHEDULING ORDER: On 4/9/21 the Court held a status conference. Plaintiffs appeared through counsel, Madison Perry, Leslie Greathouse, Patrick McInerney, and Sharon Brett. Defendants appeared through counsel, Arthur Chalmers. On review of the parties' proposed revised schedule, discussion with the parties, and review of the docket, the following orders were entered. Upon in camera review of the document withheld by Defendants on the basis of the "deliberative process privilege," Plaintiffs are ordered to file any motion to compel the document by 5/20/21; Defendants will have the statutory response time. No replies are necessary, as the Court will set the issue for oral argument following briefing. As for Plaintiffs' deadline to file any motion to compel regarding Defendant KHP's pending ESI issues (see ECF No. 126), the Court postpones that deadline indefinitely pending the outcome of the parties' continued conferral efforts, particularly in light of the recent deposition of the Global Systems representative. Any motion to amend the complaint to add a proposed class representative is due 5/20/21. The schedule is modified as follows: Status Conference set for 7/14/2021 at 11:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Plaintiffs' expert disclosure deadline is set for 9/17/21; Defendants' expert disclosures due 11/19/21; any rebuttal disclosures are due 12/3/21. Merits and class discovery close 12/31/2021. Proposed Pretrial Order due by 1/7/2022. Final Pretrial Conference set for 1/13/2022 at 10:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer unless issues with the pretrial order require an in-person conference. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Dispositive motion and Daubert motion deadline reset to 1/28/2022. Jury Trial reset for 9/6/2022 at 09:00 AM in Wichita before District Judge Kathryn H. Vratil. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 4/9/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 04/12/2021) |
| 04/13/2021 | 136 | CERTIFICATE OF SERVICE of Discovery Responses *to Defendant Herman Jones* by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 04/13/2021) |
| 04/15/2021 | 137 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of documents responsive to Defendant Jones' Second Set of Request for Production (Perry, Madison) (Entered: 04/15/2021) |
| 04/15/2021 | 138 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Subpoena to Testify at Deposition on Global Software Corporation (Perry, Madison) (Entered: 04/15/2021) |
| 04/23/2021 | 139 | MOTION for Summary Judgment *against the Shaws' claims* by Defendant Doug Schulte (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 140 | MEMORANDUM IN SUPPORT of 139 MOTION for Summary Judgment *against the Shaws' claims* by Defendant Doug Schulte (Attachments: # 1 Exhibit List, # 2 Exhibit Schulte Declaration, # 3 Exhibit B. Shaw Dep Excerpts, # 4 Exhibit S. Shaw Dep Excerpts, # 5 Exhibit - Redacted Report, OAG02-03, # 6 Exhibit copy of phot, P07) (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 141 | MOTION for Leave to file to file certain SJ exhibits conventionally by Defendant Doug Schulte. (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 142 | (DISREGARD ENTRY - DUPLICATE FILING OF DOC 139) MOTION for Summary Judgment *against Bosire's claim* by Defendants Brandon McMillan, Doug Schulte |

| | | |
|---|---|---|
| | | (Chalmers, Arthur) Modified on 4/26/2021 to block from public view (ctv). (Entered: 04/23/2021) |
| 04/23/2021 | 143 | MOTION for Summary Judgment *against Bosire's claim* by Defendants Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 144 | MEMORANDUM IN SUPPORT of 143 MOTION for Summary Judgment *against Bosire's claim* by Defendants Brandon McMillan, Doug Schulte (Attachments: # 1 Exhibit List, # 2 Exhibit McMillan Declaration, # 3 Exhibit Schulte Declaration, # 4 Exhibit - Redacted Warning ticket, # 5 Exhibit Bosire Depo Excerpts)(Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 145 | MOTION for Leave to file 2a 2b and 4, MOTION FOR LEAVE to File 2a 2b and 4 Conventionally (Response deadline 5/7/2021) by Defendants Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | 146 | SEALED MOTION for Leave to File Under Seal by Defendants Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 04/23/2021) |
| 04/23/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 141 MOTION for Leave to file to file certain SJ exhibits conventionally , 145 MOTION for Leave to file 2a 2b and 4 MOTION FOR LEAVE to File 2a 2b and 4 Conventionally , 146 SEALED MOTION for Leave to File Under Seal . The motions relate to dispositive motions and will be resolved by the District Judge.(adc)** (Entered: 04/23/2021) |
| 04/23/2021 | | DOCKET ANNOTATION: PLEASE DISREGARD 142 - FILED IN ERROR; ATTACHED PDF IS A DUPLICATE OF DOC 139. (ctv) Modified on 4/26/2021 to add language (ctv). (Entered: 04/26/2021) |
| 04/27/2021 | 147 | Unopposed MOTION for Extension of Time to File Response as to 139 MOTION for Summary Judgment *against the Shaws' claims*, 143 MOTION for Summary Judgment *against Bosire's claim* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/27/2021) |
| 04/27/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 147 Unopposed MOTION for Extension of Time to File Response as to 139 MOTION for Summary Judgment *against the Shaws' claims*, 143 MOTION for Summary Judgment *against Bosire's claim* . The motion will be resolved by the District Judge.(ala)** (Entered: 04/27/2021) |
| 05/04/2021 | 148 | ORDER **sustaining**, for substantially the reasons stated in the motion, 141 Motion For Leave To File Audio/Video Files Conventionally. Defendant Schulte shall be permitted to conventionally file a disk or disks that contain three data files, which are identified as Exhibits 2a, 2b & 4 for the purpose of the defendant's motion for summary judgment. Signed by District Judge Kathryn H. Vratil on 5/4/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/04/2021) |
| 05/04/2021 | 149 | ORDER **sustaining**, for substantially the reasons stated in the motion, 145 Motion For Leave To File Audio/Video Files Conventionally. Defendants McMillian and Schulte shall be permitted to conventionally file a disk or disks that contain three data files, which are identified as Exhibits 4, 6 & 7 for the purpose of these defendants' motion for summary judgment. Signed by District Judge Kathryn H. Vratil on 5/4/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/04/2021) |
| 05/04/2021 | 150 | ORDER **sustaining**, for substantially the reasons stated in the motion, 147 Unopposed Motion For Extension Of Time To File Response To Motions For Summary Judgment. On or before June 4, 2021, plaintiffs shall file their responses to 139 Defendant Schulte's |

| | | Motion for Summary Judgment and 143 Defendants McMillian and Schulte's Motion for Summary Judgment. Signed by District Judge Kathryn H. Vratil on 5/4/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/04/2021) |
|---|---|---|
| 05/04/2021 | 151 | NOTICE of Hearing. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Hearing on 80 Plaintiffs' Motion For Class Certification is set for 5/13/2021 at 10:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/04/2021) |
| 05/05/2021 | 152 | MEMORANDUM AND ORDER sustaining in part and overruling in part 146 Motion for Leave to File Under Seal. Defendant shall be permitted to conventionally file a disk or disks that contain three data files, which are identified as Exhibits 2a, 2b and 4 for the purpose of defendant's motion for summary judgment. Defendant's motion is otherwise OVERRULED. Signed by District Judge Kathryn H. Vratil on 5/5/2021. (kas) Modified on 5/6/2021 to correct docket text per KHV chambers(kas). (Entered: 05/05/2021) |
| 05/07/2021 | 153 | Unopposed MOTION to Continue hearing on Plaintiffs' Motion for Class Certification by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Greathouse, Leslie) (Entered: 05/07/2021) |
| 05/07/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 153 Unopposed MOTION to Continue hearing on Plaintiffs' Motion for Class Certification . The motion will be resolved by the District Judge.(adc)** (Entered: 05/07/2021) |
| 05/10/2021 | 154 | MEMORANDUM IN SUPPORT of 80 MOTION to Certify Class by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Attachments: # 1 Exhibit B- Ms. Tseng's Supplemental Declaration, # 2 Exhibit C- Deposition of McMillan, # 3 Exhibit D- Deposition of Schulte, # 4 Exhibit E- Declaration of Chief Hassan Aden)(Greathouse, Leslie) (Entered: 05/10/2021) |
| 05/11/2021 | 155 | NOTICE OF CANCELLED HEARING: Hearing on 80 Plaintiffs' Motion For Class Certification previously set for 5/13/2021 at 10:00 AM before District Judge Kathryn H. Vratil is **cancelled** due to the unavailability of plaintiffs' counsel. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/11/2021) |
| 05/13/2021 | 156 | MOTION for attorney Joshua Pierson to appear pro hac vice (Pro hac vice fee $50, Internet Payment Receipt Number AKSDC-5486799.) by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 ECF Registration Form)(Brett, Sharon) (Entered: 05/13/2021) |
| 05/13/2021 | 157 | ORDER granting 156 Motion to Appear Pro Hac Vice of Joshua M. Pierson for Plaintiffs Joshua Bosire, Blaine Franklin Shaw, and Samuel James Shaw pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Gwynne E. Birzer on 5/13/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 05/13/2021) |
| 05/13/2021 | 158 | ORDER **sustaining** 153 Unopposed Request To Continue Hearing On Plaintiffs' Motion For Class Certification. Hearing on 80 Plaintiffs' Motion For Class Certification previously set for 5/13/2021 at 10:00 AM was cancelled as stated in a previous notice. A new hearing date will be set a later date if deemed appropriate. Signed by District Judge Kathryn H. Vratil on 5/13/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 05/13/2021) |
| 05/13/2021 | 159 | ORDER TO SHOW CAUSE. In light of the cancellation of Hearing on Plaintiffs' Motion For Class Certification due to the unavailability of plaintiffs' counsel, the Court orders that |

| | | |
|---|---|---|
| | | the parties show cause in writing by May 20, 2021, why class certification is necessary if all putative class members would benefit from an injunction and the injunction would save money. Signed by District Judge Kathryn H. Vratil on 5/13/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 05/13/2021) |
| 05/14/2021 | 160 | NOTICE of Telephone Conference: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Discovery conference set for 5/17/2021 02:00 PM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. (adc) (Entered: 05/14/2021) |
| 05/17/2021 | 161 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: DISCOVERY HEARING held on 5/17/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 05/17/2021) |
| 05/17/2021 | 162 | ORDER. On 5/17/20 the Court held a discovery conference. Plaintiffs appeared through counsel, Sharon Brett, Joshua M. Pierson, Madison Perry, and Leslie Greathouse. Defendants appeared through counsel, Arthur Chalmers. After discussion, the Court enters the following orders: For good cause shown, the Court permits Plaintiffs the opportunity to modify the existing Protective Order (ECF No. 51) to include the redaction, in public filings, of certain non-party witnesses' full names. Within 10 days, Plaintiffs' counsel is to prepare redacted supplemental Rule 26(a)(1) disclosures, and/or one using pseudonyms, for Defendants' possible use in later Court filings. Also within 10 days, the parties are to confer and Plaintiffs' counsel must submit a revised proposed Protective Order to the undersigned for review in accordance with the discussions held at the conference. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 5/17/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 05/17/2021) |
| 05/19/2021 | 163 | CONVENTIONALLY FILED EXHIBITS 2a, 2b, and 4 IN SUPPORT of 139 Motion for Summary Judgment received in the clerk's office on 5/19/2021 (2 flash drives total). Exhibits 2a, 2b, and 4 were filed conventionally per 148 . Chambers copy forwarded to District Judge Kathryn H. Vratil and the original will be stored in the Wichita clerk's office. (jk) (Entered: 05/19/2021) |
| 05/19/2021 | 164 | CONVENTIONALLY FILED EXHIBITS 4, 6, and 7 IN SUPPORT of 143 Motion for Summary Judgment received in the clerk's office on 5/19/2021 (2 flash drives total). Exhibits 4, 6, and 7 were filed conventionally per 149 . Chambers copy forwarded to District Judge Kathryn H. Vratil and the original will be stored in the Wichita clerk's office. (jk) (Entered: 05/19/2021) |
| 05/20/2021 | 165 | RESPONSE to 159 Order to Show Cause by Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire(Greathouse, Leslie) (Entered: 05/20/2021) |
| 05/20/2021 | 166 | RESPONSE to 159 Order to Show Cause by Defendant Herman Jones, Consol Defendant Herman Jones(Chalmers, Arthur) (Entered: 05/20/2021) |
| 05/20/2021 | 167 | MOTION to Compel *Documents Withheld Based on the Deliberative Process Privilege and Memorandum in Support* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Perry, Madison) (Entered: 05/20/2021) |
| 05/20/2021 | 168 | MOTION to Strike 154 Memorandum in Support of Motion, *doc 154 suppl memo* by Defendant Herman Jones, Consol Defendant Herman Jones. (Chalmers, Arthur) (Entered: 05/20/2021) |

| | | |
|---|---|---|
| 05/20/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 168 MOTION to Strike 154 Memorandum in Support of Motion, *doc 154 suppl memo*. The motion will be resolved by the District Judge.(adc)** (Entered: 05/20/2021) |
| 05/20/2021 | 169 | AMENDED PROTECTIVE ORDER. Signed by Magistrate Judge Gwynne E. Birzer on 5/20/21. (adc) (Entered: 05/20/2021) |
| 05/28/2021 | 170 | RESPONSE by Defendants Herman Jones, Brandon McMillan, Doug Schulte, Consol Defendant Herman Jones re 167 Motion to Compel, *production of privileged document* (Attachments: # 1 Exhibit excerpt of RFP answers, # 2 Exhibit initial privilege log, # 3 Exhibit KHP policy ADM-07)(Chalmers, Arthur) (Entered: 05/28/2021) |
| 05/28/2021 | 171 | EXHIBIT(S) IN SUPPORT of 143 MOTION for Summary Judgment *against Bosire's claim* by Defendants Brandon McMillan, Doug Schulte *Substituted Ex 2 Schulte declaration re Bosire stop* (Chalmers, Arthur) (Entered: 05/28/2021) |
| 05/28/2021 | 172 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The Status conference already scheduled on the same date will also proceed as a Motion Hearing set for 7/14/2021 at 11:00 AM by Zoom Video Conference before Magistrate Judge Gwynne E. Birzer. The parties should be prepared to discuss the status of discovery as well as present oral argument on the 167 MOTION to Compel *Documents Withheld Based on the Deliberative Process Privilege and Memorandum in Support*. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 05/28/2021) |
| 06/01/2021 | 173 | Second MOTION for Extension of Time to File Response as to 143 MOTION for Summary Judgment *against Bosire's claim* by Plaintiff Joshua Bosire. (Perry, Madison) (Entered: 06/01/2021) |
| 06/01/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 173 Second MOTION for Extension of Time to File Response as to 143 MOTION for Summary Judgment *against Bosire's claim* . The motion will be resolved by the District Judge. (adc)** (Entered: 06/01/2021) |
| 06/02/2021 | 174 | RESPONSE by Defendants Brandon McMillan, Doug Schulte re 173 Motion for Extension of Time to File Response/Reply *in opposition to motion* (Chalmers, Arthur) (Entered: 06/02/2021) |
| 06/02/2021 | 175 | REPLY TO RESPONSE TO MOTION by Plaintiff Joshua Bosire re: 173 Motion for Extension of Time to File Response/Reply (Perry, Madison) (Entered: 06/02/2021) |
| 06/04/2021 | 176 | SEALED MOTION for Leave to File Under Seal *and conventionally* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Attachments: # 1 Exhibit 8 to Shaw Opposition- CAD Report, # 2 Exhibit 9 to Shaw Opposition- KHP Training Transforming Temporary Detention into Consensual Encounter, # 3 Exhibit 10 to Shaw Opposition- KHP Criminal Interdiction Training Excerpt, # 4 Exhibit 11 to Shaw Opposition- KHP Training, # 5 Exhibit 14 to Shaw Opposition- KHP Arrest Training, # 6 Exhibit 11 to Bosire Opposition- KHP Training, # 7 Exhibit 12 to Bosire Opposition- KHP Training Domestic Highway)(Perry, Madison) (Entered: 06/04/2021) |
| 06/04/2021 | 177 | MEMORANDUM IN OPPOSITION by Plaintiffs Blaine Franklin Shaw, Samuel James Shaw re 139 MOTION for Summary Judgment *against the Shaws' claims* (Attachments: # 1 Exhibit 1- Shaw Dash Camera Video Under Seal, # 2 Exhibit 2- Blaine Shaw Affidavit, # 3 Exhibit 3- Samuel Shaw Deposition, # 4 Exhibit 4- Blaine Shaw Deposition, # 5 Exhibit 5- Samuel Shaw Affidavit, # 6 Exhibit 6- Blaine Shaw Camera Video filed under seal, # 7 Exhibit 7- Schulte Deposition, # 8 Exhibit 8- CAD Report filed under seal, # 9 Exhibit 9- KHP Training Excerpt Transforming Temporary Detention into Consensual Encounter filed under seal, # 10 Exhibit 10- KHP Criminal Interdiction Training Excerpt |

| | | |
|---|---|---|
| | | filed under seal, # 11 Exhibit 11- KHP Training Excerpts filed under seal, # 12 Exhibit 12- What to Do if You are Stopped, # 13 Exhibit 13- Trooper McMillan Deposition, # 14 Exhibit 14- KHP Arrest Training Excerpt filed under seal, # 15 Exhibit 15- Rule 56(d) Declaration, # 16 Exhibit List Exhibit Index)(Perry, Madison) (Entered: 06/04/2021) |
| 06/04/2021 | 178 | MEMORANDUM IN OPPOSITION by Plaintiff Joshua Bosire re 143 MOTION for Summary Judgment *against Bosire's claim* (Attachments: # 1 Exhibit 1- Bosire Deposition, # 2 Exhibit 2- McMillan Deposition, # 3 Exhibit 3- McMillan PSU Statement, # 4 Exhibit 4- Bosire Affidavit, # 5 Exhibit 5- Bosire Dash Camera Video, # 6 Exhibit 6- Schulte Deposition, # 7 Exhibit 7- PSU Closing Letter to McMillan, # 8 Exhibit 8- Video from Loves, # 9 Exhibit 9- PSU Findings Letter to Bosire, # 10 Exhibit 10- Captain Vanderweide Email, # 11 Exhibit 11- KHP Training, # 12 Exhibit 12- KHP Training, Domestic Highway Enforcement, # 13 Exhibit 13- Rule 56 (d) Affidavit, # 14 Exhibit List Exhibit Index)(Perry, Madison) (Entered: 06/04/2021) |
| 06/07/2021 | 179 | ORDER TO SHOW CAUSE. Plaintiffs are hereby directed to show good cause in writing, on or before 5:00 PM on June 11, 2021 why, based on defendant's Response To Court's Show Cause Order Concerning Class Certification (Doc. #166) filed May 20, 2021, the Court should not overrule as moot Plaintiffs' Motion for Class Certification (Doc. #80) filed November 9, 2020. Signed by District Judge Kathryn H. Vratil on 6/7/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(as) (Entered: 06/07/2021) |
| 06/07/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 176 SEALED MOTION for Leave to File Under Seal *and conventionally*. The motion will be resolved by the District Judge.(adc)** (Entered: 06/07/2021) |
| 06/07/2021 | 180 | SEALED DOCUMENT *Plaintiffs' Sealed Notice of Filing Amended Exhibit* re 176 SEALED MOTION for Leave to File Under Seal *and conventionally* (Attachments: # 1 Exhibit 1- Exhibit 12 to Plaintiff Bosire's Memorandum in Opposition to Defendants' Motion for Summary Judgment)(Perry, Madison) (Entered: 06/07/2021) |
| 06/08/2021 | 181 | ORDER **overruling as moot** 173 Second Motion For Extension Of Time To File Response To Defendants McMillan And Schulte's Motion For Summary Judgment Against Plaintiff Bosire. Plaintiff Bosire filed his opposition timely on June 4, 2021. Signed by District Judge Kathryn H. Vratil on 6/8/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/08/2021) |
| 06/11/2021 | 182 | RESPONSE re 179 Order to Show Cause by Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire. (Greathouse, Leslie) (Entered: 06/11/2021) |
| 06/16/2021 | 183 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Sarah Washburn, Chandler Rule, Doug Rule, Ryan Wolting, Greg Jirak, Doug Carr, Dax Lewis, James McCord, Joe Bullock, Brent Hogelin, Herman Jones on 7/7/2021, 7/8/2021, 7/9/2021, 7/20/2021, 8/17/2021, 8/23/2021, 9/16/2021, 9/17/2021, 10/6/2021 (Perry, Madison) (Entered: 06/16/2021) |
| 06/16/2021 | 184 | NOTICE OF INTENT TO ISSUE SUBPOENA by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw Subpoena to be issued to: Randy Moon (Attachments: # 1 Exhibit 1- Subpoena)(Perry, Madison) (Entered: 06/16/2021) |
| 06/16/2021 | 185 | ORDER. On May 20, 2021 plaintiffs represented to the Court that "if Defendant Jones would agree...that any equitable relief obtained by the Named Plaintiffs... would inure to the benefit of the putative class members without certification of a class, then there is no need to certify a class." Certain Plaintiffs' Response to Order To Show Cause (Doc. 165 ) filed May 20, 2021 at 2. Defendant Jones so stipulated. Defendant's Response To Court's Show Cause Order Concerning Class Certification (Doc. 166 ) filed May 20, 2021 at 2. Plaintiffs' Motion for Class Certification filed November 9, 2020, is therefore moot and is |

| | | |
|---|---|---|
| | | hereby **overruled**. Signed by District Judge Kathryn H. Vratil on 6/16/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/16/2021) |
| 06/22/2021 | 186 | ORDER **overruling as moot** 168 Motion To Strike Supplemental Memorandum Of Law In Support Of Plaintiffs' Motion For Class Certification. The Motion to Strike is found moot as 80 Plaintiffs' Motion for Class Certification is also moot and has already been overruled. Signed by District Judge Kathryn H. Vratil on 6/22/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/22/2021) |
| 06/22/2021 | 187 | ORDER **overruling** 143 Motion For Summary Judgment Against Plaintiff Bosire's Claims for substantially the reasons stated in 178 Plaintiff Bosire's Memorandum In Opposition To Defendants' Motion For Summary Judgment. Signed by District Judge Kathryn H. Vratil on 6/22/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/22/2021) |
| 06/22/2021 | 188 | ORDER **overruling** 139 Motion For Summary Judgment Against The Plaintiff Shaws' Claims for substantially the reasons stated in 177 Memorandum In Opposition To Defendant's Motion For Summary Judgment Against B. Shaw and S. Shaw's Claims. Signed by District Judge Kathryn H. Vratil on 6/22/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 06/22/2021) |
| 06/23/2021 | 189 | (STRICKEN PER 236 MINUTE ENTRY) REPLY TO RESPONSE TO MOTION by Defendants Brandon McMillan, Doug Schulte re: 143 Motion for Summary Judgment (Attachments: # 1 Exhibit additional Bosire depo excerpts, # 2 Exhibit place conventionally filed video)(Chalmers, Arthur) Modified on 9/7/2021. (jsh) (Entered: 06/23/2021) |
| 06/23/2021 | 190 | MOTION to Alter Judgment *doc 187* by Defendants Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 06/23/2021) |
| 06/23/2021 | 191 | MOTION for extension of time *to file reply out of time* by Defendants Brandon McMillan, Doug Schulte (referred to Magistrate Judge Gwynne E. Birzer) (Chalmers, Arthur) (Entered: 06/23/2021) |
| 06/23/2021 | 192 | (STRICKEN PER 236 MINUTE ENTRY) REPLY TO RESPONSE TO MOTION by Defendant Doug Schulte re: 139 Motion for Summary Judgment (Attachments: # 1 Exhibit Hogelin Declaration)(Chalmers, Arthur) Modified on 9/7/2021. (jsh) (Entered: 06/23/2021) |
| 06/23/2021 | 193 | MOTION to Alter Judgment *187* by Defendant Doug Schulte (Chalmers, Arthur) (Entered: 06/23/2021) |
| 06/23/2021 | 194 | MOTION for extension of time *to file reply out of time* by Defendant Doug Schulte. (Chalmers, Arthur) (Entered: 06/23/2021) |
| 06/24/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 194 MOTION for extension of time *to file reply out of time*, 191 MOTION for extension of time *to file reply out of time*. The motion will be resolved by the District Judge.(adc)** (Entered: 06/24/2021) |
| 06/28/2021 | 195 | NOTICE OF SERVICE by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of Subpoena to Testify at Deposition to Randy Moon (Perry, Madison) (Entered: 06/28/2021) |
| 07/01/2021 | 196 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 193 Motion to Alter Judgment, 194 Motion for Extension of Time, 191 Motion for |

| | | Extension of Time, 190 Motion to Alter Judgment (Greathouse, Leslie) (Entered: 07/01/2021) |
|---|---|---|
| 07/07/2021 | 197 | AMENDED NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Chandler Rule, Doug Rule, Ryan Wolting, Greg Jirak, Sarah Washburn, Doug Carr, Dax Lewis, James McCord, Joe Bullock, Brent Hogelin, Herman Jones on 7/8/2021, 7/8/2021, 7/12/2021, 7/20/2021, 8/9/2021, 8/17/2021, 8/23/2021, 8/23/2021, 9/16/2021, 9/17/2021, 10/6/2021 (Perry, Madison) (Entered: 07/07/2021) |
| 07/08/2021 | 198 | MEMORANDUM AND ORDER sustaining in part and overruling in part 176 SEALED MOTION for Leave to File Under Seal and Conventionally. See Order for details. Signed by District Judge Kathryn H. Vratil on 7/8/2021. (kas) (Entered: 07/08/2021) |
| 07/13/2021 | 222 | CONVENTIONALLY FILED EXHIBIT IN SUPPORT of 178 Memorandum in Opposition and 177 Memorandum in Opposition. One flash drive received by Judge Vratil's Chambers on 7/13/2021 and will be maintained in Chambers. Per KHV Chambers, counsel has been notified to provide an additional copy. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kas) (Entered: 08/02/2021) |
| 07/14/2021 | 199 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: MOTION HEARING held on 7/14/2021 re 167 MOTION to Compel *Documents Withheld Based on the Deliberative Process Privilege and Memorandum in Support* filed by Joshua Bosire, Samuel James Shaw, Blaine Franklin Shaw; STATUS CONFERENCE held on 7/14/2021. (Zoom recording.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 07/14/2021) |
| 07/15/2021 | 200 | EXHIBITS IN SUPPORT of 178 Memorandum in Opposition to Motion & 177 Memorandum in Opposition to Motion by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Attachments: # 1 Exhibit)(Perry, Madison) (Entered: 07/15/2021) |
| 07/16/2021 | 201 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of Response to 5th RFP and mailing of documents (Chalmers, Arthur) (Entered: 07/16/2021) |
| 07/19/2021 | 202 | ORDER. On 7/14/21 the Court held a motion hearing in Case No. 19-1343-KHV-GEB, and a status conference in both 19-1343 and consolidated action No. 20-1067-KHV-GEB. The Shaw and Bosire Plaintiffs (19-1343) appeared through counsel, Sharon Brett, Leslie Greathouse, Madison Perry, and Joshua Pierson. The Erich and Maloney Plaintiffs (20-2076) did not appear. Defendants appeared through counsel, Arthur Chalmers. After review of the docket, thorough review of briefing, and discussion with counsel, the Court enters the following orders: Plaintiffs' motion to compel 167 is DENIED in part, in that the email chain withheld by Defendants on the basis of deliberative process privilege will not be ordered produced in full. Plaintiffs' motion is GRANTED in part, in that a portion of the communications may be produced as discussed because the email is found to not be deliberative. A written opinion on this issue will follow. Following discussion of discovery disputes and concerns regarding the current schedule, the Court anticipates the parties will continue to confer and act accordingly with the discussions during the conference. Defendants are expected to conclude the previously-discussed Global Systems discovery issue by 7/30/21. In light of this and other ESI concerns, the schedule is modified as follows: Plaintiffs' expert disclosure deadline extended to 12/31/21. Defendants' expert disclosures are due 2/25/22. Any rebuttal disclosures are due 3/25/22. Discovery deadline 4/29/2022. Proposed Pretrial Order due by 5/10/2022. Final Pretrial Conference set for 5/17/2022 at 10:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Dispositive motion & Daubert motion deadlines reset to 6/7/2022. Jury Trial set for 2/6/2023 at 09:00 AM in KC Courtroom 440 before District |

| | | |
|---|---|---|
| | | Judge Kathryn H. Vratil. In light of the lack of participation by the Erich and Maloney Plaintiffs (20-2076), the Court will reach out to counsel by letter. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 7/19/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 07/19/2021) |
| 07/19/2021 | 203 | NOTICE of Intent to Issue Amended Subpoena to Randy Moon by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Attachments: # 1 Exhibit Amended Subpoena to Randy Moon)(Perry, Madison) (Entered: 07/19/2021) |
| 07/20/2021 | | **Set Deadlines/Hearings: CORRECTION to Order, ECF No. 202: Jury Trial set for 2/6/2023 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil.(adc)** (Entered: 07/20/2021) |
| 07/20/2021 | 204 | NOTICE OF INTERLOCUTORY APPEAL as to 187 Order on Motion for Summary Judgment by Defendants Brandon McMillan, Doug Schulte. Filing fee $505, Internet Payment Receipt Number AKSDC-5540511. (Chalmers, Arthur) (Entered: 07/20/2021) |
| 07/20/2021 | 205 | NOTICE OF INTERLOCUTORY APPEAL by Defendant Doug Schulte Filing fee $505, Internet Payment Receipt Number AKSDC-5540549. (Chalmers, Arthur) (Entered: 07/20/2021) |
| 07/20/2021 | 206 | CERTIFICATE OF SERVICE of subpoena to testify at a deposition on Randy Moon by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 203 Notice (Other). (Perry, Madison) (Entered: 07/20/2021) |
| 07/20/2021 | 207 | MOTION FOR LEAVE to File Exhibit 9 to reply Doc 189 Conventionally by Defendants Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 07/20/2021) |
| 07/20/2021 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 207 MOTION FOR LEAVE to File Exhibit 9 to reply Doc 189 Conventionally . The motion will be resolved by the District Judge.(adc)** (Entered: 07/20/2021) |
| 07/20/2021 | 208 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 205 Notice of Interlocutory Appeal. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 07/20/2021) |
| 07/20/2021 | 209 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 204 Notice of Interlocutory Appeal. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 07/20/2021) |
| 07/20/2021 | 210 | APPEAL DOCKETED in 10CCA on 7/20/2021 and assigned Appeal No. 21-3130 re 204 Notice of Interlocutory Appeal filed by Brandon McMillan, Doug Schulte. (mam) (Entered: 07/22/2021) |
| 07/20/2021 | 211 | APPEAL DOCKETED in 10CCA on 7/20/2021 and assigned Appeal No. 21-3131 re 205 Notice of Interlocutory Appeal filed by Doug Schulte. (mam) (Entered: 07/22/2021) |
| 07/22/2021 | 212 | ORDER of 10CCA as to 204 Notice of Interlocutory Appeal filed by Brandon McMillan, Doug Schulte. This appeal is ABATED. Within 5 days after the district court enters its order(s) disposing of the motions to alter or amend, the clerk of the district court is directed to supplement the preliminary records in accordance with 10th Cir. R. 3.2(B). (Appeal No. 21-3130) (mam) (Entered: 07/22/2021) |
| 07/22/2021 | 213 | ORDER of 10CCA as to 205 Notice of Interlocutory Appeal filed by Doug Schulte. This appeal is ABATED. Within 5 days after the district court enters its order(s) disposing of the motions to alter or amend, the clerk of the district court is directed to supplement the preliminary records in accordance with 10th Cir. R. 3.2(B). (Appeal No. 21-3131) (mam) (Entered: 07/22/2021) |
| 07/23/2021 | 214 | TRANSCRIPT ORDER FORM: No Transcript Required filed by Brandon McMillan, Doug Schulte re 204 Notice of Interlocutory Appeal (Chalmers, Arthur) (Entered: |

| | | 07/23/2021) |
|---|---|---|
| 07/23/2021 | 215 | TRANSCRIPT ORDER FORM: No Transcript Required filed by Doug Schulte re 205 Notice of Interlocutory Appeal (Chalmers, Arthur) (Entered: 07/23/2021) |
| 07/23/2021 | 216 | NOTICE of Amendment for Randy Moon Deposition by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 07/23/2021) |
| 07/26/2021 | 217 | AMENDED PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 205 Notice of Interlocutory Appeal. (Appeal No. 21-3131). (Attachments: # 1 Preliminary Packet) (sz) (Entered: 07/26/2021) |
| 07/29/2021 | 218 | LETTER TO 10CCA stating record is complete re 204 Notice of Interlocutory Appeal. (Appeal No. 21-3130) (sz) (Entered: 07/29/2021) |
| 07/29/2021 | 219 | LETTER TO 10CCA stating record is complete re 205 Notice of Interlocutory Appeal. (Appeal No. 21-3131) (sz) (Entered: 07/29/2021) |
| 07/29/2021 | 220 | MOTION for Protective Order by Defendants Herman Jones, Brandon McMillan, Doug Schulte, Consol Defendant Herman Jones (referred to Magistrate Judge Gwynne E. Birzer) (Chalmers, Arthur) (Entered: 07/29/2021) |
| 07/30/2021 | 221 | NOTICE of Telephone Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Motion Hearing set for 8/10/2021 at 02:00 PM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. The Court will be prepared to discuss 220 Defendants' MOTION for Protective Order. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 07/30/2021) |
| 08/02/2021 | 223 | MEMORANDUM IN OPPOSITION by Plaintiff Joshua Bosire re 207 MOTION FOR LEAVE to File Exhibit 9 to reply Doc 189 Conventionally (Perry, Madison) (Entered: 08/02/2021) |
| 08/09/2021 | 224 | MEMORANDUM IN OPPOSITION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 220 MOTION for Protective Order (Attachments: # 1 Exhibit Jirak Deposition Excerpt)(Brett, Sharon) (Entered: 08/09/2021) |
| 08/10/2021 | 225 | REPLY TO RESPONSE TO MOTION by Defendants Herman Jones, Brandon McMillan, Doug Schulte, Consol Defendant Herman Jones re: 220 Motion for Protective Order (Attachments: # 1 Exhibit Depo excerpt)(Chalmers, Arthur) (Entered: 08/10/2021) |
| 08/10/2021 | 226 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: MOTION HEARING held on 8/10/2021 re 220 MOTION for Protective Order filed by Brandon McMillan, Doug Schulte, Herman Jones. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 08/10/2021) |
| 08/11/2021 | 227 | ORDER. On 8/10/21 the Court held a motion hearing. The Shaw and Bosire Plaintiffs (19-1343) appeared through counsel, Patrick McInerney, Sharon Brett, Madison Perry, and Joshua Pierson. The Erich and Maloney Plaintiffs (20-1067) did not appear. Defendants appeared through counsel, Arthur Chalmers. After review of the docket, thorough review of the briefing, and discussion with counsel, the Court enters the following orders: Defendants' Motion for Protective Order 220 is GRANTED in that neither Trooper Jirak nor KHP's employees/deponents are required to answer the two unanswered deposition questions asked in the recent deposition of Trooper Jirak. Similar questions requiring Troopers not directly involved in the traffic stops at issue in this suit to form and express new opinions are not to be asked in future KHP employee depositions. In the event a related dispute arises in any future deposition, counsel are expected to contact the undersigned by phone for efficient resolution. A written opinion will follow. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on |

| | | 8/11/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 08/11/2021) |
|---|---|---|
| 08/11/2021 | 228 | ORDER TO SHOW CAUSE. In light of these Plaintiffs' complete failure to participate in this case, the Court hereby ORDERS Plaintiffs Mark Erich and Shawna Maloney, through their counsel James T. McIntyre, to show cause in writing to the undersigned U.S. Magistrate Judge why she should not recommend to the District Judge that the claims by Mark Erich and Shawna Maloney, individually and as the mother and natural guardian of minor D. M. and minor M. M., against defendant Herman Jones in his official capacity as the Superintendent of the Kansas Highway Patrol be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b). Show Cause Response due by 9/10/2021. Signed by Magistrate Judge Gwynne E. Birzer on 8/11/21. Emailed to James T. McIntyre through electronic noticing and also by certified mail to 6235 West Kellogg Drive, Wichita, KS 67209; Certified Tracking Number: 7020 0640 0000 5372 9618. Also mailed to Plaintiff Mark Erich, 2605 Logan Dr., Loveland, Colorado, 80538 by certified mail; Certified Tracking Number: 7020 0640 0000 5372 9625. (adc) (Entered: 08/11/2021) |
| 08/13/2021 | 229 | CERTIFIED MAIL RECEIPT returned re 228 addressed to James T. McIntyre, Law Offices of James T. McIntyre, 6235 West Kellogg Drive, Wichita, KS 67209. (jk) (Entered: 08/13/2021) |
| 08/13/2021 | 230 | TRANSCRIPT of Motion Hearing held August 10, 2021 before Judge Gwynne E. Birzer, Court Reporter Jana McKinney, 316-315-4268, jana_mckinney@ksd.uscourts.gov. Transcript purchased by: Mr. Patrick McInerney.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the reporter or through PACER. Release of Transcript Restriction set for 11/12/2021. (jlm) (Entered: 08/13/2021) |
| 08/17/2021 | 231 | RETURN Certified Mail received re 228 addressed to Mark Erich 2605 Logan Dr., Loveland, CO 80538. Remailed on 8/17/2021 to Mark Erich, PO Box 1372, Loveland, CO 80539-1372 by certified mail (tracking no. 7019 0700 0000 5927 4605) and by regular mail. (jk) (Entered: 08/17/2021) |
| 08/18/2021 | 232 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of Documents (Chalmers, Arthur) (Entered: 08/18/2021) |
| 08/27/2021 | 233 | NOTICE of Hearing. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Motion Hearing set for 9/3/2021 at 01:00 PM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Oral Argument to be heard on the following motions: 190 Motion To Alter And Amend, 191 Motion To [sic] For Extension To File Reply In Support Of Motion For Summary Judgment Out-Of-Time, 193 Motion To Alter And Amend, 194 Motion To [sic] For Extension To File Reply In Support Of Motion For Summary Judgment Out-Of-Time, and 207 Motion For Leave To File Video File Conventionally. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (as) (Entered: 08/27/2021) |

| | | |
|---|---|---|
| 08/30/2021 | 234 | RETURN Certified Mail received re 231 addressed to Mark Erich PO Box 1372 Loveland, CO 80539-1372. Not Remailed. (jk) (Entered: 08/30/2021) |
| 08/30/2021 | 235 | RETURN Mail received re 231 addressed to Mark Erich PO Box 1372 Loveland, CO 80539-1372. Not Remailed. (jk) (Entered: 08/30/2021) |
| 09/03/2021 | 236 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: MOTION HEARING held on 9/3/2021. See Minute Sheet for details. (Court Reporter Kelli Stewart.) (as) (Entered: 09/03/2021) |
| 09/10/2021 | 237 | TRANSCRIPT of Motion Hearing (48 pgs) held 09/03/2021 before Judge Kathryn H. Vratil, Court Reporter Kelli Stewart, 913-735-2334, kelli_stewart@ksd.uscourts.gov. Transcript purchased by: Spencer Fane-Plaintiffs.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/9/2021. (ks) (Entered: 09/10/2021) |
| 09/13/2021 | 238 | SUPPLEMENTAL PRELIMINARY RECORD ON APPEAL transmitted to 10CCA Volume(s) 1 re 205 Notice of Interlocutory Appeal, 204 Notice of Interlocutory Appeal (Appeal Nos. 21-3130 and 21-3131) (Attachments: # 1 Supplemental Preliminary Record on Appeal Volume 1)(sz) (Entered: 09/13/2021) |
| 09/15/2021 | 239 | ORDER and NOTICE OF SHOW CAUSE HEARING. On 8/11/21, the undersigned issued an Order to Show Cause 228 requiring Plaintiffs Mark Erich and Shawna Maloney, through their counsel James T. McIntyre, to show cause in writing to the undersigned U.S. Magistrate Judge on or before 9/10/21, why she should not recommend to the District Judge that these Plaintiffs' claims be dismissed with prejudice under Fed. R. Civ. P. 41(b) for their failure to participate in this action. To date, although Mr. McIntyre contacted the office of the undersigned by phone on 9/1/21 and was instructed to comply with the order, no response has been filed. Therefore, this matter is set for a Show Cause Hearing on 9/29/2021 at 10:00 AM. Counsel James McIntyre is ORDERED to appear IN PERSON in Wichita Courtroom 326 before Magistrate Judge Gwynne E. Birzer. All other parties and counsel are permitted to appear by Zoom videoconference, if they so wish, to reduce the expense to other parties. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 9/15/21. Mailed to attorney James T. McIntyre, 6235 West Kellogg Drive, Wichita, KS 67209 by certified mail; Certified Tracking Number: 7020 0640 0000 5372 9731. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 09/15/2021) |
| 09/21/2021 | 240 | MEMORANDUM AND ORDER granting in part and denying in part 167 Plaintiff's Motion to Compel Discovery. See order for details, and prior order 202 . Signed by Magistrate Judge Gwynne E. Birzer on 9/21/21. (adc) (Entered: 09/21/2021) |
| 09/23/2021 | 241 | CERTIFIED MAIL RECEIPT returned re 239 addressed to James T. McIntyre Law Offices of James T. McIntyre 6235 West Kellogg Drive Wichita, KS 67209. (jk) (Entered: 09/23/2021) |

| | | |
|---|---|---|
| 09/28/2021 | 242 | NOTICE OF SERVICE by Brandon McMillan, Doug Schulte of Supplemental Discovery Answers & Documents (Chalmers, Arthur) (Entered: 09/28/2021) |
| 09/28/2021 | 243 | MEMORANDUM AND ORDER granting 220 Motion for Protective Order. See order for details. Signed by Magistrate Judge Gwynne E. Birzer on 9/28/21. (adc) (Entered: 09/28/2021) |
| 09/29/2021 | 244 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: SHOW CAUSE HEARING held on 9/29/2021. (Zoom recording.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 09/29/2021) |
| 09/29/2021 | 245 | ORDER. A show cause hearing was held 9/29/21. The Shaw and Bosire Plaintiffs (19-1343) appeared through counsel Joshua Pierson (in person) and Leslie Greathouse (by Zoom). Plaintiffs Mark Erich and Shawna Maloney (20-1067) appeared through counsel, James McIntyre (in person). Defendants in both cases appeared through counsel, Arthur Chalmers (by Zoom). Following discussion with counsel, the Court entered the following orders on the record: The undersigned finds Mr. McIntyre has shown cause why a briefing schedule on potential dismissal of his clients' claims should not be established at this time. Defendants Erich and Maloney must, through their counsel Mr. McIntyre, submit Rule 26(a)(1) disclosures to all other parties by no later than 10/6/21. A copy of the disclosures must be emailed to ksd_Birzer_chambers@ksd.uscourts.gov. Additionally, Plaintiffs Erich and Maloney must respond to outstanding written discovery by no later than 10/29/21. No extensions will be provided to these deadlines. In the event the Erich and Maloney Plaintiffs fail to comply with these deadlines, a briefing schedule will be established to address these Plaintiffs' lack of participation in these consolidated actions. If substitute counsel are engaged on behalf of the Erich/Maloney plaintiffs, they must enter their appearance no later than 10/29/21. In the event the Erich/Maloney plaintiffs do not wish to pursue this matter, counsel should promptly notify the Court. IT IS SO ORDERED. (re 228 , 239 Order to Show Cause) Signed by Magistrate Judge Gwynne E. Birzer on 9/29/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Mailed to counsel James McIntyre by US mail at 6235 West Kellogg Drive, Wichita, KS 67209. (adc) (Entered: 09/29/2021) |
| 10/06/2021 | 246 | NOTICE of filing of rule 26 disclosures by Mark Erich, Shawna Maloney (McIntyre, James) (Entered: 10/06/2021) |
| 11/02/2021 | 247 | MOTION for extension of time by Consol Plaintiffs Mark Erich, Shawna Maloney (referred to Magistrate Judge Gwynne E. Birzer) (McIntyre, James) (Entered: 11/02/2021) |
| 11/03/2021 | 248 | NOTICE of Telephone Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Status/Motion Hearing set for 11/8/2021 at 09:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Counsel must be prepared to discuss the Erich/Maloney Plaintiffs' 247 MOTION for extension of time and general status of the Erich/Maloney Plaintiffs' claims. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 11/03/2021) |
| 11/05/2021 | 249 | ENTRY OF APPEARANCE by Kayla DeLoach on behalf of Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (DeLoach, Kayla) (Entered: 11/05/2021) |
| 11/05/2021 | 250 | ENTRY OF APPEARANCE by Joshua M. Pierson on behalf of Mark Erich, Shawna Maloney (Pierson, Joshua) (Entered: 11/05/2021) |
| 11/05/2021 | 251 | Unopposed MOTION for extension of time by Consol Plaintiffs Mark Erich, Shawna Maloney (referred to Magistrate Judge Gwynne E. Birzer) (Pierson, Joshua) (Entered: 11/05/2021) |

| | | |
|---|---|---|
| 11/08/2021 | 252 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: MOTION HEARING held on 11/8/2021 re 247 MOTION for extension of time filed by Shawna Maloney, Mark Erich; and 251 Unopposed MOTION for extension of time filed by Shawna Maloney, Mark Erich. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 11/08/2021) |
| 11/08/2021 | 253 | ORDER. A motion and status conference was held 11/8/21 before the undersigned. The Shaw and Bosire Plaintiffs (19-1343) appeared through counsel Joshua Pierson, Madison Perry, Sharon Brett and Kayla DeLoach. Plaintiffs Mark Erich and Shawna Maloney (20-1067) appeared through counsel, James McIntyre (in person) and Joshua Pierson. Defendants in both cases appeared through counsel, Arthur Chalmers. After discussion with all counsel, the Court enters the following orders: The Motion for extension of time by consolidated Plaintiffs Mark Erich and Shawna Maloney 251 is GRANTED. Counsel for the Shaw/Bosire Plaintiffs is expected to substitute into the matter on behalf of the Erich/Maloney Plaintiffs as soon as possible, and Mr. McIntyre will withdraw. The Erich/Maloney Plaintiffs' deadline to respond to written discovery is extended to 12/1/21. All other deadlines remain as previously scheduled. In light of these orders, the prior motion for extension 247 filed by Mr. McIntyre is found to be MOOT. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 11/8/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 11/08/2021) |
| 11/17/2021 | 254 | CERTIFICATE OF SERVICE of Supplemental Production of Documents by Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 11/17/2021) |
| 11/23/2021 | 255 | CERTIFICATE OF SERVICE of Answers to Interrogatories and Responses to Requests for Production by Mark Erich, Shawna Maloney. (Pierson, Joshua) (Entered: 11/23/2021) |
| 11/29/2021 | 256 | ENTRY OF APPEARANCE by Joshua M. Pierson on behalf of Mark Erich, Shawna Maloney. (Pierson, Joshua) (Entered: 11/29/2021) |
| 12/07/2021 | 257 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Trooper Justin Rohr on 12/10/2021 (Perry, Madison) (Entered: 12/07/2021) |
| 12/08/2021 | 258 | ENTRY OF APPEARANCE by Madison A. Perry on behalf of Mark Erich, Shawna Maloney (Perry, Madison) (Entered: 12/08/2021) |
| 12/09/2021 | 259 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Discovery Conference set for 12/17/2021 11:00 AM by Zoom Video Conference before Magistrate Judge Gwynne E. Birzer. (adc) (Entered: 12/09/2021) |
| 12/17/2021 | 260 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: DISCOVERY CONFERENCE held on 12/17/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 12/17/2021) |
| 12/17/2021 | 261 | ORDER. A discovery conference was held 12/17/21 before the undersigned. All Plaintiffs appeared through counsel Madison Perry and Joshua Pierson. All Defendants appeared through counsel, Arthur Chalmers. After review of the parties' position statements and relevant caselaw, and after hearing the arguments of counsel, the Court is inclined to permit Plaintiffs' requested discovery in their RFP No. 24 as most recently limited regarding data from three KHP stationary license plate readers. The Court is inclined to cost-shift/cost-share such that Plaintiffs would bear the expense of the first $5,000 to the vendor producing the data, with Defendants to bear any cost above $5,000. In the event either party wishes to formally brief this issue, they are to contact the Court as soon as practical to seek an expedited briefing schedule. Additionally, after discussion regarding |

| | | |
|---|---|---|
| | | the parties' cooperative extension of their expert disclosure deadlines, the Court invites the parties to contact the undersigned for discussion if at any time they believe formal modifications are needed with regard to the existing schedule. IT IS SO ORDERED. Signed by Magistrate Judge Gwynne E. Birzer on 12/17/21. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(adc) (Entered: 12/17/2021) |
| 12/27/2021 | 262 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Kansas Highway Patrol on January 4-5, 2022 (Pierson, Joshua) (Entered: 12/27/2021) |
| 12/30/2021 | 263 | NOTICE OF SERVICE by Herman Jones, Herman Jones of Rule 30(b)(6) clarifications and limtations *regarding KHP depostion* (Attachments: # 1 Ex A clarification and limitations, # 2 Ex Budget)(Chalmers, Arthur) (Entered: 12/30/2021) |
| 01/03/2022 | 264 | AMENDED NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Kansas Highway Patrol on 1/26/22 and 1/27/22 (Pierson, Joshua) Modified title on 1/4/2022. (jsh) (Entered: 01/03/2022) |
| 01/12/2022 | 265 | NOTICE OF TELEPHONE CONFERENCE: A Status Conference before Magistrate Judge Gwynne E. Birzer is set for 1/13/2022 at 01:30 PM by telephone. Participants shall call 1-888-363-4749, use access code 9686294, and follow prompts to join call. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kf) (Entered: 01/12/2022) |
| 01/13/2022 | 266 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: STATUS CONFERENCE held on 1/13/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (adc) (Entered: 01/13/2022) |
| 01/14/2022 | 267 | REVISED SCHEDULING ORDER: See order for additional details. Discovery deadline 7/29/2022. Proposed Pretrial Order due by 8/11/2022. Final Pretrial Conference set for 8/18/2022 at 10:00 AM by Telephone before Magistrate Judge Gwynne E. Birzer. Participants must call the CONFERENCE LINE at 1-888-363-4749 using ACCESS CODE 9686294. Dispositive motion deadline 9/8/2022. Jury Trial remains set for 2/6/2023 at 09:00 AM in Wichita before District Judge Kathryn H. Vratil. Estimated trial time 10 days. Signed by Magistrate Judge Gwynne E. Birzer on 1/14/22. (adc) (Entered: 01/14/2022) |
| 01/28/2022 | 268 | AMENDED NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Kansas Highway Patrol on 2/4/22 (Pierson, Joshua) (Entered: 01/28/2022) |
| 03/01/2022 | 269 | CERTIFICATE OF SERVICE of Expert Disclosures by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 03/01/2022) |
| 03/14/2022 | 270 | NOTICE OF SERVICE by Herman Jones, Herman Jones of March 2022 RFP to all Plaintiffs (Chalmers, Arthur) (Entered: 03/14/2022) |
| 03/29/2022 | 271 | NOTICE OF SERVICE by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw of Responses to Requests for Production of Documents (Pierson, Joshua) (Entered: 03/29/2022) |
| 05/12/2022 | 272 | CERTIFICATE OF SERVICE of Plaintiffs' Third Set of Interrogatories and Sixth Set of Requests for Documents by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Pierson, Joshua) (Entered: 05/12/2022) |
| 05/27/2022 | 273 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of Def Supp Rule 16(a)(1) Disclosures (Chalmers, Arthur) (Entered: 05/27/2022) |

| | | |
|---|---|---|
| 05/27/2022 | 274 | NOTICE OF SERVICE by Herman Jones, Herman Jones of notice of Def Jones opinion discloures (Chalmers, Arthur) (Entered: 05/27/2022) |
| 06/10/2022 | 275 | NOTICE OF SERVICE by Herman Jones, Brandon McMillan, Doug Schulte of Discovery Responses. (Chalmers, Arthur) (Entered: 06/10/2022) |
| 06/17/2022 | 276 | NOTICE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw of taking deposition of Christi S. Asbe on June 24, 2022 (Pierson, Joshua) (Entered: 06/17/2022) |
| 06/17/2022 | 277 | CERTIFICATE OF SERVICE of Seventh Set of Requests for Documents- to Defendants by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 06/17/2022) |
| 06/17/2022 | 278 | NOTICE OF SERVICE by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw of Supplemental Rule 26 Disclosures (Pierson, Joshua) (Entered: 06/17/2022) |
| 06/28/2022 | 279 | APPEAL MANDATE from 10CCA: AFFIRMED in part and REVERSED in part. The case is REMANDED to the District Court for further proceedings. (Appeal No. 21-3130) (Attachments: # 1 Transmittal Letter)(heo) (Entered: 06/28/2022) |
| 06/28/2022 | 280 | APPEAL MANDATE from 10CCA: AFFIRMED in part and REVERSED in part. The case is REMANDED to the District Court for further proceedings. (Appeal No. 21-3131) (Attachments: # 1 Transmittal Letter)(heo) (Entered: 06/28/2022) |
| 06/30/2022 | 281 | NOTICE OF SERVICE by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw of Rebuttal Expert Disclosures (Pierson, Joshua) (Entered: 06/30/2022) |
| 07/14/2022 | 282 | NOTICE OF SERVICE by Herman Jones, Herman Jones, Brandon McMillan, Doug Schulte of response to 7th RFPs (Chalmers, Arthur) (Entered: 07/14/2022) |
| 08/10/2022 | 283 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Joshua M. Pierson as to Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Pierson, Joshua) (Entered: 08/10/2022) |
| 08/11/2022 | 284 | MOTION for attorney Brian M. Hauss to appear pro hac vice (Pro hac vice fee $50, Internet Payment Receipt Number AKSDC-5842955.) by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (referred to Magistrate Judge Gwynne E. Birzer) (Attachments: # 1 Affidavit of Brian Hauss, # 2 Electronic registration form)(Brett, Sharon) (Entered: 08/11/2022) |
| 08/15/2022 | 285 | ORDER granting 284 Motion to Appear Pro Hac Vice of Brian M. Hauss for Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, and Samuel James Shaw pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Gwynne E. Birzer on 8/15/22. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 08/15/2022) |
| 08/18/2022 | 286 | MOTION to Sever or for Separate Trials by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 08/18/2022) |
| 08/18/2022 | 287 | MEMORANDUM IN SUPPORT of 286 Motion to Sever or for Separate Trials by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 08/18/2022) |
| 08/18/2022 | 288 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: FINAL PRETRIAL CONFERENCE held on 8/18/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (spa) (Entered: 08/18/2022) |

| | | |
|---|---|---|
| 08/19/2022 | 289 | MOTION for Extension of Time to File Response as to 286 Motion to Sever or for Separate Trials by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 08/19/2022) |
| 08/19/2022 | 290 | PRETRIAL ORDER ENTERED: Dispositive motion deadline 9/8/2022. Jury Trial set for 2/6/2023 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil; estimated trial time 10 days. Signed by Magistrate Judge Gwynne E. Birzer on 8/19/2022. (heo) (Entered: 08/19/2022) |
| 08/19/2022 | 291 | MOTION to Expedite *Consideration of Plaintiffs' Motion for Extension of time to Respond to Defendants' Motion to Sever or for Separate Trials* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Perry, Madison) (Entered: 08/19/2022) |
| 08/19/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 286 MOTION to Sever *or for separate trials*, 289 MOTION for Extension of Time to File Response as to 286 MOTION to Sever *or for separate trials* . The motion will be resolved by the District Judge.(spa)** (Entered: 08/19/2022) |
| 08/22/2022 | 292 | ORDER: Defendant's Motion to Sever or for Separate Trials (Doc. 286 ) filed August 18, 2022 is overruled without prejudice. Until the Court has resolved the anticipated cross-motions for summary judgment, and it is clear which claims will proceed against whom, it is premature to consider severance or bifurcation. Signed by District Judge Kathryn H. Vratil on 08/22/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/22/2022) |
| 08/22/2022 | 293 | ORDER: Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Sever or for Separate Trials (Doc. 289 ) filed August 19, 2022 is hereby overruled as moot. Signed by District Judge Kathryn H. Vratil on 08/22/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/22/2022) |
| 08/22/2022 | 294 | ORDER: Plaintiff's Motion for Expedited Consideration of Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Sever or for Separate Trials (Doc. 291 ) filed August 19, 2022 is hereby overruled as moot. Signed by District Judge Kathryn H. Vratil on 08/22/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/22/2022) |
| 08/24/2022 | 295 | MOTION for Summary Judgment by Defendant/Consol Defendant Herman Jones. (Chalmers, Arthur) (Entered: 08/24/2022) |
| 08/24/2022 | 296 | MEMORANDUM IN SUPPORT of 295 Motion for Summary Judgment by Defendant/Consol Defendant Herman Jones. (Attachments: # 1 Exhibit List, # 2 Affidavit Ex. 1 Hogelin Declaration, # 3 Exhibit 1-1 KHP Training materials, # 4 Exhibit 1-2 KHP policy ENF-01, # 5 Exhibit 1-3 KHP Policy ENF-07, # 6 Exhibit 1-4 KHP Policy OPS-39, # 7 Affidavit 2 Asbe Declaration, # 8 Exhibit 3 Depo Excerpts Hogelin, # 9 Exhibit 4 Depo Excerpts Jirak, # 10 Exhibit 5 Depo Excerpts Jones, # 11 Exhibit 6 Depo Excerpts McMillan, # 12 Exhibit 7 Depo Excerpts Rohr, # 13 Exhibit 8 Depo Excerpts C. Rule, # 14 Exhibit 9 Depo Excerpts J.D. Rule, # 15 Exhibit 9-1 Depo Exhib 41 and 44, # 16 Exhibit 10 Depo Excerpts Washburn, # 17 Exhibit 11 Suppl. Response to Plaintiffs' Informal Interrogatory to Def. Jones, March 29, 2021, # 18 Exhibit 12 Significant seizures summary, # 19 Affidavit 13 McMillan Declaration, # 20 Affidavit 14 Schulte Declaration, # 21 Exhibit 15 Plaintiffs' Interrogatory Answers)(Chalmers, Arthur) (Entered: 08/24/2022) |
| 08/29/2022 | 297 | MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, |

| | | Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 08/29/2022) |
|---|---|---|
| 08/29/2022 | 298 | MOTION for Expedited Consideration of Plaintiffs' Motion for Summary Judgment Briefing Schedule and to Exceed Page Limits by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 08/29/2022) |
| 08/30/2022 | 299 | ORDER: Plaintiff's Motion for Summary Judgment Briefing Schedule and to Exceed Page Limits (Doc. 297 ) filed August 29, 2022, is OVERRULED. Separate briefing of independent motions will assist the Court and eliminate any need for additional pages. Signed by District Judge Kathryn H. Vratil on 8/30/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/30/2022) |
| 08/30/2022 | 300 | ORDER: Plaintiff's Motion for Expedited Consideration of Plaintiffs' Motion for Summary Judgment Briefing Schedule and to Exceed Page Limits (Doc. 298 ) filed August 29, 2022, is SUSTAINED. Signed by District Judge Kathryn H. Vratil on 8/30/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/30/2022) |
| 08/31/2022 | 301 | RESPONSE by Defendant/Consol Defendant Herman Jones re 297 Motion for Summary Judgment Briefing Schedule and to Exceed Page Limits. (Chalmers, Arthur) Modified on 9/6/2022 to remove the link to 295 . (mam) (Entered: 08/31/2022) |
| 09/06/2022 | 302 | ENTRY OF APPEARANCE by Olawale O. Akinmoladun on behalf of Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Akinmoladun, Olawale) (Entered: 09/06/2022) |
| 09/08/2022 | 303 | MOTION to Exclude "Opinion" Testimony from Plaintiffs' Witnesses Hassan Aden and Jonathan Mummolo by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 09/08/2022) |
| 09/08/2022 | 304 | MEMORANDUM IN SUPPORT of 303 Motion to Exclude "Opinion" Testimony from Plaintiffs' Witnesses Hassan Aden and Jonathan Mummolo by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Attachments: # 1 Exhibit 1 Aden Report, # 2 Exhibit 2 Mummolo Report, # 3 Exhibit 3 RFP responses) (Chalmers, Arthur) (Entered: 09/08/2022) |
| 09/08/2022 | 305 | MOTION to Exclude or Limit the Testimony of Christi Asbe by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 09/08/2022) |
| 09/08/2022 | 306 | MEMORANDUM IN SUPPORT of 305 Motion to Exclude or Limit the Testimony of Christi Asbe by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Perry, Madison) (Entered: 09/08/2022) |
| 09/08/2022 | 307 | MOTION for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 09/08/2022) |
| 09/08/2022 | 308 | EXHIBITS IN SUPPORT of 307 Motion for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit List Plaintiffs' Summary Judgment Exhibit List, # 2 Exhibit #2- Enforcement Guidelines, # 3 Exhibit #3- Colonel Herman T. Jones' Deposition Transcript, # 4 Exhibit #4- Lieutenant John Douglas Rule's Deposition Transcript, # 5 Exhibit #5- KHP Organizational Structure, # 6 Exhibit #6- Captain Brent Hogelin's Deposition Transcript, Volume I, # 7 Exhibit #7- Lieutenant Greg Jirak's Deposition Transcript, # 8 Exhibit #8- Master Trooper Doug Schulte's |

| | | Deposition Transcript, # 9 Exhibit #9- Lieutenant Justin Rohr's Deposition Transcript, # 10 Exhibit #10- Trooper Brandon McMillan's Deposition Transcript)(Perry, Madison) (Entered: 09/08/2022) |
|---|---|---|
| 09/08/2022 | 309 | EXHIBITS CONTINUED IN SUPPORT of 307 Motion for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit #11- Lieutenant Colonel Randy Moon's Deposition Transcript, # 2 Exhibit #12- KHP Staff Attorney Sarah Washburn's Deposition Transcript, # 3 Exhibit #13- KHP Code of Ethics, # 4 Exhibit #14- Legal Issues in Car Stops 2020, # 5 Exhibit #15- Defendants' Responses to Plaintiffs' First Set of Requests for Documents to Schulte, McMillan and Jones, # 6 Exhibit #16- Transforming Temporary Detention into Consensual Encounter Trainng, # 7 Exhibit #17- Laws of Search & Seizure: Traffic Stops, # 8 Exhibit #18- 4th Amendment: "Reasonableness is the touchstone of the Fourth Amendment" Training, # 9 Exhibit #19- Complaint Reporting and Administrative Investigations, # 10 Exhibit #20- Captain Mitchel Clark's Deposition Transcript, # 11 Exhibit #21- Plaintiffs' Notice of Rule 30(b)(6) Video Deposition, # 12 Exhibit #22- Discipline and/or Corrective Actions Policy, # 13 Exhibit #23- Partial KHP Annual Complaint Reports (2018-2021), # 14 Exhibit #24- Advanced Interdiction Training (2020), # 15 Exhibit #25- May 14, 2016, Complaint, # 16 Exhibit #26- November 16, 2016, Complaint, # 17 Exhibit #27- September, 17, 2017, Complaint, # 18 Exhibit #28- July 21, 2017, Complaint, # 19 Exhibit #29- September 12, 2018, Complaint, # 20 Exhibit #30- September 21, 2018, Complaint, # 21 Exhibit #31- September 6, 2019, Complaint)(Perry, Madison) Modified docket relationship on 9/13/2022. (ca) (Entered: 09/08/2022) |
| 09/09/2022 | 310 | EXHIBITS CONTINUED IN SUPPORT of 307 Motion for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit #32 - December 5, 2019, Complaint, # 2 Exhibit #33 - August 12, 2020, Complaint, # 3 Exhibit #34 - Kansas Law Enforcement Training Center, Search and Seizure, # 4 Exhibit #35 - Chief Hassan Aden's Declaration and Report, # 5 Exhibit #36 Domestic Highway Enforcement Training, # 6 Exhibit #37 Lieutenant Jason Edie's November 7, 2018, Email, # 7 Exhibit #38 Trooper Ryan Wolting's Deposition Transcript, # 8 Exhibit #39 Dr., Jonathan Mummolo Declaration with Report, # 9 Exhibit #40 - Sample Incident Narrative Report (HP 133), # 10 Exhibit #41 - Sample Deployment and Incident Narrative Reports, # 11 Exhibit #42 Vehicle Detention Report Policy (FOR-44), # 12 Exhibit #43 Christi Asbe DepositionTranscript, # 13 Exhibit #44 Brent Hogelin Deposition Transcript, Volume II, # 14 Exhibit #45 Blaine Shaw Deposition Transcript, # 15 Exhibit #46 - Master Trooper Doug Schulte's Dash Cam Video, Part 1)(Perry, Madison) (Entered: 09/09/2022) |
| 09/09/2022 | 311 | EXHIBITS CONTINUED IN SUPPORT of 307 Motion for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit #47 Samuel Shaw Deposition Transcript, # 2 Exhibit #48 Blaine Shaw Affidavit, # 3 Exhibit #49 Master Trooper Doug Schulte's Dash Cam Video Part 2, # 4 Exhibit #50 Picture of Blaine Shaw's Bag, # 5 Exhibit #51 B. Shaw's Response to Defendants Schulte and McMillan First Set of Interrogatories to B. Shaw, # 6 Exhibit #52 S. Shaw's Response to Defendants Schulte and McMillan First Set of Interrogatories to S. Shaw, # 7 Exhibit #53 Samuel Shaw Declaration, # 8 Exhibit #54 Joshua Bosire Deposition Transcript, # 9 Exhibit #55 Joshua Bosire's February 10, 2019, Warning Ticket, # 10 Exhibit #56 Trooper Brandon McMillan's May 17, 2019, PSU Letter to Lieutenant Bullock, # 11 Exhibit #57 Trooper Brandon McMillan's Dash Cam Video, # 12 Exhibit #58 Colonel Herman T. Jones' August 9, 2019, PSU Letter to Joshua Bosire, # 13 Exhibit #59 Lieutenant Joseph Bullock Deposition Transcript, # 14 Exhibit #60 Colonel Herman T. Jones' July 25, 2019, |

| | | |
|---|---|---|
| | | PSU Letter to Trooper McMillan, # 15 Exhibit #61 Colonel Herman T. Jones' August 5, 2019, PSU Letter to Joshua McMillan, # 16 Exhibit #62 Mark Erich Declaration, # 17 Exhibit #63 Shawna Maloney Declaration, # 18 Exhibit #64 Lieutenant Justin Rohr's Dash Cam Video)(Perry, Madison) (Entered: 09/09/2022) |
| 09/09/2022 | 312 | SEALED MOTION for Leave to File Under Seal AND MOTION FOR LEAVE to File Conventionally Certain Exhibits in Support of 307 Motion for Summary Judgment Against Defendant Herman Jones by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit #2 Enforcement Guidelines, # 2 Exhibit #14 Legal Issues in Car Stops 2020 (Marked Confidential), # 3 Exhibit #16 Transforming Temporary Detention into Consensual Encounter Training, # 4 Exhibit #17 Laws of Search & Seizure - Traffic Stops, # 5 Exhibit #18 4th Amendment - Reasonableness is the touchstone of the Fourth Amendment, # 6 Exhibit #24 Advanced Interdiction Training (2020), # 7 Exhibit #25 May 14, 2016, Complaint, # 8 Exhibit #26 November 16, 2016, Complaint, # 9 Exhibit #27 September 17, 2017, Complaint, # 10 Exhibit #28 July 21, 2017, Complaint, # 11 Exhibit #29 September 12, 2018, Complaint, # 12 Exhibit #30 September 21, 2018, Complaint, # 13 Exhibit #31 September 6, 2019, Complaint, # 14 Exhibit #32 December 5, 2019, Complaint, # 15 Exhibit #33 August 12, 2020, Complaint, # 16 Exhibit #34 Kansas Law Enforcement Training Center, Search and Seizure Course, # 17 Exhibit #40 Sample Incident Narrative Report, # 18 Exhibit #41 Sample Deployment and Incident Narrative Reports, # 19 Exhibit #46 Master Trooper Doug Schulte's Dash Cam Video Part 1, # 20 Exhibit #49 Master Trooper Doug Schulte's Dash Cam Video, Part 2, # 21 Exhibit #55 February 10, 2019, Warning Ticket (Marked Confidential), # 22 Exhibit #56 McMillan's May 17, 2019, PSU Letter to Lieutenant Bullock, # 23 Exhibit #57 Trooper Brandon McMillan's Dash Cam Video, # 24 Exhibit #58 Jones' August 9, 2019, PSU Letter to Bosire, # 25 Exhibit #60 Jones' July 25, 2019, PSU Letter to McMillan, # 26 Exhibit #61 Jones' August 5, 2019, PSU Letter to McMillan, # 27 Exhibit #64 Lieutenant Justin Rohr's Dash Cam Video)(Perry, Madison). Modified to add additional motion on 9/13/2022. (ca) (Entered: 09/09/2022) |
| 09/09/2022 | 313 | MOTION to Consider Documents and Exhibits Accompanying Summary Judgment Timely Filed or Motion for One-Day Extension of Time by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 09/09/2022) |
| 09/12/2022 | 314 | ORDER granting 313 Plaintiffs' Motion to Consider Documents and Exhibits Accompanying Summary Judgment Timely Filed or Motion for One-Day Extension of Time. Plaintiffs deadline to file was extended to 9/9/2022 due to electronic filing issues. Signed by District Judge Kathryn H. Vratil on 09/12/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 09/12/2022) |
| 09/14/2022 | 315 | MEMORANDUM IN OPPOSITION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re 295 Motion for Summary Judgment. (Attachments: # 1 Exhibit 1 - Plaintiffs' Summary Judgment Exhibit List, # 2 Exhibit 2 - Placeholder - Enforcement Guidelines, # 3 Exhibit 3 - Colonel Herman T. Jones' Deposition Transcript, # 4 Exhibit 4 - Lieutenant John Douglas Rule's Deposition Transcript, # 5 Exhibit 5 - KHP Organizational Structure, # 6 Exhibit 6 - Captain Brent Hogelin's Deposition Transcript, Volume I, # 7 Exhibit 7 - Lieutenant Greg Jirak's Deposition Transcript, # 8 Exhibit 8 - Master Trooper Doug Schulte's Deposition Transcript, # 9 Exhibit 9 - Lieutenant Justin Rohr's Deposition Transcript, # 10 Exhibit 10 - Trooper Brandon McMillan's Deposition Transcript, # 11 Exhibit 11 - Lieutenant Colonel Randy Moon's Deposition Transcript, # 12 Exhibit 12 - KHP Staff Attorney Sarah Washburn's Deposition Transcript, # 13 Exhibit 13 - KHP Code of Ethics, # 14 Exhibit 14 - Placeholder - Legal Issues in Car Stops 2020, # 15 Exhibit 15 - Defendants' Responses to Plaintiffs' First Set of Requests for Documents to Schulte, McMillan and Jones, # 16 |

| | | |
|---|---|---|
| | | Exhibit 16 - Placeholder - Transforming Temporary Detention into Consensual Encounter Training, # 17 Exhibit 17 - Laws of Search & Seizure: Traffic Stops, # 18 Exhibit 18 - 4th Amendment: "Reasonableness is the touchstone of the Fourth Amendment" Training, # 19 Exhibit 19 - Complaint Reporting and Administrative Investigations, # 20 Exhibit 20 - Captain Mitchel Clark's Deposition Transcript)(Perry, Madison) (Entered: 09/14/2022) |
| 09/14/2022 | 316 | EXHIBITS IN SUPPORT of 315 Memorandum in Opposition to Motion by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit 21 - Plaintiffs' Notice of Rule 30(b)(6) Video Deposition, # 2 Exhibit 22 - Discipline and/or Corrective Actions Policy, # 3 Exhibit 23 - Partial KHP Annual Complaint Reports (2018-2021), # 4 Exhibit 24 - Placeholder - Advanced Interdiction Training (2020), # 5 Exhibit 25 - Placeholder - May 14, 2016, Complaint, # 6 Exhibit 26 - Placeholder - November 16, 2016, Complaint, # 7 Exhibit 27 - Placeholder - September 17, 2017, Complaint, # 8 Exhibit 28 - Placeholder - July 21, 2017, Complaint, # 9 Exhibit 29 - Placeholder - September 12, 2018, Complaint, # 10 Exhibit 30 - Placeholder - September 21, 2018, Complaint, # 11 Exhibit 31 - Placeholder - September 6, 2019, Complaint, # 12 Exhibit 32 - Placeholder - December 5, 2019, Complaint, # 13 Exhibit 33 - Placeholder - August 12, 2020, Complaint, # 14 Exhibit 34 - Placeholder - Kansas Law Enforcement Training Center, Search and Seizure Course, # 15 Exhibit 35 - Chief Hassan Aden's Declaration and Report, # 16 Exhibit 36 - Domestic Highway Enforcement Training, # 17 Exhibit 37 - Lieutenant Jason Edie's November 7, 2018, email, # 18 Exhibit 38 - Trooper Ryan Wolting's Deposition Transcript, # 19 Exhibit 39 - Dr. Jonathan Mummolo Declaration and Report, # 20 Exhibit 40 - Placeholder - Sample Incident Narrative Report (HP 133), # 21 Exhibit 41 - Placeholder - Sample Deployment and Incident Narrative Reports, # 22 Exhibit 42 - Vehicle Detention Report Policy (FOR-44), # 23 Exhibit 43 - Christi Asbe Deposition Transcript, # 24 Exhibit 44 - Captain Brent Hogelin's Deposition Transcript, Volume II, # 25 Exhibit 45 - Blaine Shaw Deposition Transcript, # 26 Exhibit 46 - Placeholder - Master Trooper Doug Schulte's Dash Cam Video, Part 1, # 27 Exhibit 47 - Samuel Shaw Deposition Transcript, # 28 Exhibit 48 - Blaine Shaw Affidavit, # 29 Exhibit 49 - Placeholder - Master Trooper Doug Schulte's Dash Cam Video, Part 2, # 30 Exhibit 50 - Pictures of Blaine Shaw's Bag, # 31 Exhibit 51 - B. Shaw's Responses to Defendants Schulte's and McMillan's First Set of Interrogatories to B. Shaw, # 32 Exhibit 52 - S. Shaw's Responses to Defendants Schulte's and McMillan's First Set of Interrogatories to S. Shaw, # 33 Exhibit 53 - Samuel Shaw Declaration, # 34 Exhibit 54 - Joshua Bosire Deposition Transcript, # 35 Exhibit 55 - Placeholder - Joshua Bosire's February 10, 2019, Warning Ticket, # 36 Exhibit 56 - Placeholder - Trooper Brandon McMillan's May 17, 2019, PSU Letter to Lieutenant Bullock, # 37 Exhibit 57 - Placeholder - Trooper Brandon McMillan's Dash Cam Video, # 38 Exhibit 58 - Placeholder - Colonel Herman T. Jones' August 9, 2019, PSU Letter to Joshua Bosire, # 39 Exhibit 59 - Lieutenant Joseph Bullock's Deposition Transcript, # 40 Exhibit 60 - Placeholder - Colonel Herman T. Jones' July 25, 2019, PSU Letter to Trooper McMillan, # 41 Exhibit 61 - Placeholder - Colonel Herman T. Jones' August 5, 2019, PSU Letter to Trooper McMillan, # 42 Exhibit 62 - Mark Erich Declaration, # 43 Exhibit 63 - Shawna Maloney Declaration, # 44 Exhibit 64 - Placeholder - Lieutenant Justin Rohr's Dash Cam Video, # 45 Exhibit 65 - Aden Rebuttal Report, # 46 Exhibit 66 - Chandler Rule Deposition Transcript, # 47 Exhibit 67 - Mummolo Declaration 9.13.2022, # 48 Exhibit 68 - Affidavit of Bosire, # 49 Exhibit 69 - Affidavit of S. Shaw, # 50 Exhibit 70 - Placeholder - Rohr's Canine Deployment Report OAG005990-91, # 51 Exhibit 71 - Placeholder - Rohr's Canine Deployment Report OAG004650-51; OAG004780-81) (Perry, Madison) (Entered: 09/14/2022) |
| 09/14/2022 | 317 | SEALED MOTION for Leave to File Under Seal Exhibits 2, 14, 16-18, 24-34, 40-41, 55-56, 58, 60-61, and 70-71 AND MOTION FOR LEAVE to File Video Exhibits 46, 49, 57, and 64 Conventionally by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Response deadline 9/28/2022) |

| | | (Attachments: # 1 Exhibit 2 - Enforcement Guidelines, # 2 Exhibit 14 - Legal Issues in Car Stops 2020, # 3 Exhibit 16 - Transforming Temporary Detention into Consensual Encounter Training, # 4 Exhibit 17 - Laws of Search & Seizure - Traffic Stops, # 5 Exhibit 18 - 4th Amendment - Reasonableness is the touchstone of the Fourth Amendment, # 6 Exhibit 24 - Advanced Interdiction Training (2020), # 7 Exhibit 25 - May 14, 2016, Complaint, # 8 Exhibit 26 - November 16, 2016, Complaint, # 9 Exhibit 27 - September 17, 2017, Complaint, # 10 Exhibit 28 - July 21, 2017, Complaint, # 11 Exhibit 29 - September 12, 2018, Complaint, # 12 Exhibit 30 - September 21, 2018, Complaint, # 13 Exhibit 31 - September 6, 2019, Complaint, # 14 Exhibit 32 - December 5, 2019, Complaint, # 15 Exhibit 33 - August 12, 2020, Complaint, # 16 Exhibit 34 - Kansas Law Enforcement Training Center, Search and Seizure Course, # 17 Exhibit 40 - Sample Incident Narrative Report, # 18 Exhibit 41 - Sample Deployment and Incident Narrative Reports, # 19 Exhibit 46 -Placeholder - Master Trooper Doug Schulte's Dash Cam Video Part 1, # 20 Exhibit 49 -Placeholder - Master Trooper Doug Schulte's Dash Cam Video, Part 2, # 21 Exhibit 55 - February 10, 2019, Warning Ticket (Marked Confidential), # 22 Exhibit 56 - McMillan's May 17, 2019, PSU Letter to Lieutenant Bullock, # 23 Exhibit 57 - Placeholder - Trooper Brandon McMillan's Dash Cam Video, # 24 Exhibit 58 - Colonel Herman T. Jones' August 9, 2019, PSU Letter to Joshua Bosire, # 25 Exhibit 60 - Colonel Herman T. Jones' July 25, 2019, PSU Letter to Trooper McMillan, # 26 Exhibit 61 - Colonel Herman T. Jones' August 5, 2019, PSU Letter to Trooper McMillan, # 27 Exhibit 64 - Placeholder - Lieutenant Justin Rohr's Dash Cam Video, # 28 Exhibit 70 - Rohr's Canine Deployment Report OAG005990-91, # 29 Exhibit 71 - Rohr's Canine Deployment Report OAG004650-51; OAG004780-81)(Perry, Madison) (Entered: 09/14/2022) |
|---|---|---|
| 09/15/2022 | 318 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Discovery Hearing set for 9/16/2022 at 2:00 PM via Telephone before Magistrate Judge Gwynne E. Birzer. Counsel shall call the CONFERENCE LINE at 1-888-363-4749, enter ACCESS CODE 9686294, and follow the prompts to join the conference. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (spa) (Entered: 09/15/2022) |
| 09/16/2022 | 319 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: TELEPHONE CONFERENCE held on 9/16/2022. (Tape #2:00-2:15 ATT.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (spa) (Entered: 09/16/2022) |
| 09/16/2022 | 320 | ORDER. On 9/16/22, upon informal request of the Plaintiffs, the Court convened the parties for a telephone conference regarding the Plaintiffs' discovery of potential new evidence. Plaintiffs appeared by and through Sharon Brett and Madison A. Perry. Defendants appeared by and through Arthur Chalmers. After reviewing the position statements submitted by the parties regarding the re-opening of discovery and hearing the parties' oral arguments, the Court declines to re-open discovery. The pretrial order has been entered (ECF 290), both parties have pending Rule 56 motions (ECF 295, 307), the Defendants have a pending Daubert motion (ECF 303), and trial is scheduled to begin on 2/6/23. At this late juncture, the Court does not find good cause exists to re-open discovery. Signed by Magistrate Judge Gwynne E. Birzer on 9/16/22. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(spa) (Entered: 09/16/2022) |
| 09/20/2022 | 321 | RESPONSE by Defendants Herman Jones, Brandon McMillan, Doug Schulte re 312 Sealed for Leave to File Under Seal and Motion for Leave to File Conventionally and 317 Sealed Motion for Leave to File Under Seal. (Chalmers, Arthur) Modified on 9/21/2022 to remove the link to 313 which was ruled on at 314. (mam) (Entered: 09/20/2022) |

| | | |
|---|---|---|
| 09/21/2022 | 322 | RESPONSE by Defendants Herman Jones, Brandon McMillan, Doug Schulte re 305 Motion to Exclude *or Limit testimony of Christi Asbe* (Attachments: # 1 Exhibit Def Jones Amended Rule 26(a)(2)(C) disclosures, # 2 Exhibit Asbe Depo Excerpts, # 3 Affidavit Asbe Declaration, # 4 Affidavit Asbe Supp Declaration)(Chalmers, Arthur) (Entered: 09/21/2022) |
| 09/21/2022 | 323 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 303 Motion to Exclude *"Opinion" Testimony from Plaintiffs' Expert Witnesses* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Brett, Sharon) (Entered: 09/21/2022) |
| 09/28/2022 | 324 | MEMORANDUM IN OPPOSITION by Defendant Herman Jones re 307 MOTION for Summary Judgment *by Plaintiffs against Def Jones* (Chalmers, Arthur) (Entered: 09/28/2022) |
| 09/28/2022 | 325 | EXHIBIT(S) IN SUPPORT of 295 MOTION for Summary Judgment by Defendant Herman Jones *filed as part of Doc 294* (Attachments: # 1 Affidavit Ex. 1 Ganieany Declaration and attachments)(Chalmers, Arthur) (Entered: 09/28/2022) |
| 09/28/2022 | 326 | EXHIBIT(S) IN SUPPORT of 295 MOTION for Summary Judgment by Defendant Herman Jones *filed with doc 324* (Attachments: # 1 Affidavit Ganieany Decl with attachments)(Chalmers, Arthur) (Entered: 09/28/2022) |
| 09/28/2022 | 327 | MOTION FOR LEAVE to File Ex. 2 to Statement of facts Doc 326 , security video Conventionally by Defendant Herman Jones. (Chalmers, Arthur) (Entered: 09/28/2022) |
| 09/28/2022 | 328 | REPLY TO RESPONSE TO MOTION by Defendant Herman Jones re: 295 Motion for Summary Judgment (Chalmers, Arthur) (Entered: 09/28/2022) |
| 09/30/2022 | 329 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re: 305 Motion to Exclude *or Limit the Testimony of Christi Asbe* (Perry, Madison) (Entered: 09/30/2022) |
| 10/05/2022 | 330 | REPLY TO RESPONSE TO MOTION by Defendants Herman Jones, Brandon McMillan, Doug Schulte re: 303 Motion to Exclude *Plaintiffs expert testimony* (Attachments: # 1 Exhibit memo and attached declaration)(Chalmers, Arthur) (Entered: 10/05/2022) |
| 10/12/2022 | 331 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re: 307 Motion for Summary Judgment *Plaintiffs' Reply Memorandum in Further Further Support of their Motion for Summary Judgment Against Defendant Jones* (Perry, Madison) (Entered: 10/12/2022) |
| 10/13/2022 | 332 | MEMORANDUM AND ORDER sustaining in part 312 Motion for Leave to File Under Seal; sustaining in part 312 Motion for Leave to File Conventionally; sustaining in part 317 Motion for Leave to File Under Seal; sustaining in part 317 Motion for Leave to File Conventionally. Signed by District Judge Kathryn H. Vratil on 10/13/2022. (ca) (Entered: 10/13/2022) |
| 10/24/2022 | 333 | ORDER sustaining 327 Motion for Leave to File Audio/Video File Conventionally. Signed by District Judge Kathryn H. Vratil on 10/24/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 10/24/2022) |
| 10/27/2022 | 334 | EXHIBITS IN SUPPORT of 307 Motion for Summary Judgment and 315 Memorandum in Opposition to Defendant Herman Jones' Motion Summary Judgment by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Attachments: # 1 Exhibit #2 Enforcement Guidelines, # 2 Exhibit #14 Legal Issues in Car Stops 2020 (Marked Confidential), # 3 Exhibit #16 Transforming Temporary Detention into Consensual Encounter Training, # 4 Exhibit #17 Laws of |

| | | |
|---|---|---|
| | | Search & Seizure - Traffic Stops, # 5 Exhibit #18 4th Amendment - Reasonableness is the touchstone of the Fourth Amendment, # 6 Exhibit #24 Advanced Interdiction Training (2020), # 7 Exhibit - Redacted #25 May 14 2016 Complaint_Redacted SB_Redacted, # 8 Exhibit #26 November 16, 2016, Complaint.pdf, # 9 Exhibit #27 September 17, 2017, Complaint.pdf, # 10 Exhibit #28 July 21, 2017, Complaint.pdf, # 11 Exhibit #29 September 12, 2018, Complaint.pdf, # 12 Exhibit - Redacted #30 September 21, 2018, Complaint_Redacted, # 13 Exhibit #31 September 6, 2019, Complaint.pdf, # 14 Exhibit #32 December 5, 2019, Complaint.pdf, # 15 Exhibit - Redacted #33 August 12 2020 Complaint_Redacted.pdf, # 16 Exhibit #34 Kansas Law Enforcement Training Center, Search and Seizure Course.pdf, # 17 Exhibit - Redacted #40 Sample Incident Narrative Report_Redacted.pdf, # 18 Exhibit - Redacted #41 Sample Deployment and Incident Narrative Reports_Redacted.pdf, # 19 Exhibit - Redacted #55 February 10, 2019, Warning Ticket (Marked Confidential)_Redacted.pdf, # 20 Exhibit - Redacted #56 McMillan's May 17, 2019, PSU Letter to Lieutenant Bullock_Redacted.pdf, # 21 Exhibit #58 Jones' August 9, 2019, PSU Letter to Bosire.pdf, # 22 Exhibit #60 Jones' July 25, 2019, PSU Letter to McMillan.pdf, # 23 Exhibit #61 Jones' August 5, 2019, PSU Letter to McMillan.pdf, # 24 Exhibit #70 Rohr's Canine Deployment Report OAG005990-91.pdf, # 25 Exhibit - Redacted #71 Rohr's Canine Deployment Report OAG004650-51; OAG004780-81_Redacted.pdf)(Perry, Madison) Modified on 10/28/2022 to relink. (mam) (Entered: 10/27/2022) |
| 11/01/2022 | | **Remark: Conventionally filed Exhibit 2 in support of 307 MOTION for Summary Judgment and 315 Memorandum in Opposition to Motion. Chambers copy forwarded to KHV chambers. Clerk's copy forwarded to Wichita Clerk's office (msb)** (Entered: 11/01/2022) |
| 11/28/2022 | 335 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Kayla DeLoach as to Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (DeLoach, Kayla) (Entered: 11/28/2022) |
| 11/29/2022 | 336 | CERTIFICATE OF SERVICE of Seventh Supplemental Rule 26(a)(1) Initial Disclosures by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 11/29/2022) |
| 12/07/2022 | 337 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. 303 MOTION to Exclude *opinions of Plaintiffs' experts* and 305 MOTION to Exclude *or Limit the Testimony of Christi Asbe* are set for Oral Argument in Chambers for 12/22/2022 at 01:00 PM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/07/2022) |
| 12/12/2022 | 338 | ORDER SETTING PRETRIAL FILING DEADLINES: SEE ORDER FOR ADDITIONAL DEADLINE INFORMATION. Estimated trial time 10 days. Jury Trial set for 2/6/2023 at 09:00 AM in Wichita Courtroom (Unknown) before District Judge Kathryn H. Vratil. Status Conference set for 1/9/2023 at 12:30 PM by Telephone KHV - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 1654737 before District Judge Kathryn H. Vratil. Signed by District Judge Kathryn H. Vratil on 12/12/2023. (ca) (Entered: 12/12/2022) |
| 12/13/2022 | 339 | MOTION for attorney Kunyu Ching to appear pro hac vice (Pro hac vice fee $50, Internet Payment Receipt Number AKSDC-5937104.) by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 12/13/2022) |
| 12/19/2022 | 340 | ORDER TO SHOW CAUSE. No later than 5:00 p.m. on 12/23/2022, Arthur S. Chalmers must show just cause in writing why he should not be sanctioned for making a false statement of law to this Court, pursuant to Rule 240(a) of the Kansas Rules of |

| | | Professional Conduct and reported to the Office of the Disciplinary Administrator of the Kansas Supreme Court. Signed by District Judge Kathryn H. Vratil on 12/19/2022. (mam) (Entered: 12/19/2022) |
|---|---|---|
| 12/20/2022 | 341 | ORDER REFERRING MOTION 339 MOTION for attorney Kunyu Ching to appear pro hac vice is referred to Magistrate Judge Gwynne E. Birzer. Signed by District Judge Kathryn H. Vratil on 12/20/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 12/20/2022) |
| 12/21/2022 | 342 | RESPONSE re 340 Order to Show Cause, by Defendants Herman Jones, Doug Schulte, Brandon McMillan(Chalmers, Arthur) (Entered: 12/21/2022) |
| 12/21/2022 | 343 | ORDER granting 339 Motion to Appear Pro Hac Vice of Kunyu L. Ching for Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, and Samuel James Shaw pursuant to D. Kan. Rule 83.5.4 for purposes of this case only. Signed by Magistrate Judge Gwynne E. Birzer on 12/21/22. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ala) (Entered: 12/21/2022) |
| 12/21/2022 | 344 | NOTICE OF CANCELLED HEARING: (303) MOTION to Exclude opinions of Plaintiffs' experts and (305) MOTION to Exclude or Limit the Testimony of Christi Asbe Hearings that were set for 12/22/22 at 1:00pm have been cancelled due to inclement weather. New hearing date to follow this entry. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/21/2022) |
| 12/21/2022 | 345 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. 303 MOTION to Exclude *opinions of Plaintiffs' experts*, 305 MOTION to Exclude *or Limit the Testimony of Christi Asbe* are set for Oral Argument in Chambers for 1/5/2023 at 01:00 PM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/21/2022) |
| 12/22/2022 | 346 | Unopposed MOTION to Continue Oral Argument on Jan 5, 2023 by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 12/22/2022) |
| 12/22/2022 | 347 | Unopposed MOTION to Continue Oral Argument on Jan 5, 2023 by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 12/22/2022) |
| 12/22/2022 | 348 | ORDER sustaining 346 Motion to Continue.; sustaining 347 Motion to Continue. Signed by District Judge Kathryn H. Vratil on 12/22/2022. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/22/2022) |
| 12/22/2022 | 349 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. 303 MOTION to Exclude *opinions of Plaintiffs' experts* and 305 MOTION to Exclude *or Limit the Testimony of Christi Asbe* are set for Oral Argument in Chambers 1/3/2023 at 11:00 AM in KC Room 529. Additionally on 1/3/2023 at 11:00 AM oral arguments will be heard on Plaintiffs' Fourth Amendment claim against defendant Herman Jones in 307 MOTION for Summary Judgment and 295 MOTION for Summary Judgment in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/22/2022) |
| 12/23/2022 | 350 | Second MOTION to Sever *for separate trials* by Defendants Herman Jones, Brandon McMillan, Doug Schulte (Chalmers, Arthur) (Entered: 12/23/2022) |
| 12/23/2022 | 351 | MEMORANDUM IN SUPPORT of 350 Second Motion to Sever or for separate trials by Defendants Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) (Entered: 12/23/2022) |
| 12/26/2022 | 352 | MEMORANDUM AND ORDER. Defendant's Motion For Summary Judgment concerning claims against Defendant Jones (Doc. 295 ) filed August 24, 2022 is |

| | | SUSTAINED as to plaintiffs' interstate travel claim against Herman Jones under Article IV and the Fourteenth Amendment. The Court defers ruling on defendants' motion as to plaintiffs' Fourth Amendment claim against Jones. Plaintiffs' Motion For Summary Judgment against Defendant Herman Jones (Doc. 307 ) filed September 8, 2022 is OVERRULED as to plaintiff's claim interstate travel claim against Herman Jones under Article IV and the Fourteenth Amendment for substantially the same reasons. The Court defers ruling on plaintiffs' motion as to plaintiffs' Fourth Amendment claim against Jones. Signed by District Judge Kathryn H. Vratil on 12/23/2022. (mam) (Entered: 12/26/2022) |
|---|---|---|
| 12/29/2022 | 353 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 350 Motion to Sever *or for Separate Trials* (Perry, Madison) (Entered: 12/29/2022) |
| 01/01/2023 | 354 | NOTICE of Hearing CHANGE: Start time for Oral Arguments on 303 MOTION to Exclude opinions of Plaintiffs' experts, 305 MOTION to Exclude or Limit the Testimony of Christi Asbe, Plaintiffs' Fourth Amendment claim against defendant Herman Jones in 307 MOTION for Summary Judgment and 295 MOTION for Summary Judgment have been moved to 1/3/2023 at 2:00 PM in KC Room 529 (KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 01/01/2023) |
| 01/03/2023 | 355 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: Hearing on 303 MOTION to Exclude opinions of Plaintiffs' experts, 305 MOTION to Exclude or Limit the Testimony of Christi Asbe, Plaintiffs' Fourth Amendment claim against defendant Herman Jones in 307 MOTION for Summary Judgment and 295 MOTION for Summary Judgment was held on 1/3/2023 at 2:00 PM in KC Room 529 before District Judge Kathryn H. Vratil. 350 Motion to Sever was granted; 303 Motion to Exclude was overruled; 305 Motion to Exclude was overruled as moot. See attached minute sheet for further. (Court Reporter Kim Greiner) (alh) (Entered: 01/03/2023) |
| 01/04/2023 | 356 | TRANSCRIPT of Motion Hearing held January 3, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Madison Perry.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 4/4/2023. (kg) (Entered: 01/04/2023) |
| 01/07/2023 | 357 | MOTION to Amend/Correct 290 Pretrial Order, by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Attachments: # 1 Exhibit Redline Comparison of Pretrial Order, # 2 Exhibit Clean Copy of Amended Pretrial Order)(Perry, Madison) (Entered: 01/07/2023) |
| 01/07/2023 | 358 | RESPONSE by Consol Plaintiffs Mark Erich, Shawna Maloney, Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire re 355 Order on Motion to Sever, Order on Motion to Exclude, Motion Hearing, *Plaintiffs' Response to Court's Order to Show Cause Regarding Plaintiffs' Claim for Injunctive Relief* (Attachments: # 1 Affidavit Declaration |

| | | of Curtis Martinez, # 2 Affidavit Declaration of Christopher M Jones)(Perry, Madison) (Entered: 01/07/2023) |
|---|---|---|
| 01/08/2023 | 359 | RESPONSE by Defendant Herman Jones, Consol Defendant Herman Jones re 355 Order on Motion to Sever, Order on Motion to Exclude, Motion Hearing, *DEFENDANT JONES' RESPONSE IN SUPPORT OF JUDGMENT ON THE PLEADINGS* (Chalmers, Arthur) (Entered: 01/08/2023) |
| 01/08/2023 | 360 | NOTICE of Hearing CHANGE: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING The Telephone Conference set for 1/9/2023 has been moved to 03:00 PM in Telephone KHV - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 1654737 before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 01/08/2023) |
| 01/09/2023 | 361 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: TELEPHONE CONFERENCE was held on 1/9/2023. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 01/09/2023) |
| 01/09/2023 | 362 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Pretrial Conference is set for 1/24/2023 at 01:00 PM before District Judge Kathryn H. Vratil. Call in to Telephone KHV - CONFERENCE LINE 1-888-363-4749 and use ACCESS CODE 1654737.(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 01/09/2023) |
| 01/12/2023 | 363 | Joint MOTION for Judgment *approval of Shaw Consent Judgment regarding Samuel Shaw Claims* by Defendants Herman Jones, Brandon McMillan, Doug Schulte (Attachments: # 1 Exhibit Proposed Consent Judgment)(Chalmers, Arthur) (Entered: 01/12/2023) |
| 01/13/2023 | 364 | MOTION in Limine *regarding Shaw trial* by Defendant Doug Schulte (Chalmers, Arthur) (Entered: 01/13/2023) |
| 01/13/2023 | 365 | MOTION in Limine *regarding Bosire trial* by Defendant Brandon McMillan (Chalmers, Arthur) (Entered: 01/13/2023) |
| 01/13/2023 | 366 | CONSENT JUDGMENT as to Samuel Shaw's claims against Douglas Shulte: Re 363 Motion for Judgment. Signed by District Judge Kathryn H. Vratil on 1/13/23. (msb) (Entered: 01/13/2023) |
| 01/17/2023 | 367 | MOTION in Limine to Exclude Evidence of Awards, Commendations, and Honors by Plaintiffs Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 368 | MOTION in Limine to Limit Evidence and Argument Regarding Defendant McMillan's Wife's Cancer by Plaintiff Joshua Bosire. (Attachments: # 1 Exhibit 1 - Index, # 2 Exhibit 2_ McMillan Deposition, # 3 Exhibit 3 - OAG010453, # 4 Exhibit 4 - OAG008570-71, # 5 Exhibit 5 - OAG008575, # 6 Exhibit 6 - OAG008588) (Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 369 | MOTION in Limine to Exclude Evidence of his Deposition Conduct by Plaintiff Joshua Bosire. (Attachments: # 1 Exhibit 1, Schulte Deposition)(Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 370 | MOTION in Limine to Exclude Testimony and Exhibits Regarding Items Found in the Search of his Vehicle by Plaintiff Blaine Franklin Shaw. (Attachments: # 1 Exhibit 1 - Index, # 2 Exhibit 2_ Schulte Declaration, # 3 Exhibit 3_ OAG000002-03, # 4 Exhibit 4_ OAG000007, # 5 Exhibit 5_ OAG000008-9, # 6 Exhibit 6_ Schulte Deposition, # 7 |

| | | |
|---|---|---|
| | | Exhibit 7_ Transcript of OAG000025, # 8 Exhibit 8_ Transcript of OAG000026, # 9 Exhibit 9_ B. Shaw Deposition)(Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 371 | MOTION in Limine to Limit the Testimony of Sarah Washburn by Plaintiffs Joshua Bosire, Blaine Franklin Shaw. (Attachments: # 1 Exhibit 1 - Index, # 2 Exhibit 2_ Washburn Deposition, # 3 Exhibit 3_ Defendants' Supplemental Rule 26(a)(1) Initial Disclosures, # 4 Exhibit 4_ Defendant Jones' Amended Rule 26(a)(2)(C) disclosures) (Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 372 | MOTION in Limine to Exclude YouTube Video by Plaintiff Joshua Bosire. (Attachments: # 1 Exhibit 1, Bosire Deposition)(Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 373 | MOTION in Limine to Exclude Evidence of his Prior Arrests and Criminal Charges by Plaintiff Blaine Franklin Shaw. (Attachments: # 1 Exhibit 1 - Index, # 2 Exhibit 2_ Schulte Deposition, # 3 Exhibit 3 - Transcript of Dash Camera Audio, # 4 Exhibit 4_ Schulte Declaration, # 5 Exhibit 5_ B. Shaw's Interrogatory Responses, # 6 Envelope Exhibit 6_ B. Shaw Deposition)(Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 374 | DESIGNATION OF DEPOSITION(S) by Joshua Bosire. (Perry, Madison) (Entered: 01/17/2023) |
| 01/17/2023 | 375 | DESIGNATION OF DEPOSITION(S) by Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/17/2023) |
| 01/20/2023 | 376 | AMENDED DOCUMENT by Blaine Franklin Shaw. Amendment to 375 Designation of Depositions. (Perry, Madison) (Entered: 01/20/2023) |
| 01/20/2023 | 377 | AMENDED DOCUMENT by Joshua Bosire. Amendment to 374 Designation of Depositions. (Perry, Madison) (Entered: 01/20/2023) |
| 01/23/2023 | 378 | ORDER. On 1/3/2023, the Court orally granted defendants' Motion To Sever Or For Separate Trials (Doc. 350 ). The Court also ruled that the trials be held in Kansas City, Kansas instead of Wichita, Kansas. Blaine Shaw's Fourth Amendment claim against Doug Schulte is set for a five-day jury trial starting 2/6/2023. Joshua Bosire's Fourth Amendment claim against Brandon McMillan is set for a five-day jury trial starting 2/13/2023. The Order of Consolidation (Doc. 84 ) filed 11/10/2020, which consolidated Case No. 19-1343 and Case No. 20-1067, is VACATED. All claims against Herman Jones in both cases will be jointly tried on a date to be determined. Signed by District Judge Kathryn H. Vratil on 1/23/2023. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 379 | FINAL WITNESS LIST by Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 380 | FINAL WITNESS LIST by Joshua Bosire. (Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 381 | SUPPLEMENTAL VOIR DIRE QUESTIONS by Blaine Franklin Shaw. (Perry, Madison) Modified on 1/26/2023 to re-title. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 382 | SUPPLEMENTAL VOIR DIRE QUESTIONS by Joshua Bosire. (Perry, Madison) Modified on 1/26/2023 to re-title. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 383 | PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS by Blaine Franklin Shaw. (Attachments: # 1 Exhibit A - Plaintiff's Proposed Jury Instructions and Verdict Forms) (Perry, Madison) Modified on 1/24/2023 to correct exhibit text. (kas) Modified on 1/26/2023 to re-title. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 384 | PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS by Joshua Bosire. (Attachments: # 1 Exhibit A - Plaintiff's Proposed Jury Instructions and Verdict Forms) |

| | | |
|---|---|---|
| | | (Perry, Madison) Modified on 1/24/2023 to correct exhibit text. (kas) Modified on 1/26/2023 to re-title. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 385 | PLAINTIFFS' JOINT TRIAL BRIEF by Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 386 | MEMORANDUM IN OPPOSITION by Plaintiff Blaine Franklin Shaw re 364 Motion in Limine regarding Shaw trial. (Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 387 | MEMORANDUM IN OPPOSITION by Plaintiff Joshua Bosire re 365 Motion in Limine regarding Bosire trial. (Attachments: # 1 Exhibit Index, # 2 Exhibit Jones July 25, 2019 PSU Letter to McMillan, # 3 Exhibit August 5, 2019 Letter from J. Vanderweide to B. McMillant 9, 2019 Letter from H. Jones to J. Bosire, # 4 Exhibit August 9, 2019 Letter from H. Jones to J. Bosire, # 5 Exhibit May 17, 2019 Letter from B. McMillan to J. Bullock, # 6 Exhibit Brandon McMillan Deposition Excerpts, # 7 Exhibit April 24, 2019 Letter from PSU Investigator to Mr. Bosire, # 8 Exhibit Mitchell Clark Deposition Excerpts, # 9 Exhibit Excel Sheet, # 10 Exhibit Policy Number ADM-07, # 11 Exhibit Deposition of Joseph Bullock Excerpts)(Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 388 | JOINT FINAL EXHIBIT LIST by Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/23/2023) |
| 01/23/2023 | 389 | RESPONSE by Defendant/Consol Defendant Herman Jones re 357 Motion to Amend the Pretrial Order. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 390 | RESPONSE by Defendant Doug Schulte re Plaintiff Shaw's 367 Motion in Limine, 370 Motion in Limine, 371 Motion in Limine and 373 Motion in Limine. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 391 | RESPONSE by Defendant Brandon McMillan re Plaintiff Bosire's 367 Motion in Limine, 368 Motion in Limine, 369 Motion in Limine, 371 Motion in Limine, 372 Motion in Limine. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 392 | OBJECTION(S) to 377 Amended Document *and cross depo designation* by Brandon McMillan. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 393 | OBJECTION(S) to 376 Amended Document *and cross designation by Douglas Schulte* by Herman Jones. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 394 | FINAL WITNESS AND EXHIBIT DISCLOSURES by Brandon McMillan. (Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 395 | FINAL WITNESS AND EXHIBIT DISCLOSURES by Doug Schulte. (Chalmers, Arthur) Modified on 1/27/2023 to correct the filer. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 396 | TRIAL BRIEF by Doug Schulte. (Chalmers, Arthur) Modified on 1/27/2023 to correct the filer. (mam) (Entered: 01/23/2023) |
| 01/23/2023 | 397 | TRIAL BRIEF by Brandon McMillan.(Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 398 | PROPOSED JURY INSTRUCTIONS by Brandon McMillan.(Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/23/2023 | 399 | PROPOSED JURY INSTRUCTIONS by Herman Jones.(Chalmers, Arthur) (Entered: 01/23/2023) |
| 01/24/2023 | 415 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: FINAL PRETRIAL CONFERENCE was held on 1/24/2023. 357 Motion to Amend/Correct 290 Pretrial Order is GRANTED. See minute sheet attached for further. (Court Reporter Nancy Wiss.) (alh) (Entered: 01/26/2023) |

| | | |
|---|---|---|
| 01/25/2023 | 400 | OBJECTION to 381 Supplemental Voir Dire Questions by Doug Schulte. (Chalmers, Arthur) (Modified on 1/26/2023 to add link. (heo)) Modified on 1/27/2023 to correct the filer. (mam) (Entered: 01/25/2023) |
| 01/25/2023 | 401 | OBJECTION to 382 Supplemental Voir Dire Questions by Brandon McMillan. (Chalmers, Arthur) (Entered: 01/25/2023) |
| 01/25/2023 | 402 | OBJECTION to 381 Supplemental Voir Dire Questions by Doug Schulte. (Chalmers, Arthur) Modified on 1/27/2023 to correct the filer. (mam) (Entered: 01/25/2023) |
| 01/25/2023 | 403 | MEMORANDUM AND ORDER sustaining in part and overruling in part 364 MOTION in Limine regarding Shaw trial. Signed by District Judge Kathryn H. Vratil on 1/25/2023. (kas) (Entered: 01/25/2023) |
| 01/25/2023 | 404 | OBJECTION(S) to 393 Objection(s) *to Defendant Douglas Schulte's Cross- Designations* by Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 405 | OBJECTION(S) to 392 Objection(s) *to Defendant Brandon McMillan's Cross-Designations* by Joshua Bosire. (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 406 | OBJECTION(S) to 399 Proposed Jury Instructions *filed by Defendant Doug Schulte* by Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 407 | OBJECTION(S) to 398 Proposed Jury Instructions *filed by Defendant Brandon McMillan* by Joshua Bosire. (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 408 | MOTION in Limine *to Exclude Evidence Concerning Social Security Disability Claim and Decision* by Plaintiff Blaine Franklin Shaw (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 409 | OBJECTION(S) to 384 Proposed Jury Instructions *by Plaintiff* by Brandon McMillan. (Chalmers, Arthur) (Entered: 01/25/2023) |
| 01/25/2023 | 410 | OBJECTION(S) to 383 Proposed Jury Instructions *by Plaintiff for Def Schulte* by Herman Jones. (Chalmers, Arthur) (Entered: 01/25/2023) |
| 01/25/2023 | 411 | PROVISIONALLY SEALED EXHIBIT(S) IN SUPPORT of 408 MOTION in Limine *to Exclude Evidence Concerning Social Security Disability Claim and Decision* by Plaintiff Blaine Franklin Shaw (Perry, Madison) (Entered: 01/25/2023) |
| 01/25/2023 | 412 | NOTICE OF PROPOSED SEALED RECORD by Blaine Franklin Shaw re 411 PROVISIONALLY SEALED Exhibits in Support of Motion *in Limine to Exclude Evidence Concerning Social Security Disability Claim and Decision* (Perry, Madison) (Entered: 01/25/2023) |
| 01/26/2023 | 413 | RESPONSE by Defendant Doug Schulte re 408 Motion in Limine (Chalmers, Arthur) (Entered: 01/26/2023) |
| 01/26/2023 | 414 | MEMORANDUM AND ORDER. Plaintiffs' Motion In Limine To Exclude Evidence of Awards, Commendations, and Honors (Doc. 367 ) is overruled as moot as to Plaintiff Shaw. Plaintiff Blaine Shaw's Motion In Limine To Exclude Testimony and Exhibits Regarding Items Found in the Search of his Vehicle (Doc. 370 ) is sustained. Plaintiffs' Blaine Shaw and Joshua Bosire's Motion In Limine to Limit the Testimony of Sarah Washburn (Doc. 371 ) is overruled as moot as to Plaintiff Shaw. Plaintiff Blaine Shaw's Motion In Limine to Exclude Evidence of his Prior Arrests and Criminal Charges (Doc. 373 ) is sustained. Signed by District Judge Kathryn H. Vratil on 1/25/2023. (mam) (Entered: 01/26/2023) |
| 01/30/2023 | 416 | OBJECTION(S) to 388 Exhibit List by Doug Schulte. (Chalmers, Arthur) (Entered: 01/30/2023) |

| | | |
|---|---|---|
| 01/30/2023 | 417 | OBJECTION(S) to 388 Exhibit List by Brandon McMillan. (Chalmers, Arthur) (Entered: 01/30/2023) |
| 01/30/2023 | 418 | OBJECTION(S) to 395 Witness & Exhibit List by Blaine Franklin Shaw. (Attachments: # 1 Exhibit 1 - Proposed redactions of the Police Service Dog Report)(Perry, Madison) Modified on 1/31/2023 to remove duplicate text (kmc). (Entered: 01/30/2023) |
| 01/30/2023 | 419 | OBJECTION(S) to 394 Witness & Exhibit List by Joshua Bosire. (Perry, Madison) (Entered: 01/30/2023) |
| 01/30/2023 | 420 | DESIGNATION OF DEPOSITION(S) by Blaine Franklin Shaw. (Perry, Madison) (Entered: 01/30/2023) |
| 01/30/2023 | 421 | DESIGNATION OF DEPOSITION(S) by Joshua Bosire. (Perry, Madison) (Entered: 01/30/2023) |
| 01/31/2023 | 422 | NOTICE by Blaine Franklin Shaw re 412 Notice of Proposed Sealed Record (Brett, Sharon) (Entered: 01/31/2023) |
| 02/02/2023 | 423 | MOTION to Sequester Witnesses under Rule 615 by Defendants Brandon McMillan, Doug Schulte (Chalmers, Arthur) Modified title on 2/3/2023 (kmc). (Entered: 02/02/2023) |
| 02/02/2023 | 424 | PROPOSED JURY INSTRUCTIONS by Brandon McMillan, Doug Schulte.(Chalmers, Arthur) (Entered: 02/02/2023) |
| 02/03/2023 | 425 | MEMORANDUM IN OPPOSITION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw re 423 MOTION Sequestration under Rule 615 (Perry, Madison) (Entered: 02/03/2023) |
| 02/03/2023 | 426 | OBJECTION(S) to 424 Proposed Jury Instructions by Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) (Entered: 02/03/2023) |
| 02/03/2023 | 427 | ORDER - 408 Plaintiff Blaine Shaw's Motion in Limine to Exclude Evidence Concerning His Social Security Disability Claim and Decision is sustained. Defendant is free to cross-examine plaintiff on the reasons why he did not work after his car accident and why he ceased work as an Uber driver. The ALJ's opinion was based on an application filed in 2014 and an evidentiary record developed in 2016. The ALJ's opinions with regard to plaintiff's credibility, and the extent of his disability (assessed under statutory standards), are of such slight relevance that considerations of undue delay, prejudice and jury confusion require exclusion of testimony and exhibits on the subject of plaintiff's disability claim. Signed by District Judge Kathryn H. Vratil on 2/3/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/03/2023) |
| 02/06/2023 | | **Set Additional Jury Trial Days: Jury Trial set for 2/7/2023 at 09:00 AM, 2/8/2023 at 09:00 AM, 2/9/2023 at 09:00 AM, 2/10/2023 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. (alh)** (Entered: 02/06/2023) |
| 02/06/2023 | 428 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: JURY TRIAL was held on 2/6/2023. Plaintiff and Defendant's opening statements. Evidence begins. Court adjourns at 4:44 PM. Trial will resume 2/7/23 at 9:00 AM. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/06/2023) |
| 02/07/2023 | 429 | TRIAL BRIEF *re motorist's obligation to pull over* by Doug Schulte.(Chalmers, Arthur) (Entered: 02/07/2023) |
| 02/07/2023 | 430 | PROPOSED JURY INSTRUCTIONS by Blaine Franklin Shaw.(Perry, Madison) (Entered: 02/07/2023) |

| | | |
|---|---|---|
| 02/07/2023 | 431 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: JURY TRIAL was held on 2/7/2023. Plaintiff continues with presentation. Plaintiff rests. Defendant rests. Court adjourns at 4:29 PM. Trial will resume at 10:00 AM and an informal meeting with counsel will be held on the 5th floor, in the Judge's Meeting Room at 8:30 AM.(Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/07/2023) |
| 02/07/2023 | 432 | PROPOSED JURY INSTRUCTIONS by Doug Schulte.(Chalmers, Arthur) (Entered: 02/07/2023) |
| 02/07/2023 | 433 | MOTION for Judgment *as a Matter of Law Pursuant to Fed. R. Civ. P. 50* by Plaintiff Blaine Franklin Shaw (Brett, Sharon) (Entered: 02/07/2023) |
| 02/07/2023 | 434 | PROPOSED JURY INSTRUCTIONS by Blaine Franklin Shaw.(Perry, Madison) (Entered: 02/07/2023) |
| 02/08/2023 | 435 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: Plaintiff presents evidence. Plaintiff rests. Defendant rests. Close of Evidence. Instructions conference. Jury instructions read to jurors. Closing arguments by the parties. Jury deliberations begin. Jury returns unanimous verdict. Jury polled. Clerk to enter judgment in accordance with the verdict. JURY TRIAL completed on 2/8/2023. See attached minute sheet for further details. (Court Reporter Nancy Wiss.)(Attachments: #(1) Exhibit List, #(2) Witness Sheet) (alh) (Entered: 02/08/2023) |
| 02/08/2023 | 436 | JURY INSTRUCTIONS.(alh) (Entered: 02/08/2023) |
| 02/08/2023 | 437 | Jury questions filed.(alh) (Additional attachment(s) added on 2/8/2023: # 1 Unredacted Jury Question) (alh). (Entered: 02/08/2023) |
| 02/08/2023 | 438 | JURY VERDICT for Plaintiff and against Defendant.(alh) (Additional attachment(s) added on 2/8/2023: # 1 Unredacted Jury Verdict) (alh). (Entered: 02/08/2023) |
| 02/09/2023 | 439 | (VACATED per 447) -- JUDGMENT. Pursuant to the Verdict returned by a jury on February 8, 2023, judgment is entered for Plaintiff Blaine Franklin Shaw and against Defendant Doug Schulte. Signed by deputy clerk on 2/8/2023. (mam) Modified on 2/13/2023, see 447. (mam) (Entered: 02/09/2023) |
| 02/09/2023 | 440 | MEMORANDUM AND ORDER overruled as moot 368 Plaintiff Joshua Bosire's Motion In Limine To Limit And Argument Regarding Defendant McMillan's Wife's Cancer; overruled 369 Plaintiff Joshua Bosire's Motion In Limine To Exclude Evidence Of His Deposition Conduct; overruled as moot 371 Plaintiffs' Blaine Shaw And Joshua Bosire's Motion In Limine To Limit The Testimony Of Sarah Washburn; overruled in part and sustained in part 372 Plaintiff Joshua Bosire's Motion In Limine To Exclude YouTube Video. Signed by District Judge Kathryn H. Vratil on 02/09/2023. (kmc) (Entered: 02/09/2023) |
| 02/09/2023 | 441 | MEMORANDUM AND ORDER sustained in part and overruled in part 365 Defendant McMillan's Motions In Limine and Supporting Memorandum. Signed by District Judge Kathryn H. Vratil on 02/09/2023. (kmc) (Entered: 02/09/2023) |
| 02/09/2023 | 442 | SUPPLEMENTAL PROPOSED JURY SPECIAL QUESTIONS by Brandon McMillan. (Chalmers, Arthur) (Modified on 2/10/2023 to correct title. (heo)) (Entered: 02/09/2023) |
| 02/10/2023 | 443 | MOTION to Continue Trial Scheduled to Start 2/13/2023 by Defendant Brandon McMillan. (Chalmers, Arthur) (Entered: 02/10/2023) |
| 02/10/2023 | 444 | RESPONSE by Plaintiff Joshua Bosire re 443 Motion to Continue Trial. (Perry, Madison) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/10/2023 | 445 | NOTICE of Hearing: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. Telephone Conference set for 2/10/2023 at 02:00 PM in Telephone KHV - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 1654737 before District Judge Kathryn H. Vratil. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(alh) (Entered: 02/10/2023) |
| 02/10/2023 | 446 | ORDER sustaining 443 Defendant McMillan's Motion for Continuance of Trial. Jury Trial will commence on 4/24/2023 at 09:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. Signed by District Judge Kathryn H. Vratil on 2/10/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/10/2023) |
| 02/10/2023 | 447 | ORDER - The Clerk is hereby ordered to Vacate Judgment (Doc. 439), entered on 2/9/23. The judgment was entered prematurely, before the Court has resolved the issue of qualified immunity. Signed by District Judge Kathryn H. Vratil on 2/10/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 02/10/2023) |
| 02/13/2023 | 448 | ORDER - For reasons stated on the record on 2/6/2023, during the trial of Shaw v. Schulte, 423 Motion to Sequester Witnesses Under Rule 615 has been OVERRULED. Signed by District Judge Kathryn H. Vratil on 2/13/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 02/13/2023) |
| 02/13/2023 | 449 | ORDER TO SHOW CAUSE: No later than 5:00 p.m. on February 17, 2023, defendant shall show just cause in writing why this Court should find that defendant is entitled to qualified immunity. Plaintiff may respond by February 24, 2023. Show Cause Response due by 2/17/2023. Signed by District Judge Kathryn H. Vratil on February 13, 2023. (mls) Modified signature date (mls). (Entered: 02/13/2023) |
| 02/14/2023 | | DOCKET ANNOTATION: Please note that intended signature date on 449 Order to Show Cause is February, 2023. (mls) (Entered: 02/14/2023) |
| 02/17/2023 | 450 | RESPONSE re 449 Order to Show Cause, by Defendant Doug Schulte(Chalmers, Arthur) (Entered: 02/17/2023) |
| 02/17/2023 | 451 | NOTICE OF CHANGE OF FIRM NAME OR ADDRESS by Sharon Brett (Brett, Sharon) (Entered: 02/17/2023) |
| 02/23/2023 | 452 | REPLY TO Response/Objection re 449 Order to Show Cause, by Plaintiff Blaine Franklin Shaw(Perry, Madison) (Entered: 02/23/2023) |
| 02/28/2023 | 453 | MOTION for Order *Requesting Pretrial Conference* by Plaintiff Joshua Bosire (Perry, Madison) Modified motion event on 3/1/2023 (msb). (Entered: 02/28/2023) |
| 03/01/2023 | 454 | ORDER 433 Plaintiff Blaine Shaw's Rule 50 Motion for Judgment as a Matter of Law was previously OVERRULED for reasons stated on the record during trial on February 7, 2023. Signed by District Judge Kathryn H. Vratil on 3/1/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 03/01/2023) |
| 03/02/2023 | 455 | REPLY TO Response/Objection re 449 Order to Show Cause, by Defendant Doug Schulte(Chalmers, Arthur) (Entered: 03/02/2023) |
| 03/02/2023 | 456 | ORDER granting 453 Motion for Pretrial Conference. A pretrial telephone conference has been set for 3/6/2023 at 02:00 PM before District Judge Kathryn H. Vratil. Parties are to call in to Telephone KHV - CONFERENCE LINE 1-888-363-4749 and enter ACCESS CODE 1654737. Signed by District Judge Kathryn H. Vratil on 3/2/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 03/02/2023) |

| | | |
|---|---|---|
| 03/06/2023 | 457 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: STATUS CONFERENCE was held on 3/6/2023. See attached minute sheet for further details. (Court Reporter Sherry Harris.) (alh) (Entered: 03/07/2023) |
| 03/10/2023 | 458 | RENEWED MOTIONS in Limine by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Perry, Madison) (Entered: 03/10/2023) |
| 03/16/2023 | 459 | Joint MOTION to Amend Scheduling Order *Proposed Pretrial Deadlines for Bench Trial* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 03/16/2023) |
| 03/20/2023 | 460 | ORDER: For substantially the reasons set forth in Plaintiff Blaine Shaw's Response to Defendant Douglas Schulte's Show Cause Response (Doc. #452) filed February 23, 2023, the Court finds that plaintiff has proved the violation of a constitutional right and that said right was so clearly established that a reasonable officer in Douglas Schulte's position would have known that his conduct violated plaintiff's Fourth Amendment right to be free of unreasonable searches and seizures. Accordingly, defendant Douglas Schulte is not entitled to qualified immunity in this case. Signed by District Judge Kathryn H. Vratil on 3/20/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 03/20/2023) |
| 03/20/2023 | 461 | ORDER REGARDING PRETRIAL DEADLINES FOR BENCH TRIAL granting 459 Motion to Amend Scheduling Order. Signed by District Judge Kathryn H. Vratil on 3/20/2023. (ca) (Entered: 03/20/2023) |
| 03/22/2023 | 462 | RESPONSE IN OPPOSITION by Defendant/Consol Defendant Herman Jones re 458 Renewed Motions in Limine. (Chalmers, Arthur) (Entered: 03/22/2023) |
| 03/27/2023 | 463 | Unopposed MOTION for Order *Motion to Excuse Certain Named Plaintiffs from Attendance at All or Part of the Bench Trial* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 03/27/2023) |
| 03/27/2023 | 464 | ORDER granting 463 Plaintiffs' Unopposed Motion to Excuse Certain Named Plaintiffs From Attendance At All or Part of the Bench Trial. Signed by District Judge Kathryn H. Vratil on 3/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 03/27/2023) |
| 04/03/2023 | 465 | MEMORANDUM AND ORDER sustaining 458 Plaintiffs' Renewed Motions In Limine which incorporates Plaintiffs Blaine Shaw and Joshua Bosire's Motion in Limine to Limit the Testimony of Sarah Washburn (Doc. 371 ), is sustained as to Sarah Washburn. Signed by District Judge Kathryn H. Vratil on 4/3/2023. (mam) (Entered: 04/03/2023) |
| 04/03/2023 | 466 | MEMORANDUM AND ORDER. Plaintiffs' Renewed Motions In Limine (Doc. 458 ) which incorporates Plaintiffs' Motion to Exclude or Limit the Testimony of Christi Asbe (Doc. 305 ), is sustained as to Christi Albe. Signed by District Judge Kathryn H. Vratil on 4/3/2023. (mam) (Entered: 04/03/2023) |
| 04/03/2023 | 467 | DEPOSITION DESIGNATIONS by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/03/2023) |
| 04/06/2023 | 468 | JOINT EXHIBIT LIST by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/06/2023) |
| 04/06/2023 | 469 | JOINT WITNESS LIST by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/06/2023) |
| 04/06/2023 | 470 | FINAL WITNESS AND EXHIBIT DISCLOSURES by Herman Jones. (Chalmers, Arthur) (Entered: 04/06/2023) |

| | | |
|---|---|---|
| 04/10/2023 | 471 | MOTION to Permit Nonparty Witnesses to Testify Remotely by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/10/2023) |
| 04/13/2023 | 472 | OBJECTIONS to 442 Supplemental Proposed Jury Special Questions AND SUPPLEMENTAL OBJECTION to 398 Proposed Jury Instructions by Joshua Bosire. (Attachments: # 1 Appendix)(Perry, Madison) Modified on 4/26/2023, now linked to 398 . (mam) (Entered: 04/13/2023) |
| 04/13/2023 | 473 | AMENDED SUPPLEMENTAL PROPOSED JURY SPECIAL QUESTIONS by Brandon McMillan. (Chalmers, Arthur) (Entered: 04/13/2023) |
| 04/13/2023 | 474 | REQUEST OF LIMITING INSTRUCTION by Herman Jones, Brandon McMillan, Doug Schulte. (Chalmers, Arthur) Modified on 4/13/2023 to re-title. (mam) Modified on 4/17/2023 to make pend as a motion per KHV Chambers (sz). (Entered: 04/13/2023) |
| 04/14/2023 | 475 | OBJECTIONS to 473 Amended Supplemental Proposed Jury Special Questions by Joshua Bosire. (Perry, Madison) (Entered: 04/14/2023) |
| 04/17/2023 | 476 | FINAL WITNESS AND EXHIBIT DISCLOSURES by Herman Jones. (Chalmers, Arthur) (Entered: 04/17/2023) |
| 04/17/2023 | 477 | OBJECTIONS CONCERNING PLAINTIFFS' FINAL WITNESS AND EXHIBIT DISCLOSURES (Case 6:20-cv-01067, Docs. 43 & 44; Case 6:19-cv-01343, Docs. 468 & 469 ) by Herman Jones. (Chalmers, Arthur) Modified on 4/18/2023 to update docket text to match document. (kas) (Entered: 04/17/2023) |
| 04/17/2023 | 478 | OBJECTIONS CONCERNING PLAINTIFFS' FINAL WITNESS AND EXHIBIT DISCLOSURES (Case 6:20-cv-01067, Docs. 43 & 44; Case 6:19-cv-01343, Docs. 468 & 469 by Herman Jones. (Chalmers, Arthur) (Entered: 04/17/2023) |
| 04/17/2023 | 479 | MEMORANDUM IN OPPOSITION by Defendant Herman Jones re 471 Motion to Permit Nonparty Witnesses to Testify Remotely. (Chalmers, Arthur) (Entered: 04/17/2023) |
| 04/17/2023 | 480 | OBJECTIONS to 476 Final Witness and Exhibit Disclosures by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/17/2023) |
| 04/20/2023 | 481 | NOTICE of Hearing CHANGE IN START TIMES ONLY: Jury Trial is set for 4/24/2023 at 10:00 AM, 4/25/2023 at 12:00 PM, 4/26/2023 at 10:00 AM, 4/27/2023 at 09:00 AM, and 4/28/2023 at 10:00 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/20/2023) |
| 04/20/2023 | 482 | ORDER overruling 471 Motion To Permit Nonparty Witnesses To Testify Remotely for substantially the reasons stated in defendant's opposition. Signed by District Judge Kathryn H. Vratil on April 20, 2023. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (lams) (Entered: 04/20/2023) |
| 04/20/2023 | 483 | RESPONSE to 477 / 478 Objection to Plaintiffs' Final Witness Disclosure by Plaintiffs Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) (Entered: 04/20/2023) |
| 04/21/2023 | 484 | BENCH BRIEF for the Trial Against Defendant Jones by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 04/21/2023) |
| 04/23/2023 | 485 | REVISED PROPOSED JURY INSTRUCTIONS by Joshua Bosire. (Perry, Madison) (Entered: 04/23/2023) |
| 04/24/2023 | 486 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: JURY TRIAL was held on 4/24/2023. Jury selection and opening statements by the parties |

| | | complete. Jury recesses and evidence will resume on April 25, 2023. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/24/2023) |
|---|---|---|
| 04/24/2023 | 487 | OBJECTIONS to 467 Deposition Designations by Herman Jones AND Cross-Designations by Herman Jones. (Chalmers, Arthur) (Entered: 04/24/2023) |
| 04/24/2023 | 488 | OBJECTIONS to 487 Counter Deposition Designations AND MOTION to Strike Untimely Objections and Counter Designations by Joshua Bosire, Blaine Franklin Shaw. (Perry, Madison) Modified on 4/25/2023. (mls) (Entered: 04/24/2023) |
| 04/25/2023 | 489 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: JURY TRIAL was held on 4/25/2023. Plaintiff presents evidence. Jury recesses and evidence will resume 4/26/2023. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/25/2023) |
| 04/26/2023 | 490 | RESPONSE by Defendant Herman Jones re 488 Plaintiff's Objections to Counter Deposition Designations and Motion to Strike Untimely Objections and Counter Designations. (Chalmers, Arthur) (Entered: 04/26/2023) |
| 04/26/2023 | 491 | PROPOSED JURY INSTRUCTIONS by Joshua Bosire.(Perry, Madison) (Entered: 04/26/2023) |
| 04/26/2023 | 492 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: JURY TRIAL was held on 4/26/2023. Plaintiff presents evidence. Jury recesses and evidence will resume 4/27/2023. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/26/2023) |
| 04/26/2023 | 493 | PROPOSED JURY INSTRUCTIONS by Brandon McMillan.(Chalmers, Arthur) (Entered: 04/26/2023) |
| 04/26/2023 | 494 | PROPOSED JURY INSTRUCTIONS by Joshua Bosire.(Perry, Madison) (Entered: 04/26/2023) |
| 04/27/2023 | 495 | TRIAL BRIEF *Motion to Introduce Evidence Regarding Qualified Immunity* by Joshua Bosire.(Perry, Madison) (Entered: 04/27/2023) |
| 04/27/2023 | 496 | MOTION for Judgment *Rule 50 Motion for Judgment As A Matter of Law* by Plaintiff Joshua Bosire (Perry, Madison) (Entered: 04/27/2023) |
| 04/27/2023 | 497 | MOTION for Judgment *under Rule 50* by Defendant Brandon McMillan (Chalmers, Arthur) (Entered: 04/27/2023) |
| 04/27/2023 | 498 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: Plaintiff presents evidence. Plaintiff rests. Defendant rests. Close of Evidence. Instructions conference. Jury instructions read to jurors. Closing arguments by the parties. Jury deliberations begin. Jury returns unanimous verdict. Jury polled. JURY TRIAL completed on 4/27/2023. See attached minute sheet for further details. (Court Reporter Kim Greiner.) (Attachments: # 1 Exhibit List, # 2 Witness Sheet) (alh) (Entered: 04/28/2023) |
| 04/27/2023 | 499 | JURY VERDICT for Plaintiff and against Defendant.(alh) (Additional attachment(s) added on 4/28/2023: # 1 Jury Verdict Unredacted) (alh). (Entered: 04/28/2023) |
| 04/28/2023 | 500 | NOTICE of Hearing CHANGE IN START TIMES ONLY: Court Trial is set for 5/1/2023 at 10:30 AM, 5/2/2023 at 10:30 AM, 5/3/2023 at 10:30 AM, 5/4/2023 at 12:30 PM, 5/5/2023 at 10:30 AM, 5/10/2023 at 08:00 AM, 5/11/2023 at 12:30 PM, and 5/12/2023 at 01:00 PM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 04/28/2023) |

| | | |
|---|---|---|
| 05/01/2023 | 501 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/1/2023. Opening statements by Plaintiff. Defendant deferred opening statements. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/2/2023.(Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/01/2023) |
| 05/02/2023 | 502 | ORDER finding as moot 496 Plaintiff Joshua Bosire's Rule 50 Motion for Judgment as a Matter of Law. Except for the issues of qualified immunity, this motion is **OVERRULED** as moot in light of the jury verdict on April 27, 2023. The issue of qualified immunity is taken under advisement pending the evidentiary hearing to be set forthwith. Signed by District Judge Kathryn H. Vratil on 5/2/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/02/2023) |
| 05/02/2023 | 503 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/2/2023. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/3/2023. (Court Reporter Dani Murray.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/02/2023) |
| 05/03/2023 | 504 | NOTICE of Hearing: Evidentiary Hearing re Defendant Brandon McMillan's affirmative defense of qualified immunity is set for 6/6/2023 at 01:00 PM and 6/7/2023 at 01:00 PM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/03/2023) |
| 05/03/2023 | 505 | NOTICE OF CANCELLED HEARING: Evidentiary Hearing that was scheduled for 6/6/2023 and 6/7/2023 at 01:00 PM is cancelled. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/03/2023) |
| 05/03/2023 | 506 | OBJECTION(S) to *Dep testimony of Randy Moon* by Herman Jones. (Chalmers, Arthur) (Entered: 05/03/2023) |
| 05/03/2023 | 507 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/3/2023. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/4/2023. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/03/2023) |
| 05/04/2023 | 508 | NOTICE of COURTROOM CHANGE ONLY: To accommodate the need for Zoom capabilities Bench Trial that is set for 5/10/2023 at 08:00 AM will be held in KC Courtroom 476 before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alh) (Entered: 05/04/2023) |
| 05/04/2023 | 509 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/4/2023. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/5/2023.(Court Reporter Dani Murray.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/05/2023) |
| 05/05/2023 | 510 | ORDER **OVERRULED** as moot 474 Request of Limiting Instruction. Signed by District Judge Kathryn H. Vratil on 5/5/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/05/2023) |
| 05/05/2023 | 511 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/5/2023. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/10/2023. (Court Reporter Dani Murray.) (This is a TEXT |

|  |  | ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/05/2023) |
|---|---|---|
| 05/05/2023 | 512 | MEMORANDUM AND ORDER overruling 497 Motion for Judgment. See Order for details. Signed by District Judge Kathryn H. Vratil on 5/5/2023. (sz) (Entered: 05/05/2023) |
| 05/08/2023 | 513 | NOTICE of CHANGE IN START TIMES AND COURTROOM ONLY: Court Trial set for 5/10/2023 at 08:00 AM in KC Courtroom 476, 5/11/2023 at 12:30 PM in KC Courtroom 440 (JWL/KHV) and 5/12/2023 at 10:30 AM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alh) (Entered: 05/08/2023) |
| 05/09/2023 | 514 | TRIAL BRIEF *regarding "OPINION" TESTIMONY FROM HASSAN ADEN* by Herman Jones.(Chalmers, Arthur) (Entered: 05/09/2023) |
| 05/09/2023 | 515 | TRIAL BRIEF *re Def Rule 52(c) motion* by Herman Jones.(Chalmers, Arthur) (Entered: 05/09/2023) |
| 05/10/2023 | 516 | ATTACHMENT to 51 trial brief: Re Aden testimony by Herman Jones.(Chalmers, Arthur) Modified text and added link on 5/11/2023 (msb). (Entered: 05/10/2023) |
| 05/10/2023 | 517 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/10/2023. Plaintiff presents evidence. Court recesses for the day. Evidence will continue on 5/12/2023. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/10/2023) |
| 05/10/2023 | 518 | NOTICE OF CANCELLED HEARING: Court Trial for 5/11/2023 at 12:30 PM is cancelled. Trial will resume 5/12/2023 at 10:30 AM in Courtroom 476. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/10/2023) |
| 05/11/2023 | 519 | RESPONSE to 515 Trial Brief *Plaintiffs' Response to Defendant Jones's Motion for Judgment* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 05/11/2023) |
| 05/12/2023 | 520 | ORDER - Plaintiffs are to submit proposed findings of fact and conclusions of law no later than May 20, 2023 at 5:00 P.M. Defendant are to submit proposed findings of fact and conclusions of law no later than May 27, 2023 at 5:00 P.M. Plaintiffs may submit a response no later than May 30, 2023 at 5:00 P.M. Signed by District Judge Kathryn H. Vratil on 5/12/2023. (ca) (Entered: 05/12/2023) |
| 05/12/2023 | 522 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL was held on 5/12/2023. Plaintiff presents evidence. Plaintiff rests. Defendant makes oral motion under Rule 52(c) for the court to enter judgment. Defendant rests. Plaintiff gives closing argument. Defendant to give closing argument when court reconvenes. Court recesses for the day. (Court Reporter Nancy Wiss.) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/15/2023) |
| 05/15/2023 | 521 | DESIGNATION OF DEPOSITION(S) by Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Attachments: # 1 Exhibit Trial Ex. 137 Rohr's Transcript all Designations and Objections, # 2 Exhibit Trial Ex. 138 Rule Transcript all Designations and Objections, # 3 Exhibit Trial Ex. 139 Jirak Transcript all Designations and Objections, # 4 Exhibit Trial Ex. 140 Wolting Transcript all Designations and Objections)(Perry, Madison) (Entered: 05/15/2023) |

| | | |
|---|---|---|
| 05/15/2023 | 523 | NOTICE of Hearing: Court Trial is set for 5/26/2023 at 01:00 PM in KC Courtroom 476 before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/15/2023) |
| 05/16/2023 | 524 | MOTION for Leave to file Motion to Utilize Unofficial Transcripts by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw (Perry, Madison) (Entered: 05/16/2023) |
| 05/17/2023 | 525 | ORDER - Defendant is directed to file a response by 5:00 PM on Friday, 5/19/2023 to Plaintiffs' Motion to Utilize Unofficial Transcripts 524 . Signed by District Judge Kathryn H. Vratil on 5/17/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 05/17/2023) |
| 05/18/2023 | 526 | MEMORANDUM IN OPPOSITION by Defendant Herman Jones re 524 MOTION for Leave to file Motion to Utilize Unofficial Transcripts (Chalmers, Arthur) (Entered: 05/18/2023) |
| 05/18/2023 | 527 | OBJECTION(S) to *AND MOTION TO EXCLUDE EXHIBITS 86b, 119b, 121b, 128b, 954b; TO EXCLUDE EXHIBIT 128a; AND TO CORRECT TRANSCRIPTIONS IN EXHIBITS 86a, 119a & 954a* by Herman Jones. (Chalmers, Arthur) (Entered: 05/18/2023) |
| 05/18/2023 | 528 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re: 524 Motion for Leave *to Utilize Unofficial Transcripts* (Perry, Madison) (Entered: 05/18/2023) |
| 05/20/2023 | 529 | PROPOSED FINDINGS OF FACT by Joshua Bosire, Blaine Franklin Shaw.(Perry, Madison) (Entered: 05/20/2023) |
| 05/24/2023 | 530 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw re 527 Objections and Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a and 954a (Perry, Madison) (Entered: 05/24/2023) |
| 05/26/2023 | 534 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: BENCH TRIAL completed on 5/26/2023. The Court conducted a bench trial on 5/1/2023 through 5/5/2023, 5/10/2023, 5/12/2023, and 5/26/2023. The Court takes the case under advisement. (Court Reporter Nancy Wiss.) (Attachments: # 1 Exhibit List, # 2 Witness Sheet) (alh) (Entered: 06/01/2023) |
| 05/27/2023 | 531 | PROPOSED FINDINGS OF FACT by Herman Jones.(Chalmers, Arthur) (Entered: 05/27/2023) |
| 05/30/2023 | 532 | REPLY to 529 Proposed Findings of Facts and RESPONSE to 531 Proposed Findings of Fact by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney, Consol Defendant Herman Jones. (Attachments: # 1 Exhibit A - Plaintiffs Proposed initial Terms of Declaratory and Injunctive Relief) (Perry, Madison) (Entered: 05/30/2023) |
| 06/01/2023 | 533 | ENTRY OF APPEARANCE by Stanley R. Parker on behalf of Herman Jones, Brandon McMillan, Doug Schulte. (Parker, Stanley) (Entered: 06/01/2023) |
| 06/13/2023 | 535 | ORDER overruling 527 Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a & 954a. Signed by District Judge Kathryn H. Vratil on 6/13/2023. (jal) (Entered: 06/13/2023) |
| 06/13/2023 | 536 | ORDER-Plaintiffs' Motion to Utilize Unofficial Transcripts (Doc. #524) filed May 16, 2023 is OVERRULED. On June 6, 2023 the court reporters supplied official transcripts that will be relied upon. Signed by District Judge Kathryn H. Vratil on 6/13/2023. (This is |

| | | |
|---|---|---|
| | | a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 06/13/2023) |
| 06/20/2023 | 537 | ORDER TO SHOW CAUSE. It is therefore ordered that on or before 5:00 P.M. on June 27, 2023, plaintiffs show good cause in writing why this Court should not overrule their motion to strike as moot. Signed by District Judge Kathryn H. Vratil on 06/20/2023. (kmc) (Entered: 06/20/2023) |
| 06/27/2023 | 538 | RESPONSE re 537 Order to Show Cause, by Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire(Perry, Madison) (Entered: 06/27/2023) |
| 07/21/2023 | 539 | MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE. In violation of the Fourth Amendment and Vasquez v. Lewis, 834 F.3d 1132 (10th Cir. 2016), Jones is responsible for a policy or practice which unlawfully detains motorists in Kansas (especially out-of-state motorists) without reasonable suspicion or consent, based on out-of-state residency and -- to more than a minimal extent -- based on travel plans that are not implausible or inherently contradictory. When KHP troopers develop reasonable suspicion with regard to motorists on I-70, they must give no weight to the fact that a motorist is traveling (1) toward a "drug source" or "drug destination" state, (2) away from a "drug source" or "drug destination" state, or (3) on a drug corridor. In violation of the Fourth Amendment, Jones is responsible for a policy or practice of using the Kansas Two-Step to extend traffic stops of motorists in Kansas without reasonable suspicion and without the motorists' knowing, intelligent and voluntary consent. All parties, no later than 5:00 p.m. on Monday, 8/7/2023, must show cause in writing why the Court should not substitute Erik Smith, the current Superintendent of the KHP, as defendant in this case. See Hafer v. Melo, 502 U.S. 21, 25 (1991) (when official leaves office, successor automatically assumes his position in official capacity litigation). No later than 5:00 p.m. on 8/14/2023, each party may respond. All parties, no later than 5:00 p.m. on Monday, 8/7/2023, must show cause in writing why the Court should not enter the following injunction (see attached for details). No later than 5:00 p.m. on 8/14/2023, each party may respond. Signed by District Judge Kathryn H. Vratil on 7/21/2023. (mam) (Entered: 07/21/2023) |
| 07/28/2023 | 540 | MOTION for Extension of Time to File response as to 539 Order to Show Cause,,,,,,, by Defendant Herman Jones (Parker, Stanley) (Entered: 07/28/2023) |
| 08/03/2023 | 541 | RESPONSE re 539 Order to Show Cause by Consol Plaintiffs Mark Erich, Shawna Maloney, Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire. (Brett, Sharon) (Entered: 08/03/2023) |
| 08/03/2023 | 542 | RESPONSE re 539 Order to Show Cause by Defendant Herman Jones. (Parker, Stanley) Modified title and added link on 8/4/2023 (kmc). (Entered: 08/03/2023) |
| 08/07/2023 | 543 | ORDER granting Unopposed Motion for Extension of Time (Doc. #540) filed July 28, 2023. Defendant's response deadline is extended to 8/21/2023 by 5:00 PM. Signed by District Judge Kathryn H. Vratil on 8/7/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/07/2023) |
| 08/07/2023 | 544 | ORDER 543 is amended to include: Defendant is granted a 14 day extension, to and including August 21, 2023 by 5:00 PM, to respond to the July 21, 2023 order to show cause why the Court should not enter the injunction set forth on pages 76-79 of the July 21, 2023 MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE; as well as granted a 14 day extension of time, to and including August 28, 2023 by 5:00 PM, for Plaintiffs to respond to Defendant's response. Signed by District Judge Kathryn H. Vratil on 8/7/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 08/07/2023) |

| | | |
|---|---|---|
| 08/08/2023 | 545 | ORDER. The Court substitutes Erik Smith, the current Superintendent of the Kansas Highway Patrol, for Herman Jones. Signed by District Judge Kathryn H. Vratil on 8/8/2023. (mam) (Entered: 08/08/2023) |
| 08/14/2023 | 546 | REPLY *to 541 Plaintiffs response to order to show cause* by Defendant Herman Jones. (Parker, Stanley) Modified docket entry relationship on 8/15/2023 (ca). (Entered: 08/14/2023) |
| 08/21/2023 | 547 | RESPONSE 539 Order to Show Cause regarding injunction by Defendant Erik Smith. (Attachments: # 1 Affidavit)(Parker, Stanley) Modified title and docket entry relationship on on 8/23/2023 (kmc). (Entered: 08/21/2023) |
| 08/22/2023 | 548 | NOTICE of Hearing: Status Conference is set for 9/11/2023 at 01:00 PM in KC Courtroom 476 before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 08/22/2023) |
| 08/28/2023 | 549 | REPLY TO Response/Objection re 539 Order to Show Cause,,,,,, by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw(Perry, Madison) (Entered: 08/28/2023) |
| 08/30/2023 | 550 | ORDER. Signed by District Judge Kathryn H. Vratil on 8/30/2023. (heo) (Entered: 08/30/2023) |
| 09/06/2023 | 551 | **NOTICE OF COURTROOM CHANGE**. Status Conference Hearing set for 9/11/2023 at 01:00 PM will be held in Courtroom 440. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 09/06/2023) |
| 09/08/2023 | 552 | RESPONSE by Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire, Consol Plaintiffs Mark Erich, Shawna Maloney re 550 Order (Attachments: # 1 Appendix A - Proposed Injunction, # 2 Appendix B - Unresolved Issues and Parties' Positions) (Brett, Sharon) (Entered: 09/08/2023) |
| 09/08/2023 | 553 | Unopposed MOTION for extension of time *to submit documents* by Defendant Erik Smith (Parker, Stanley) (Entered: 09/08/2023) |
| 09/08/2023 | 554 | ORDER granting Unopposed Motion for Extension of Time (Doc. #553) for substantially the reasons stated therein. Signed by District Judge Kathryn H. Vratil on 9/8/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 09/08/2023) |
| 09/11/2023 | 555 | ORDER TO SHOW CAUSE. Plaintiffs shall show good cause in writing by 5:00 P.M. on 9/18/2023 why the Court should not overrule their motion to strike (Doc. 488 ). Signed by District Judge Kathryn H. Vratil on 9/11/2023. (mam) (Entered: 09/11/2023) |
| 09/11/2023 | 556 | MINUTE ENTRY for proceedings held before District Judge Kathryn H. Vratil: STATUS CONFERENCE was held on 9/11/2023. The parties appear by counsel. The Court hears from counsel as to the agenda of unresolved issues requested for today's hearing. On or before September 21, 2023, the parties shall file supplemental memoranda on the scope of the proposed injunction. On or before September 26, 2023, the parties may file a reply brief. On or before October 11, 2023, defendant shall submit agreed administrative forms that the Court can require to implement the terms of the proposed injunction. The forms shall include consent forms, logs, reports and all other documents which the Court may require. See attached minute sheet for further details. (Court Reporter Dani Murray.) (alh) (Entered: 09/11/2023) |
| 09/14/2023 | 557 | TRANSCRIPT of Status Conference held 9/11/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript |

| | | purchased by: Ms. Leslie Greathouse.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/13/2023. (dm) (Entered: 09/14/2023) |
|---|---|---|
| 09/18/2023 | 558 | RESPONSE re 555 Order to Show Cause by Consol Plaintiffs Mark Erich, Shawna Maloney, Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire(Perry, Madison) (Entered: 09/18/2023) |
| 09/19/2023 | 559 | MEMORANDUM AND ORDER overruling 488 Plaintiffs' Motion to Strike Defendant Jones' Untimely Objections and Counter Designations. Signed by District Judge Kathryn H. Vratil on 9/19/2023. (mam) (Entered: 09/19/2023) |
| 09/21/2023 | 560 | RESPONSE to 556 Status Conference. *Plaintiffs' Position on Unresolved Issues of the Proposed Injunction* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Attachments: # 1 Exhibit 1)(Perry, Madison) (Entered: 09/21/2023) |
| 09/21/2023 | 561 | DEFENDANT'S SUPPLEMENTAL BRIEF ON THE SCOPE OF THE PROPOSED INJUNCTION by Defendant Erik Smith. (Parker, Stanley) Modified on 9/22/2023 to update docket text (kas). (Entered: 09/21/2023) |
| 09/26/2023 | 562 | REPLY to 561 Response *to Defendant's Supplemental Brief on the Scope of the Injunction* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 09/26/2023) |
| 09/26/2023 | 563 | REPLY *to Plaintiffs' Position on Unresolved Issues of the Proposed Injunction* by Defendant Erik Smith. (Parker, Stanley) (Entered: 09/26/2023) |
| 09/28/2023 | 564 | TRANSCRIPT of Bench Trial Volume One held 5/1/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | 565 | TRANSCRIPT of Bench Trial Volume Three held 5/3/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | 566 | TRANSCRIPT of Bench Trial Volume Seven held 5/12/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 09/28/2023 | 567 | TRANSCRIPT of Bench Trial Volume Eight held 5/26/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 12/27/2023. (nw) (Entered: 09/28/2023) |
| 10/02/2023 | 568 | TRANSCRIPT of Bench Trial Volume 2 held 5/2/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov.** |

| | | |
|---|---|---|
| | | **Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/02/2023 | 569 | TRANSCRIPT of Bench Trial Volume 4 held 5/4/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/02/2023 | 570 | TRANSCRIPT of Bench Trial Volume 5 held 5/5/23 before Judge Kathryn H. Vratil, Court Reporter Dani Murray, 913-907-1434, dani_murray@ksd.uscourts.gov. Transcript purchased by: Kansas Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/2/2024. (dm) (Entered: 10/02/2023) |
| 10/11/2023 | 571 | NOTICE of Regarding Drafts of Forms, Logs, and Other Materials Due to the Court by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw re 556 Status Conference,,, (Perry, Madison) (Entered: 10/11/2023) |
| 10/11/2023 | 572 | RESPONSE *to order to submit documents* by Defendant Erik Smith. (Attachments: # 1 form, # 2 form, # 3 form)(Parker, Stanley) (Entered: 10/12/2023) |
| 10/23/2023 | 573 | ORDER: The parties have attempted to negotiate the content of various administrative forms that the Court can require to implement the terms of the injunction. On or before November 9, 2023, the parties shall submit an agreed version of the administrative forms. In the event that the parties cannot agree on the administrative forms, they shall file no later than 5:00 PM on November 9, 2023, the competing versions of the various forms and an agenda of any unresolved issues which the Court can address at a status conference on November 14, 2023 at 1:00 PM. Signed by District Judge Kathryn H. |

| | | |
|---|---|---|
| | | Vratil on 10/23/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)(alh) (Entered: 10/23/2023) |
| 10/25/2023 | 574 | NOTICE of Hearing: Status Conference is set for 11/14/2023 at 01:00 PM in KC Courtroom 440 (JWL/KHV) before District Judge Kathryn H. Vratil. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 10/25/2023) |
| 11/01/2023 | 575 | MEMORANDUM AND ORDER ENTERED: On or before November 9, 2023, the parties shall submit an agreed permanent injunction which is consistent with the Court's rulings on plaintiffs' request for injunctive relief. In the event that the parties cannot agree on the form of the injunction, they shall file no later than 5:00 PM on November 9, 2023, the competing versions of the injunction and an agenda of any unresolved issues which the Court can address at the status conference on November 14, 2023 at 1:00 PM. Signed by District Judge Kathryn H. Vratil on 11/1/2023. (jal) (Entered: 11/01/2023) |
| 11/09/2023 | 576 | RESPONSE by Consol Plaintiffs Mark Erich, Shawna Maloney, Plaintiffs Samuel James Shaw, Blaine Franklin Shaw, Joshua Bosire re 573 Order,, 575 Memorandum & Order,, (Attachments: # 1 Exhibit A - Plaintiffs' Proposed Final Injunction, # 2 Exhibit B - Plaintiffs' Proposed Form HP-141, # 3 Exhibit C - Form HP-102, # 4 Exhibit D - Detention Log)(Brett, Sharon) (Entered: 11/09/2023) |
| 11/10/2023 | 577 | RESPONSE *and agenda* by Defendant Erik Smith. (Attachments: # 1 Exhibit, # 2 Exhibit)(Parker, Stanley) (Entered: 11/10/2023) |
| 11/13/2023 | 578 | MOTION to Strike 577 Response *As Untimely* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Perry, Madison) (Entered: 11/13/2023) |
| 11/13/2023 | 579 | NOTICE OF CANCELLED HEARING: Status Conference set for 11/14/2023 at 01:00 PM is cancelled. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 11/13/2023) |
| 11/13/2023 | 580 | RESPONSE by Defendant Erik Smith re 578 Motion to Strike (Parker, Stanley) (Entered: 11/13/2023) |
| 11/20/2023 | 581 | MEMORANDUM AND ORDER ENTERED: Plaintiffs' Motion To Strike Defendant's Response As Untimely (Doc. #578 in No. 19-1343 and Doc. #125 in No. 20-1067) filed November 13, 2023 is OVERRULED. Defendant's Response to Plaintiffs' Motion To Strike Defendant's Response As Untimely And Motion For Leave To File Out Of Time (Doc. #580 in No. 19-1343 and Doc. #127 in No. 20-2067) filed November 13, 2023 is SUSTAINED. Signed by District Judge Kathryn H. Vratil on 11/20/2023. (jal) (Entered: 11/20/2023) |
| 11/20/2023 | 582 | PERMANENT INJUNCTION. Signed by District Judge Kathryn H. Vratil on 11/20/2023. (jal) (Entered: 11/20/2023) |
| 11/21/2023 | 583 | JUDGMENT. Signed by deputy clerk on 11/21/2023. (jal) (Entered: 11/21/2023) |
| 12/05/2023 | 584 | MOTION for Attorneys' Fees and Non-Taxable Costs by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw. (Perry, Madison) (Entered: 12/05/2023) |
| 12/15/2023 | 585 | NOTICE OF APPEAL by Defendant Erik Smith/Erik Smith. Filing fee $605, Internet Payment Receipt Number AKSDC-6228270. (Parker, Stanley) (Entered: 12/15/2023) |
| 12/15/2023 | 586 | MOTION to Stay Injunction Pending Appeal (ECF 582 ) by Defendant/Consol Defendant Erik Smith. (Parker, Stanley) (Entered: 12/15/2023) |
| 12/15/2023 | 587 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 585 Notice of Appeal - |

| | | Final Judgment. (Attachments: # 1 Preliminary Packet)(ca) (Entered: 12/15/2023) |
|---|---|---|
| 12/18/2023 | 588 | APPEAL DOCKETED in 10CCA on 12/15/2023 and assigned Appeal No. 23-3264 re 585 Notice of Appeal. (ca) (Entered: 12/18/2023) |
| 12/19/2023 | 589 | TRANSCRIPT of Bench Trial Volume 6 held May 10, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Stanley Parker - Kansas Attorney General Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 3/18/2024. (kg) (Entered: 12/19/2023) |
| 12/22/2023 | 590 | JOINT MOTION for Extension of Time to File Response and Comply with Injunction-Related Deadlines as to 586 Motion to Stay Injunction Pending Appeal (ECF 582 ) by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 12/22/2023) |
| 12/22/2023 | 591 | UNOPPOSED MOTION for Extension of Time to File Memorandum in Support of 584 Motion for Attorneys' Fees and Costs and Bill of Costs by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 12/22/2023) |
| 12/26/2023 | 592 | TRANSCRIPT ORDER FORM: Transcript Requested: Trial proceedings. Filed by Erik Smith re 585 Notice of Appeal. (sz) (Entered: 12/26/2023) |
| 12/27/2023 | 593 | ORDER granting 591 Plaintiffs' Unopposed Motion for Extension of Time to File Memorandum in Support of Motion for Attorneys' Fees and Bill of Costs. Plaintiffs' Memorandum is due by February 5, 2024. Signed by District Judge Kathryn H. Vratil on 12/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/27/2023) |
| 12/27/2023 | 594 | ORDER granting 590 Joint Motion for Extension of Injunction-Related Deadlines. Plaintiffs' deadline to file their opposition to (Doc. #586) Motion to Stay Injunction Pending Appeal is extended to 1/19/2024. In addition, the Court extends by 14 days the deadlines for the Kansas Highway Patrol to implement the procedures and policies ordered in the Permanent Injunction (Doc. #582). Signed by District Judge Kathryn H. Vratil on 12/27/2023. (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (alh) (Entered: 12/27/2023) |
| 01/05/2024 | 595 | TRANSCRIPT ORDER FORM by Court Reporter Nancy B Wiss ordering transcripts of 2/6/23 - Testimony Only; 2/7/23 - Testimony Only, Excluding Aden re 585 Notice of Appeal - Final Judgment filed by Erik Smith () Transcript due by 2/5/2024. (nw) (Entered: 01/05/2024) |
| 01/05/2024 | 596 | NOTICE of Plaintiffs' Designation of Additional Transcripts to be Ordered by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw (Ching, Kunyu) (Entered: 01/05/2024) |

| | | |
|---|---|---|
| 01/19/2024 | 597 | TRANSCRIPT of Jury Trial Testimony Only Volume One held 2/6/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 4/18/2024. (nw) (Entered: 01/19/2024) |
| 01/19/2024 | 598 | TRANSCRIPT of Jury Trial Testimony Only Volume Two held 2/7/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 4/18/2024. (nw) (Entered: 01/19/2024) |
| 01/19/2024 | 599 | TRANSCRIPT of Jury Trial Hassan Aden Testimony - Volume Two A held 2/7/2023 before Judge Kathryn H Vratil, Court Reporter Nancy Wiss, 913-735-2354, nancy_wiss@ksd.uscourts.gov. Transcript purchased by: Attorney General's Office.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 4/18/2024. (nw) (Entered: 01/19/2024) |
| 01/19/2024 | 600 | RESPONSE by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re 586 Motion for Stay of Execution (Attachments: # 1 Exhibit A - Declaration of Joshua Bosire)(Ching, Kunyu) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/19/2024 | 601 | MOTION to Compel *Defendant Erik Smith to Order Trial Transcripts for Appeal* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Ching, Kunyu) (Entered: 01/19/2024) |
| 01/22/2024 | 602 | REPLY TO RESPONSE TO MOTION by Defendant Erik Smith re: 586 Motion for Stay of Execution (Parker, Stanley) (Entered: 01/22/2024) |
| 01/24/2024 | 603 | RESPONSE by Defendant Erik Smith re 601 Motion to Compel (Attachments: # 1 Exhibit A)(Parker, Stanley) Modified on 1/25/2024 to correct filer (kas). (Entered: 01/24/2024) |
| 01/25/2024 | 604 | *Second Unopposed Motion for Extension of Time to File Memorandum in Support of Motion for Attorneys' Fees* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Greathouse, Leslie) (Entered: 01/25/2024) |
| 01/25/2024 | 605 | ORDER sustaining 604 Motion for Extension of Time to File Memorandum in Support of Motion For Attorney Fees. On or before February 12, 2024, plaintiffs shall file a memorandum in support of their Motion For Attorney Fees (Doc. #584). Signed by District Judge Kathryn H. Vratil on 1/25/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 01/25/2024) |
| 01/26/2024 | 606 | ORDER overruling 586 defendant's Motion To Stay Injunction Pending Appeal for substantially the reasons stated in the Court's prior rulings and in Plaintiffs' Memorandum In Opposition To Motion To Stay Injunction Pending Appeal (Doc. #600) filed January 19, 2024. See Memorandum And Order (Doc. #581) filed November 20, 2023 at 5-11; Memorandum And Order (Doc. #575) filed November 1, 2023 at 3-15; Order (Doc. #550) filed August 30, 2023 at 2-12; Memorandum And Order (Doc. #539) filed July 21, 2023 at 55-79. Signed by District Judge Kathryn H. Vratil on 1/26/2024. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 01/26/2024) |
| 01/31/2024 | 607 | ORDER of 10CCA as to 585 Notice of Appeal regarding a temporary stay of the district court's injunctive order. (Appeal No. 23-3264) (ca) (Entered: 01/31/2024) |
| 01/31/2024 | 608 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re: 601 Motion to Compel (Ching, Kunyu) (Entered: 01/31/2024) |
| 02/05/2024 | 609 | BILL OF COSTS by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Greathouse, Leslie) (Entered: 02/05/2024) |
| 02/05/2024 | 610 | MEMORANDUM IN SUPPORT of 609 Bill of Costs by Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw. (Attachments: # 1 Exhibit A- Itemization of Costs, # 2 Exhibit B- Itemization of Costs lines 1-6, # 3 Exhibit C- Itemization of Costs lines 7-35)(Greathouse, Leslie) (Entered: 02/05/2024) |
| 02/06/2024 | 611 | Joint MOTION for extension of time *to file memorandum in support of Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Brett, Sharon) (Entered: 02/06/2024) |
| 02/07/2024 | 612 | MEMORANDUM AND ORDER sustaining 601 Motion to Compel. Within five days, defendant shall order the complete transcript of the Bosire trial. Signed by District Judge Kathryn H. Vratil on 2/7/2024. (bg) (Entered: 02/07/2024) |
| 02/09/2024 | 613 | ORDER sustaining 611 Motion for Extension of Time to File. On or before March 4, 2024, plaintiffs shall file a memorandum in support of their motion for attorneys' fees and non-taxable costs (Doc. #584). Signed by District Judge Kathryn H. Vratil on 2/9/2024. |

| | | (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bg) (Entered: 02/09/2024) |
|---|---|---|
| 02/09/2024 | 614 | TRANSCRIPT ORDER FORM: Transcript Requested Trial proceedings 4/24/2023 - 4/27/2023 filed by Erik Smith re 585 Notice of Appeal. (ca) (Entered: 02/12/2024) |
| 02/13/2024 | 615 | TRANSCRIPT ORDER FORM by Court Reporter Kim Greiner ordering transcripts of Testimony of Jury Trial April 24-27, 2024 re 585 Notice of Appeal - Final Judgment filed by Erik Smith () Transcript due by 3/12/2024. (kg) (Entered: 02/13/2024) |
| 02/13/2024 | 616 | ENTRY TO CORRECT DOCKET REGARDING TRIAL DATE ORDERED- TRANSCRIPT ORDER FORM by Court Reporter Kim Greiner ordering transcripts of Testimony of Jury Trial April 24-27, 2023 re 585 Notice of Appeal - Final Judgment filed by Erik Smith () Transcript due by 3/12/2024. (kg) (Entered: 02/13/2024) |
| 02/16/2024 | 617 | ORDER of 10CCA as to 585 Notice of Appeal. District court's permanent injunction dated November 20, 2023, is stayed until further order of this court; temporary stay is vacated. (Appeal No. 23-3264) (ca) (Entered: 02/16/2024) |
| 03/01/2024 | 618 | PARTIAL TRANSCRIPT of Jury Trial (Voir Dire and Opening Statements Excluded) Volume 1 held April 24, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 619 | TRANSCRIPT of Jury Trial Volume 2 held April 25, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 620 | TRANSCRIPT of Jury Trial Volume 3 held April 26, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/01/2024 | 621 | PARTIAL TRANSCRIPT of Jury Trial (Closing Arguments Excluded) Volume 4 held April 27, 2023 before Judge Kathryn H. Vratil, Court Reporter Kim Greiner, 913-735-2314, kim_greiner@ksd.uscourts.gov. Transcript purchased by: Dwight Carswell, Kurtis Wiard.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 5/30/2024. (kg) (Entered: 03/01/2024) |
| 03/04/2024 | 622 | Amended MOTION for Attorney Fees by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Brett, Sharon) (Entered: 03/04/2024) |
| 03/04/2024 | 623 | MEMORANDUM IN SUPPORT of 584 MOTION for Attorneys' Fees and Non-Taxable Costs, 622 Amended MOTION for Attorney Fees by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney (Attachments: # 1 Ex. A (Declaration of Sharon Brett), # 2 Ex. B (ACLU KS Attorneys' Fees - Bench Trial Only), # 3 Ex. C (ACLU KS Attorneys' Fees - Damages Trials), # 4 Ex. D (ACLU KS Attorneys' Fees - Since November '23), # 5 Ex. E (ACLU National Attorneys' Fees - Bench Trial Only), # 6 Ex. F (ACLU National Attorneys' Fees - Damages Trials), # 7 Ex. G (Spencer Fane LLP Attorneys' Fees - Bench Trial Only), # 8 Ex. H (Spencer Fane LLP Attorneys' Fees - Damages Trials), # 9 Ex. I (ACLU KS Nontaxable Costs - Bench Trial Only), # 10 Ex. L (ACLU KS Nontaxable Costs - Damages Trials), # 11 Ex. M (Spencer Fane LLP Nontaxable Costs - Bench Trial Only), # 12 Ex. N (Spencer Fane LLP Nontaxable Costs - Damages Trials), # 13 Ex. O (Statement of Consultation))(Brett, Sharon) (Entered: 03/04/2024) |
| 03/04/2024 | 624 | STATEMENT re 622 Amended MOTION for Attorney Fees , 623 Memorandum in Support of Motion,,,, *Statement of Consultation Required by Local Rule 54.2* by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney. (Brett, Sharon) (Entered: 03/04/2024) |
| 03/15/2024 | 625 | LETTER TO 10CCA stating record is complete re 585 Notice of Appeal (Appeal No. 23-3264). (ca) (Entered: 03/15/2024) |

| | | |
|---|---|---|
| 03/19/2024 | 626 | RESPONSE by Defendant Erik Smith re 622 Amended Motion for Attorney Fees (Parker, Stanley) Modified on 3/21/2024 to add amended (sz). (Entered: 03/19/2024) |
| 03/20/2024 | 627 | REPLY TO RESPONSE TO MOTION by Plaintiffs Joshua Bosire, Blaine Franklin Shaw, Samuel James Shaw, Consol Plaintiffs Mark Erich, Shawna Maloney re: 584 Motion for Attorney Fees, 622 Motion for Attorney Fees (Brett, Sharon) (Entered: 03/20/2024) |
| 03/27/2024 | 628 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Sharon Brett as to Joshua Bosire, Mark Erich, Shawna Maloney, Blaine Franklin Shaw, Samuel James Shaw (Brett, Sharon) (Entered: 03/27/2024) |
| 04/03/2024 | 629 | COSTS TAXED in the amount of $ 52,722.76 against Defendant re Bill of Costs 609 as uncontested. (jh) (Entered: 04/03/2024) |
| 04/12/2024 | 630 | MEMORANDUM AND ORDER. Plaintiffs' Amended Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 622 ) is sustained in part and overruled in part. Defendants Douglas Schulte, Brandon McMillan and Erik Smith in his official capacity as Superintendent of the Kansas Highway Patrol shall pay plaintiffs $1,985,837.10 in attorney fees and $363,148.28 in non-taxable costs. Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 584 ) is overruled as moot. Signed by District Judge Kathryn H. Vratil on 4/12/2024. (mam) (Entered: 04/12/2024) |
| 04/12/2024 | 631 | JUDGMENT as to Attorneys' Fees and Court Costs. Pursuant to the Memorandum and Order (Doc. 630 ) filed 4/12/2024, the Court enters judgment as to the awarding of attorneys' fees and court costs only in the instant case and in Case 6:20-cv-01067-KHV-GEB, Erich et al v. Jones et al as follows: Defendants Douglas Schulte, Brandon McMillan and Erik Smith in his official capacity as Superintendent of the Kansas Highway Patrol shall pay plaintiffs $1,985,837.10 in attorney fees and $363,148.28 in non-taxable costs. Signed by deputy clerk on 4/12/2024. (mam) (Entered: 04/12/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/26/2024 15:54:39 | | | |
| **PACER Login:** | nshemtov | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cv-01343-KHV |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br>*Plaintiffs,*<br>v.<br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br>*Defendants.* | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br>*Plaintiffs,*<br>v.<br>HERMAN JONES, *KHP Superintendent,*<br>*Defendant.* | **Case No. 20-1067-KHV-GEB** |

**DECLARATION**

Christopher M. Joseph declares:

1. I am a Kansas attorney, licensed in the state since September 29, 2000. I am currently the Managing Member of the law firm of Joseph, Hollander & Craft LLC, and I have practiced with the firm since 2002.

2. I regularly represent clients in Kansas state and federal courts. The primary focus of my practice is criminal defense. However, because of my familiarity

with search and seizure law, I often receive requests to litigate wrongful search or seizure actions pursuant to 42 U.S.C. 1983—including requests to represent individuals who have been subject to unlawful searches or seizures by the Kansas Highway Patrol.

3. I routinely decline the opportunity to litigate wrongful searches or seizure actions pursuant to 42 U.S.C. 1983.

4. A potential 1983 plaintiff with a wrongful search or seizure issue will usually have a relatively small claim for actual damages. While a prevailing party in a 1983 action can be awarded reasonable attorney fees, the defendant will dispute that counsel's usual hourly rate is reasonable and challenge the amount of time spent on various tasks.

5. Even if the potential client agrees to assign all recovery for attorney fees to counsel, the case would be a contingent-hourly case. By that, I mean that I would be paid on an hourly basis, likely at a rate lower than my usual hourly rate, and only if the plaintiff prevails.

6. In short, it is a bad financial decision to accept such a case, and I have made the decision to not to take any more such cases. I do not know of any private competent counsel in Kansas who is willing to take such cases.

7. A decade ago, I agreed to represent a plaintiff in a wrongful search and seizure 1983 action against the Kansas Highway Patrol. I filed a lawsuit on behalf of Peter Vasquez in the District of Kansas in February of 2012. Judge Crabtree granted summary judgment to the defendants in November of 2014.

The Tenth Circuit reversed, with a mandate issuing in September 2016. The parties settled in July of 2017.

8. Despite conceding that Mr. Vasquez was a prevailing party under 1983, the defendants maintained that a reasonable hourly rate was much lower than my normal hourly rate and challenged the time spent on legal work.

9. In the end, my fee (received more than five years after the lawsuit was filed) was a small fraction of my normal hourly rate. While I do not regret taking Mr. Vasquez's case, it was a bad financial decision. It would have been a better financial decision to work on hourly cases billed at my normal hourly rate and paid monthly.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2023.

Christopher M. Joseph

**Deckard, Connie**

| | |
|---|---|
| **From:** | Sarah Washburn [KHP] |
| **Sent:** | Wednesday, June 6, 2018 9:11 AM |
| **To:** | Jimmie Atkinson [KHP]; Christopher Bauer [KHP] |
| **Cc:** | Brent Hogelin [KHP] |
| **Subject:** | Advanced Interdiction Lesson Plan and PPT |
| **Attachments:** | Advanced Criminal Interdiction 2018 - Washburn.pdf; Lesson Plan - Washburn Advanced Interdiction 2018.pdf |

Gentlemen,

Please find attached my completed lesson plan and a copy of the PowerPoint used while teaching at the Advanced Interdiction Class yesterday. If you would prefer the actual .ppt file, please let me know and I will be happy to forward that as well. I thought the pdf would be easier.

Thank you,
Sarah Washburn

Legal Counsel
Kansas Highway Patrol
122 SW 7th Street
Topeka, KS 66603
785-296-6800 Office

KANSAS
HIGHWAY PATROL
SERVICE · COURTESY · PROTECTION

U. S. District Court of Kansas
19-1343-KHV-GEB
PLAINTIFF TRIAL EXHIBIT NO.
99

EXHIBIT
Deponent McMillan
Date 2/17/21 Rptr.
WWW.DEPOBOOKPRODUCTS.COM

# 4th Amendment

"Reasonableness is the touchstone of the Fourth Amendment."

Sarah Washburn
Legal Counsel (Criminal)
Kansas Highway Patrol

# 4th Amendment

- "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

# Section 15, Kansas Constitution

- "The right of the people to be secure in their persons and property against unreasonable searches and seizures shall be inviolate; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons or property to be seized."

# 4th Amendment

- Remember, ALL warrantless searches are *per se* unreasonable. Unless there is a valid exception.

KANSAS HIGHWAY PATROL

# Exceptions to the Warrant Requirement

- Consent;
- Search incident to a lawful arrest;
- Stop and frisk;
- Probable cause plus exigent circumstances (*Carroll* doctrine)
- The emergency doctrine;
- Inventory searches;
- Plain view; and
- Administrative searches of closely regulated businesses.

# Seizure

- A seizure occurs when a suspect submits to a police officer's show of legal authority

OR

- The officer gains actual physical control over him or her.

# Factors for a Seizure

- Handcuffs
- Front patrol vehicle lights
- Failure to return documentation (license, insurance etc…)
- Statements by the Officer
- The location (the less public, the more this can indicate a seizure or an arrest)
- Anything else?

# LEO / Citizen Encounters

- Four types of police citizen encounters:
  - Consensual encounters
    - These do not implicate the 4th Amendment.
  - Investigatory detentions (*Terry* stops)
  - Public safety stops
  - Arrests

CONFIDENTIAL

# Consensual Encounters

- Whether they are consensual is judged by the totality of the circumstances.

- "So long as a reasonable person would feel free to disregard the police and go about his business, the encounter is consensual and no reasonable suspicion is required."
  - State v. McGinnis, 290 Kan. 547 (2010).



# Consensual Encounters

- Non-exhaustive list of factors:
  - the presence of more than one officer
  - the display of a weapon
  - physical contact by the officer
  - use of a commanding tone of voice
  - activation of sirens or flashers
  - a command to halt or to approach
  - an attempt to control the ability to flee.

KANSAS
HIGHWAY PATROL

# Trooper Two Step

- Brief break in the conversation often signified by a retreat from the suspect followed by a re-engagement and a request to speak to said suspect.

- NOT necessary, but also not prohibited.

CONFIDENTIAL

# Trooper Two Step

- Most likely came about because of case law indicating that physical movement was a factor to be considered for a voluntary encounter.

- Not mandatory to disengage, as long as a reasonable person in the suspect's position would *feel* free to leave. Even if they are not.



OAG020750

CONFIDENTIAL

# Trooper Two Step

- If you decide to two-step, then ask if the driver will speak to you and they decline, what do you do?

OAG020751

# Trooper Two Step

- To require physical disengagement in order for a subsequent encounter to be deemed consensual would be to require a bright line rule that the US Supreme Court says can't exist.
- So, you don't *<u>have</u>* to physically disengage, or two – step. (But it's a factor)
  - *State v. Thompson*, 284 Kan. 763 (2007).

CONFIDENTIAL

# *Ohio v. Robinette*

- There is no bright line rule for the end of an investigatory detention and the beginning of a consensual encounter.
- You don't have to use any magic phrase like "free to go" to signal a transition.
  - *Ohio v. Robinette*, 519 U.S. 33 (1996).

OAG020753

# Free to Go

- If you tell someone they are free to go, they ARE free to go.
- To signal the end of the enforcement action, try a different phrase.
  - Have a safe trip.
  - Take care.
  - Have a good day.

# Voluntariness

- Voluntariness of the encounter is determined from the ***totality of the circumstances***.
- If the encounter is not voluntary, any subsequent consent to search ***may*** be tainted by the illegal detention.
- If this happens, you can lose it all?

CONFIDENTIAL

MikeTheCop
CAR-FRESHNER
Black Ice

KANSAS
HIGHWAY PATROL

OAG020756

Suppl. App. 92

CONFIDENTIAL

# Reasonable Suspicion

- Under the totality of the circumstances "<u>with deference to a trained law enforcement officer's ability to distinguish between innocent and suspicious circumstances</u>, remembering that reasonable suspicion represents a 'minimum level of objective justification' which is 'considerably less than proof of wrongdoing by a preponderance of the evidence.'"
  - *State v. Walker*, 292 Kan. 1, 8 (2011).

OAG020757

CONFIDENTIAL

# Car Stops

- Can you ask questions not related to the scope of the traffic stop?

KANSAS HIGHWAY PATROL

# Car Stops

- YES! *State v. Morlock*, 289 Kan. 980
- "Thus, under *Morlock*, officers may broaden the inquiry during a traffic stop to investigate their suspicions provided the traffic stop *is not measurably extended*. If that investigation produces reasonable suspicion of unrelated criminal activity, the traffic stop may be measurably extended commensurate with the particular circumstances." *State v. Wendler, 47 Kan.App.2d 182 (2012)*

# Factors

- Third party rental
- Clothing indicative of drug culture
- Air fresheners
- Source location
- Destination location
- Contents of vehicle
- Odors?

# Car Stops

- "it is highly likely that a family traveling in an RV with an infant who is not toilet trained would use, in fact need, air freshener." *State v. Wendler*, 47 Kan. App. 2d 182 (2012).

　

# Finding Reasonable Suspicion

- Explain why each fact tends to add to your reasonable suspicion in your narrative.
- Make sure if you testify, that you do the same thing on the stand.

# Probable Cause

- "'Probable cause is the reasonable belief that a specific crime has been or is being committed and that the defendant committed the crime.' Existence of probable cause must be determined by consideration of the information and fair inferences therefrom, <u>known to the officer at the time of the arrest</u>." *Sloop v. Kansas Dept. of Revenue*, 296 Kan. 13, 20 (2012).

# Probable Cause

- Odor of marijuana emanating from vehicle.
- An observed traffic infraction (See K.S.A. 8-2118).
- Admission to illegal activity PLUS corroborating facts.

# Probable Cause

- Large amounts of currency….
  - Not by themselves BUT
  - With other factors YES!
- It is not illegal to have a large sum of cash, so you cannot extend the scope / duration of a traffic stop based on this ALONE.
  - *State* ex rel *Geary County Sheriff's Department v. One 2008 Toyota Tundra*, 55 Kan. App. 2d 356 (2018).

# Probable Cause

- <u>Not probable cause</u>
  - Odor of ammonia, ether or other precursors of methamphetamine ALONE.
    - *State v. Ibarra*, 282 Kan. 530 (2006).
  - Odor of alcohol. "[A] strong odor of alcohol emanating from within a vehicle after all occupants have exited the vehicle is not enough, *standing alone*, to give police officers probable cause to search the vehicle for an open container of alcohol…"
    - *State v. Stevenson, 299 Kan. 53 (2014)*

CONFIDENTIAL

# But what about *Rodriguez v. U.S.*?

OAG020767

# *Rodriguez v. U.S.*

Once upon a time in the 8th Circuit Court of Appeals, there was a *de minimis* standard applied to the length of time you could detain someone. If the investigation only extended the traffic stop a little bit, it was okay. Even if the extension was not related to the purpose of the stop.

CONFIDENTIAL

DE MINIMIS?
NOT EVEN A LITTLE...
imgflip.com

HIGHWAY
PATROL
KANSAS
HIGHWAY PATROL

OAG020769

Suppl. App. 105





# *Rodriguez v. U.S.*

- Kansas has never used the "*de minimis*" standard.
- You could only extend the traffic stop if you had developed **<u>independent reasonable suspicion of criminal activity</u>**.
- Officers had to "diligently pursue the initial purpose of the stop."

# *Rodriguez v. U.S.*

- Kansas State cases are actually solidly in line with *Rodriguez*.
- The 8th Circuit was part of a minority in US Court of Appeals districts, since there are other US Supreme Court Cases that have said the same thing as *Rodriguez* prior to the ruling.

# *Cases*

- Some other SCOTUS cases that come in handy:
  - "the tolerable duration of police inquiries in the traffic-stop context is determined by the seizure's "mission"—to address the traffic violation that warranted the stop,"
    - ***Illinois v. Caballes*, 543 U.S. 405 (2005)**
  - The scope of the detention must be carefully tailored to its underlying justification.
    - ***Florida v. Royer, 460 U.S. 491 (1983)***
  - "because unrelated inquiries did not "exten[d] the time [petitioner] was detained[,] ... no additional Fourth Amendment justification ... was required"
    - ***Muehler v. Mena, 544 U.S. 93 (2005)***

# *Carroll*? Curtilage?

- "automobile exception to warrant requirement for searches did not justify police officer's invasion of curtilage of home."

*Collins v. Virginia*, No. 16-1027, 2018 WL 2402551 (U.S. May 29, 2018).

# *Carroll*? Curtilage?

- In order to perform a search of the vehicle, the officer first had to commit a trespass.
- The bike was located in the curtilage of the home and there was no warrant exception that allowed him to be there.

CONFIDENTIAL

# *Carroll?* Curtilage?

- The Court has re-emphasized that in order to conduct a search, you have to have the vehicle there lawfully.
  - Reasonable suspicion for the stop.
  - Reasonable suspicion or probable cause to extend the scope of the stop.
  - Probable cause to search.

OAG020775

# On the Horizon

- The Kansas Supreme Court has heard arguments on 3 interdiction cases. The questions they deal with are:
  - Reasonable suspicion and extension of the stop. (Triple I)
  - Does "free to go" mean just that? Or can LEOs say that even if they plan to detain based on reasonable suspicion?

CONFIDENTIAL

# The End

Sarah Washburn
Legal Counsel, Kansas Highway Patrol
sarah.washburn@ks.gov

KANSAS
HIGHWAY PATROL

OAG020777

Suppl. App. 113



CONFIDENTIAL

**Lesson Plan Approval**

Type of lesson plan: Other Date: 06/06/2018

Course Dates: 06/05/2018

Course Title: Search & Seizure / Forfeiture Guidelines

Instructor(s): Sarah Washburn TRAINING HRS: 2

**INSTRUCTIONAL GOAL**

To provide specific case law and examples regarding search and seizure relevant to an officer engaged in interdiction enforcement and to provide guidelines in how the asset forfeiture process ties into issues with 4th amendment violations.

**COURSE OBJECTIVES**

1. To provide an overview and update on 4th amendment case law, with examples, that affect traffic stops and searches.
2. To provide information and guidance on asset forfeiture so that officers can present a more complete case.

**CONTENT OF TRAINING**

- Refresher on the 4th Amendment and exceptions to the warrant requirement.
- Factors that can indicate a seizure
- Consensual encounters and creating a clear break between the traffic enforcement and a consensual encounter.
- Reasonable suspicion and probable cause. The differences and similarities as well as what is permitted after meeting each standard. (i.e. a detention, a search or an arrest).
- Case law refresher and updates.

**INSTRUCTIONAL METHODS**

Powerpoint

*All materials attached?*
(•) YES ( ) NO

Is this training considered high risk? ( ) YES (•) NO

Test related to course? ( ) YES (•) NO

**APPROVAL**

Training Academy Director ____________ Signature ____________ Date ____________

HP-118 (Rev 01/18)

## Deckard, Connie

**From:** Josh Biera [KHP]
**Sent:** Wednesday, January 10, 2018 10:04 AM
**To:** Anthony Calderon [KHP]; Garrett Becker [KHP]; Gregory Etris [KHP]; James Tiede [KHP]; John Lawson [KHP]; Josh Biera [KHP]; Nathan Makings
**Subject:** FW: US v Esteban
**Attachments:** attachment 1.pdf; ATT00001.txt

**From:** Douglas Carr [KHP]
**Sent:** Sunday, January 07, 2018 7:56 PM
**To:** Alan Wagner [KHP] ; Dustin Gall [KHP] ; Dusty Taul [KHP] ; Edward Grover [KHP] ; Garrett Becker [KHP] ; Gregory Etris [KHP] ; Josh Biera [KHP] ; Cody Parr [KHP] ; James McCord [KHP] ; Jerrad Goheen [KHP] ; Greg Jirak [KHP] ; Mitch Nollette [KHP] ; Phillip Baker [KHP]
**Subject:** FW: US v Esteban

*U. S. District Court of Kansas*
*19-1343-KHV-GEB*
*PLAINTIFF TRIAL EXHIBIT NO.*
*100*

**From:** Derek Carr [KHP]
**Sent:** Sunday, January 07, 2018 7:40 PM
**To:** Douglas Carr [KHP] <Douglas.Carr@KS.GOV>
**Subject:** FW: US v Esteban

**From:** John Rule [KHP]
**Sent:** Sunday, January 07, 2018 7:11 PM
**To:** Derek Carr [KHP] <Derek.Carr@KS.GOV>; Tanner Gleason [KHP] <Tanner.Gleason@KS.GOV>; Andrew Seufert [KHP] <Andrew.Seufert@KS.GOV>; Chandler Rule [KHP] <Chandler.Rule@KS.GOV>; Ryan Wolting [KHP] <Ryan.Wolting@KS.GOV>; Adam Simone [KHP] <Adam.Simone@KS.GOV>; Jerett Ranieri [KHP] <Jerett.Ranieri@KS.GOV>; David Stahl [KHP] <David.Stahl@KS.GOV>; Christopher Nicholas [KHP] <Christopher.Nicholas@KS.GOV>
**Cc:** Brent Hogelin [KHP] <Brent.Hogelin@KS.GOV>; Dax Lewis [KHP] <Dax.Lewis@KS.GOV>; Greg Jirak [KHP] <Greg.Jirak@KS.GOV>; Jason Edie [KHP] <Jason.Edie@KS.GOV>
**Subject:** FW: US v Esteban

Men,

The attached case just came out of federal court in Utah. It hasn't been appealed, so the case isn't a bright line case and doesn't change what we are doing. It does; however, hit on several hot topics which you will be questioned about in court. The case shows the importance of reasonable suspicion and gives you some insight into what defense attorney's will try to go after during discovery. The defense in this case was given info concerning the Trooper's stats and broke down what percentage of in-state vehicles the Trooper stopped versus out of state vehicles. The defense was also given videos of past stops, which allowed the defense to figure an average stop time. This proved to hurt the case as the Trooper extended the stop by running a triple I after completing his citation while waiting for a dog sniff. The trooper made a big mistake when he testified to the fact the truck having California plates was what sparked his interest. Remember, we work an interstate highway which has cars coming from all over the country and we never do anything

DEPOSITION
EXHIBIT

because of a tag or race. California cars drive by you every day that you don't stop. This case also shows the importance of documenting all of your stops. A smart defense attorney will use the same stats used in this case to figure out if all your stopping is rental vehicles. Reading a case like this is a great way to prepare yourself for what is coming when you go to court. This case also does a great job showing what a dog handler goes through when testifying about an alert versus an indication.

Be Safe
315

**From:** Jason Edie [KHP]
**Sent:** Saturday, January 06, 2018 9:45 AM
**To:** John Rule [KHP] <John.Rule@KS.GOV>; Brent Hogelin [KHP] <Brent.Hogelin@KS.GOV>; Mitchell Clark [KHP] <Mitchell.Clark@KS.GOV>; Greg Jirak [KHP] <Greg.Jirak@KS.GOV>
**Subject:** Fwd: US v Esteban

Lieutenant Jason Edie
Kansas Highway Patrol
Emergency Services Unit/K-9
(785) 249-1740 (Mobile)

---

**From:** Scott Walker [KHP]
**Sent:** Saturday, January 6, 2018 6:18:00 AM
**To:** mahlstedt@topeka.org; Jason Edie [KHP]; Mitchell Matthews [KHP]; Bryan Clark [KHP]; Justin Rohr [KHP]; Kody Olson [KHP]; Gumm, Daniel; brad.metz@snco.us; 'bshannon@ellisco.net'; Rich Colburn (richard.colburn@gardencityks.us); Kevin Henderson (henderson@lkpd.org); Ian Gray [KHP]; James Wright [KHP]; Jason Duffey [KHP]; Robert Krause [KHP]
**Cc:** Scott Morris [KHP]; Flaming, Cory; brad.cole@ellsworthsheriff.org
**Subject:** US v Esteban

This case was sent to me by Brad Cole, with Ellsworth County Sherriff's Department. It is a 10th circuit ruling, stemming from a case out of Utah. Good case to read through.

Be safe,
Scott

**Deckard, Connie**

| | |
|---|---|
| **From:** | John Rule [KHP] |
| **Sent:** | Wednesday, October 28, 2020 2:32 PM |
| **To:** | Brent Hogelin [KHP]; Dax Lewis [KHP]; Douglas Carr [KHP]; Greg Jirak [KHP] |
| **Subject:** | In-Service |
| **Attachments:** | Inservice Traffic stop Class.pptx |

I still plan to add Bryan Clark's hitman case to the slide show but other than that I believe this is ready for review.

Thanks,
315

U. S. District Court of Kansas
19-1343-KHV-GEB
PLAINTIFF TRIAL EXHIBIT NO.
97

Δ π EXHIBIT 64
Deponent Jirak
7/20/21 Date Rptr. JD
WWW.DEPOBOOKPRODUCTS.COM

## When is it time to de-escalate or not push a bad situation?

*With the current attitude of the public/media toward the police we must constantly re-evaluate every situation and ask our selves is this contact or arrest worth, our career, our freedom and our life.

*If you look at some of the highly publicized police use of force incidents in 2020, they started off as normal contacts and quickly went bad (Atlanta, Kenosha).

*There are situations we can't avoid, and we aren't telling you not to protect yourself or the public we are paid to protect. We have no choice but to arrest a drunk driver, or someone being violent, but how far should we push a non-violent situation such as a personal use marijuana arrest?

## When is it time to de-escalate or not push a bad situation?

*I have long been a believer when I had the constitutional authority to make a lawful arrest or search, I would first politely ask, then tell, and then use the force required to make the arrest. However, under the current climate I now find myself asking is this really worth the possible backlash. Sometimes you are better off living to fight another day! This thinking process also needs to take place during car chases (don't let your ego cost you your career).

*We also have to be willing to step in when we see another officer doing something inappropriate. Your job and freedom can be taken away because of inaction, even if you're the new guy. Our military like culture makes this particularly hard if a training officer or supervisor is the one committing malfeasance

# DON'T OVERTHINK IT!!!

Highway interdiction is nothing more than asking questions until you have none, and then using **common sense** to decide if you should ask for consent or turn them loose.

CONFIDENTIAL

HIGHWAY
STATE OF
KANSAS
PATROL
INVESTIGATIVE
TRAFFIC
STOPS

OAG022454

Suppl. App. 121

CONFIDENTIAL

# WHAT HAS CHANGED IN KANSAS CASE LAW AND HOW WE NEED TO ADAPT

# RS VS PC AND HOW THEY APPLY TO TRAFFIC STOPS

Recent Kansas Supreme Court and Court of Appeals cases have called into question our tactics as they relate to detentions.

*We have taught for years the best practice is to conclude the traffic stop portion of the encounter and then go into a consensual encounter (Kansas Two Step) even if we have reasonable suspicion.

a. The courts are starting to believe we only detain people because they refuse consent and not for reasonable suspicion.

b. The courts also dislike the idea of us misleading people by implying they are free to go and then detaining them after they refuse consent.

# RS VS PC AND HOW THEY APPLY TO TRAFFIC STOPS

To alleviate these two problems, it has been decided when you are **firmly at reasonable suspicion** return to the violator's car, explain your concern and ask for consent to search without concluding the stop (don't do it too early and cheat yourself out of indicators). If they refuse detain them and call for a dog.

If you have some indicators but don't feel you are at the level of reasonable suspicion and feel you need to ask more questions, go into the consensual encounter like we have always done. If you gather more reasonable suspicion during the conversation and reach the level of reasonable suspicion you can still detain if they refuse consent. If they refuse consent and you don't have reasonable suspicion send them down the road.

# RS VS PC AND HOW THEY APPLY TO TRAFFIC STOPS

- We need to do a better job investigating all crimes during traffic stops. As an agency, we often expect the computer to do the police work by giving us a NCIC hit. If we take the time to just ask a few questions during a stop, we can get a feel for who and what we are dealing with. If all we are doing is writing tickets, is there really a need for Troopers? Technology today is capable of mailing tickets.
- You can write tickets and look for criminals at the same time. Every stop has the potential to turn into a criminal investigation. Criminals use our highways every day and if you're paying attention you will see indicators of criminal activity no matter what crime they are committing. Those indicators are often related to the crime they have, or are, committing.

# RECENT KHP CASES:

During the morning hours of 10/24/2020, Donny Jackson shot and killed his two sons ages 11 and 14 in Leavenworth, Kansas. After the murders, Jackson left his residence with his two daughters, ages 3 and 7. Before the two bodies were located, Trooper Brett Goins, stopped Jackson for a window tint violation on US-69 a few miles North of the Oklahoma border.

CONFIDENTIAL

# RECENT KHP CASES:

Trooper Goins observed signs of criminal activity which included:

* Jackson stopped on the highway, then pulled off the highway onto a gravel road.
* Jackson didn't appear to care about the reason for the stop, and didn't appear nervous.
* When asked why his three-year-old wasn't in a car seat, Jackson said he forgot her car seat at home.
* The three-year-old appeared to be wearing a night gown.
* There was a large duffel bag in the back seat with the two girls and a bag of Cheetos (no toys).

OAG022487

# RECENT KHP CASES:

Trooper Goins felt like something wasn't right, but noted the two girls looked like their dad (Jackson). Trooper Goins checked the vehicle and Jackson through NCIC with negative results, issued Jackson a citation, and concluded the stop. Hours later Trooper Goins learned of Jackson's involvement in the homicides. Later that same evening, Jackson was taken into custody by the OHP on I-40 in western Oklahoma thanks to an Amber alert. The two girls were unharmed.

# RECENT KHP CASES:

Trooper Goins now wonders what would have happened if he had asked Jackson more questions and acted on his hunch that something wasn't right. What would have happened if these simple questions were asked:

* Where are you coming from?
* Where are you headed?
* Why are you on US-69 coming from Leavenworth heading to western Oklahoma?

What would have been found if he asked for consent to search? What would have happened if Jackson would have been asked to step out of the car?

# RECENT KHP CASES:

On 8/5/2020 a K-9 Trooper assigned to Troop S conducted a traffic stop on a rented Mitsubishi Highlander bearing IL registration in Wabaunsee County. The Trooper made contact with the driver and a single passenger who had rented the vehicle in Philadelphia. The subjects were of Chinese descent and the passenger was a Chinese national who possessed a Chinese passport. The driver possessed a New York driver's license, and the passenger possessed a Delaware driver's license. During the course of the traffic stop, the occupants displayed several indicators of criminal behavior. The Trooper asked for consent to search the vehicle and the occupants denied consent. The Trooper asked for consent to deploy his PSD and the occupants granted consent. The PSD alerted to the vehicle near the driver's side rear hatch and to the front passenger's window.

# RECENT KHP CASES:

During the probable cause search, (22) firearms and (10) AR-15 lower receivers were located in brand new suitcases. The ATF responded and conducted an interview of both subjects. At the time it could not be determined anything nefarious was afoot. The subjects were released with the weapons and the vehicle. ATF's investigation continued and this stop allowed ATF to obtain a search warrant for a Federal Firearms License dealer in Los Angeles, CA. The search warrant yielded all of these guns.

# RECENT KHP CASES:

- 1 Maxim Defense PDX: 5.56x45mm
- 9 CZ Handguns: 9mm (various models)
- 4 IWI UZI PRO pistols: 9mm
- 3 Sig Sauer P320 handguns: 9mm
- 2 Sig Sauer P226 handguns: 9mm
- 2 STI Combat Master handguns: 9mm
- 1 HK SP5: 9mm

CONFIDENTIAL
Maxim PDX
STI Combat Master
Sig Sauer P320
HK SP5
P320
OAG022493

# RECENT KHP CASES:

The subjects were involved in an international weapons smuggling operation that involved smuggling weapons from the United States to China. The subjects were part of an import/export business ATF was aware of but did not have enough evidence prior to the traffic stop to obtain any warrants. Recently, the import/export business had a container seized from a cargo ship off the coast of Egypt. That container was destined for North Korea and contained multiple Rocket Propelled Grenades. ATF's investigation is on-going.

## Use the Resources at your disposal

- FBI Task Force Troopers
- DEA Task Force Troopers
- KHP Intel Analyst
- Local Police/Sheriff Departments
- EPIC

## Joseph Bullock [KHP]

**From:** Jason Vanderweide [KHP]
**Sent:** Thursday, September 05, 2019 12:37 PM
**To:** Joseph Bullock [KHP]
**Subject:** McMillan follow up- completion 2019-0130

LT Bullock,

TECHTRP Brandon McMillan has completed all the requirements in his closing letter. He completed the remedial legal training with KHP Attorney Sarah Washburn and completed a ride-along with LT Jirak of Troop N.

Please let me know if I need to do anything further.

Thanks,
Jason

Captain Jason A. Vanderweide
Kansas Highway Patrol
Troop T- Aircraft
3600 NE Sardou Hangar 28
Topeka, KS 66616
785.220.1153

U. S. District Court of Kansas
19-1343-KHV-GEB
PLAINTIFF TRIAL EXHIBIT NO.
98

CONFIDENTIAL

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I filed a true and correct copy of the foregoing Plaintiffs-Appellees' Supplemental Appendix with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system. I also certify that within five business days of the issuance of notice that the electronic filing is compliant, one paper copy of the foregoing will be delivered by Federal Express to the Clerk's Office.

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that (1) all required privacy redactions have been made; (2) any paper copies of this document submitted to the Court are exact copies of the version electronically filed; and (3) the electronic submission was scanned for viruses using Microsoft Defender and, according to that program, this document is virus free.

Dated: May 28, 2024

*/s/ Brian Hauss*
Brian Hauss

*Attorney for Plaintiffs-Appellees*